WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
ANTHONY J WEIBELL, SBN 238850
aweibell@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
AARON D. HENDELMAN, SBN 206668
ahendelman@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699

Attorneys for Defendant
ZAZZLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., | Case No. 2:16-cv-04587-SVW-KS |
| Plaintiff, | **ZAZZLE INC.'S ANSWER** |
| v. | |
| ZAZZLE INC., | |
| Defendant. | |

1  Defendant Zazzle Inc. ("Zazzle" or "Defendant") hereby answers the
2  allegations in the Complaint filed on June 23, 2016 by plaintiff Greg Young
3  Publishing, Inc. ("GYP"). Except as explicitly admitted herein, each and every
4  allegation of the Complaint is denied.

**Parties**

6  1.  Zazzle lacks knowledge and information sufficient to form a belief
7  about the truth of the allegations of Paragraph 1.

8  2.  Zazzle admits that it is a California corporation with headquarters in
9  Redwood City, California. Zazzle admits that it has designated Melanie Sherk as
10 its agent under the Digital Millennium Copyright Act ("DMCA") to receive
11 notifications of claimed infringements. Zazzle admits that it owns and operates the
12 website www.zazzle.com. Zazzle denies the remaining allegations of Paragraph 2.

13 3.  Zazzle lacks knowledge and information sufficient to form a belief
14 about the truth of the allegations of Paragraph 3.

**Jurisdiction & Venue**

16 4.  Zazzle admits that this Court has exclusive subject matter jurisdiction
17 over this action but denies any implied allegation of Paragraph 4 that an actual
18 copyright infringement has occurred.

19 5.  Zazzle admits that the Court has general personal jurisdiction over
20 Zazzle, but denies the remaining allegations of Paragraph 5.

21 6.  Zazzle denies the allegations of Paragraph 6.

22 7.  Zazzle lacks knowledge and information sufficient to form a belief
23 about the truth of the allegations of Paragraph 7.

8. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 8.

9. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 9.

10. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 10.

11. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 11.

12. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 12.

13. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 13.

14. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 14.

15. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 15.

16. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 16.

17. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 17.

18. Zazzle admits that, launched in 2005, Zazzle is the world's leading platform for quality custom products. Zazzle's proprietary technology enables individuals, professional artists and major brands, such as Disney and Warner Bros, to create and offer millions of unique products for customers worldwide.

1  Creations from 600,000+ designers and hundreds of major brands are available on
2  hundreds of product lines, with near infinite variations. Zazzle admits that as such,
3  it is a "service provider" under the DMCA that merely operates the Zazzle
4  platform to which users can upload designs at their direction for printing at the
5  direction of these users on products supplied by Zazzle. Zazzle denies the
6  remaining allegations of Paragraph 18.
7        19.    Zazzle admits the allegations of Paragraph 19.
8        20.    Zazzle admits that it has created strategic partnerships with many
9  major brands such as Disney, and that a large number of designers (over 600,000)
10 who have set up accounts to upload their designs to Zazzle.com and receive
11 royalties for products that are sold containing reproductions of their designs.
12 Zazzle denies the remaining allegations of Paragraph 20.
13       21.    Zazzle admits that it sets a base price for each product sold on the
14 Zazzle service, and that designers are able to choose a royalty rate between 5% and
15 99% for any product that is sold on Zazzle with the designer's design to be added
16 on top of the base price. Zazzle denies the remaining allegations of Paragraph 21.
17       22.    Zazzle admits the express allegations of Paragraph 22 but denies any
18 implied allegation that it is in Zazzle's best interest to have unauthorized artwork
19 on the Zazzle service.
20       23.    Zazzle admits the allegations of Paragraph 23 are true for some
21 transactions conducted through Zazzle but denies that they are true for all
22 transactions. For example, while Zazzle may change the dimensions of images
23 uploaded by Zazzle's partners to fit certain products, Zazzle does not do this for
24 regular designers.

1    24.    Zazzle admits that the allegations of Paragraph 24 are true for some transactions conducted through Zazzle but denies that they are true for all transactions.

     25.    Zazzle admits that Zazzle manages all material aspects of the transactions conducted on its website, including internet hosting, marketing, search engine optimization, production of merchandise, shipping, invoicing, billing, product return, and refunds. Zazzle denies that the only responsibilities of a third-party designer are those alleged. Zazzle users have many more obligations, which are enumerated in the various agreements that a user must agree to before uploading any designs to Zazzle, including the obligation to not "upload, download, post, email or otherwise transmit any Content that may violate or infringe any patent, trademark, trade secret, copyright or other intellectual or proprietary right of any party" and to "contribute only original work that you have created yourself from original elements." Zazzle denies the remaining allegations of Paragraph 25.

     26.    Zazzle admits that it is covered by and complies with all aspects of the DMCA. Zazzle denies the remaining allegations of Paragraph 26.

     27.    Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 27.

     28.    Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 28.

     29.    Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 29.

30. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 30.

31. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 31.

32. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 32.

33. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 33.

34. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 34.

35. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 35.

36. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 36.

37. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 37.

38. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 38.

39. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 39.

40. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 40.

41. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 41.

42. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 42.

43. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 43.

44. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 44.

45. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 45.

46. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 46.

47. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 47.

48. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 48.

49. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 49.

50. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 50.

51. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 51.

52. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 52.

53. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 53.

54. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 54.

55. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 55.

56. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 56.

57. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 57.

58. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 58.

59. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 59.

60. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 60.

61. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 61.

62. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 62.

63. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 63.

64. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 64.

65. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 65.

66. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 66.

67. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 67.

68. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 68.

69. Zazzle admits that between March 27, 2013 and September 15, 2014, it received communications from GYP, either through GYP's counsel or its representative, regarding alleged unauthorized uses of purportedly GYP- owned Erickson artwork on Zazzle.com. Zazzle denies the remaining allegations of Paragraph 69.

70. Zazzle admits that on or around October 1, 2013, counsel for GYP communicated with Zazzle regarding alleged infringement of Erickson artwork copyrights on Zazzle.com. Zazzle admits that it received a digital file purportedly containing PDFs of GYP's then-current catalog of Kerne Erickson images with the purpose that the file would assist Zazzle in identifying potentially unauthorized content on its website. Zazzle admits that after receiving this file, it reviewed the site and removed all of the designs it could find that allegedly infringed based on the information provided by GYP. Zazzle denies the remaining allegations of Paragraph 70.

71. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 71.

72. Zazzle admits that on July 28, 2015, GYP wrote to Zazzle regarding alleged infringement of purported Erickson artwork copyrights on Zazzle.com.

Zazzle lacks knowledge and information sufficient to form a belief about the truth of the remaining allegations of Paragraph 72.

73. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 73.

74. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 74.

75. Zazzle denies the allegations of Paragraph 75.

76. Zazzle admits that on June 11, 2016, GYP sent a notification of alleged infringement of 6 purported Westmoreland artwork copyrights. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the remaining allegations of Paragraph 76.

77. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 77.

**Count I**

**Copyright Infringement, 17 U.S.C. § 501**

78. There are no allegations to admit or deny in Paragraph 78.

79. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 79.

80. Zazzle denies the allegations of Paragraph 80.

81. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 81.

82. Zazzle denies the allegations of Paragraph 82.

83. Zazzle denies the allegations of Paragraph 83.

84. Zazzle denies the allegations of Paragraph 84.

## Prayer for Relief

85. Zazzle denies that GYP should recover any of the relief requested in its Prayer for Relief.

## AFFIRMATIVE DEFENSES

86. Pursuant to Rule 8(c) of the Federal Rules of Civil procedure, Zazzle sets forth the following affirmative and other defenses, and does so on information and belief as to the actions of others. Zazzle does not concede that it bears the burden of proof or persuasion on any of these defenses. Zazzle reserves the right to assert additional defenses in the event that discovery or further investigation demonstrates that any such defense is appropriate or applicable.

## FIRST DEFENSE

## (DMCA Safe Harbors)

87. GYP's claims are barred in whole or in part by the DMCA safe harbors in 17 U.S.C. § 512. Zazzle operates an online service that allows users to upload and print their designs on clothing and other articles. Zazzle did not direct that any of the images at issue in this action be uploaded or printed using the Zazzle service; all of those actions were done at the direction of a Zazzle user. Zazzle does not tolerate infringement of intellectual property rights on the Zazzle platform. To the contrary, Zazzle requires all users to covenant that they will not "upload, download, post, email or otherwise transmit any Content that may violate or infringe any patent, trademark, trade secret, copyright or other intellectual or proprietary right of any party" and to follow the guideline that they will "contribute only original work that [they] have created [themselves] from original elements."

Zazzle has also adopted and reasonably implemented, and informs users of, its policy that provides for the termination in appropriate circumstances of users who are repeat violators of this agreement. And Zazzle accommodates and does not interfere with standard technical measures. In fact, Zazzle goes out of its way to assist copyright owners in their efforts to identify and request removal of potential infringing material, such as by posting a DMCA takedown notice link on every product page. Zazzle also responds expeditiously to valid DMCA notices of claimed infringement, including every valid DMCA notice received from plaintiff GYP, by removing and/or disabling access into allegedly infringing content and disabling users' ability to print allegedly infringing images on products.

## SECOND DEFENSE

### (Lack of Standing)

88. GYP lacks standing to bring some or all of its asserted claims because GYP is not the "legal or beneficial owner of an exclusive right under a copyright" under 17 U.S.C. § 501(b) for each of the copyrights asserted in this action. For example, GYP concedes that it is not an owner of any of the Westmoreland copyrights at issue and does not allege any facts showing that it is an exclusive licensee of any of the rights allegedly infringed in these copyrights. In addition, some of the alleged Erickson copyright registration certificates list an entity that is not GYP as the copyright claimant and owner, such as the certificates for "Havana" and "Visit Santa Monica." Based on these known facts, Zazzle alleges on information and belief that GYP lacks standing to assert some or all of the copyrights at issue in this action due to a lack of ownership of the exclusive rights allegedly infringed.

## THIRD DEFENSE

### (Failure to State a Claim for Copyright Infringement)

89. GYP fails to state a claim for copyright infringement because it fails to allege facts showing that ownership of a valid copyright and copying by Zazzle of the constituent elements of the work that are original.

## FOURTH DEFENSE

### (License)

90. GYP's claims are barred in whole or in part by licenses, express and implied, granted or authorized to be granted by the owners of the asserted copyrights, including licenses that expressly or impliedly permit the conduct alleged to be infringing by GYP. GYP has admittedly licensed individuals to make use of the asserted copyrighted images and has alleged no facts to show the alleged infringing acts were not committed by licensees of those copyrights.

## FIFTH DEFENSE

### (Fair Use)

91. GYP's claims are barred in whole or in part by 17 U.S.C. § 107 and the doctrine of fair use because, to the extent Zazzle has allegedly engaged in the unauthorized use of any copyrighted material, that use is a permitted fair use under the law.

## SIXTH DEFENSE

### (Failure to Mitigate Damages)

92. GYP's claims are barred in whole or in part because GYP has failed to mitigate its damages, if any, including by failing to make use of the links and

1 | other tools provided by Zazzle to report and stop infringement on the Zazzle
2 | service.

### SEVENTH DEFENSE

### (Innocent Intent)

5. 93. GYP's damages, if any, are limited by Zazzle's innocent intent because Zazzle at no time intended to infringe any copyright and instead relied on the promises made by its users that they had the rights to upload and print the allegedly infringing images.

### EIGHTH DEFENSE

### (Copyright Misuse)

94. GYP's claims are barred in whole or in part by the doctrine of copyright misuse because GYP has sought to use its copyrights to restrict activity that is not protected by copyright law, including activity protected by the DMCA and the mere "offering" of products for sale.

### NINTH DEFENSE

### (Unclean Hands)

95. GYP's claims are barred in whole or in part by the doctrine of unclean hands because GYP has knowingly attempted to enforce copyrights that it lacks standing to enforce.

### TENTH DEFENSE

### (Substantial Non-Infringing Use)

96. GYP's claims are barred in whole or in part the doctrine of substantial non-infringing use.

## ELEVENTH DEFENSE

### (Estoppel)

97. GYP's claims are barred in whole or in part by the doctrine of estoppel.

## TWELFTH DEFENSE

### (Waiver)

98. GYP's claims are barred in whole or in part by the doctrine of waiver.

Dated: September 16, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/*Anthony J Weibell*
Anthony J Weibell

Attorneys for Defendant
ZAZZLE INC.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, defendant Zazzle Inc. hereby demands a jury trial of all issues triable by a jury.

Dated: September 16, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/*Anthony J Weibell*
Anthony J Weibell

Attorneys for Defendant
ZAZZLE INC.