1 | **LAW OFFICE OF JEFFREY S. YOUNG**
**JEFFREY S. YOUNG, SB# 172016**
2 | 1307 State Street, 1st Floor
Santa Barbara, CA 93101
3 | jeff@jeffreyyounglaw.com
Tel: (805) 884-0338
4 | Fax: (805) 884-0799

5 | Attorney for Plaintiff
GREG YOUNG PUBLISHING, INC.
6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11 | GREG YOUNG PUBLISHING, INC., a corporation,

12 | | Case No. 2:16-CV-04587 SVW (KSx)

13 | Plaintiff,

14 | v. | **AMENDED AND SUPPLEMENTAL COMPLAINT FOR COPYRIGHT INFRINGEMENT**

15

16 | ZAZZLE, INC., a California corporation, and DOES 1 to 10,

17

18 | Defendants. | JURY TRIAL DEMANDED

19

20

21

22 | **AMENDED AND SUPPLEMENTAL COMPLAINT**

23 | **FOR COPYRIGHT INFRINGEMENT**

24 | Plaintiff, Greg Young Publishing, Inc. ("GYP"), by its undersigned counsel,

25 | for its complaint against Zazzle, Inc., and DOES 1 to 10, ("Defendants"), alleges

26 | as follows:

27

28

1
AMENDED AND SUPPLEMENTAL COMPLAINT

With this Amended and Supplemental Complaint, Plaintiff amends the allegations in paragraphs 10, 22, 24, 54 (was 51), 62 (was 57), 78 (was 72), and 79 (was 73), adds paragraph 27, adds five (5) Kerne Erickson works of art that were discovered, or that were displayed, on Defendant's website after the filing of the Complaint; Huntington Beach, no. CS69, Cuba, Land of Romance, no. CS75, Escape to Cuba, no. CS79, Napa Valley, no. CS81, and Blue Hawaii, no. CS115 and adds a cause of action for Vicarious Copyright Infringement.  In addition, paragraphs are renumbered beginning with number 27 and the exhibits are re-labeled beginning with Exhibit "V."

## PARTIES

1. Greg Young Publishing, Inc. ("Plaintiff" or "GYP") is a California corporation domiciled in Santa Barbara, California.  Greg Young is the corporation's president and sole shareholder.

2. Zazzle, Inc. ("Defendant" or "Zazzle") is a California corporation with a principle place of business in Redwood City, California.   Zazzle has designated Melanie Sherk as its agent under the Digital Millennium Copyright Act, to receive notifications of claimed infringements.  Zazzle, Inc. owns and operates the website www.zazzle.com through which is advertised, marketed, reproduced, distributed and sold, items that infringe Plaintiff's copyrights.

3. GYP is ignorant of the true names of Defendants sued herein using the fictitious names Does 1 to 50.   GYP will amend this complaint when the true names of Does 1 to 50 are discovered.

## JURISDICTION AND VENUE

4. This case is a civil action arising under the copyright laws of the United States, 17 U.S.C. §§ 101 *et seq*.  This Court has subject-matter jurisdiction

over this action pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

5. Personal jurisdiction and venue are proper in this district pursuant to 28 U.S.C.§§ 1391(b) and (c).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and 1400(a) because Defendants advertise, market and sell goods in this district via the Internet or directly.  Defendants' wrongful conduct caused harm in this district, which harm Defendants knew and/or intended would occur in this district.

## FACTUAL BACKGROUND

### Greg Young Publishing, Inc.

7. Plaintiff, Greg Young Publishing, Inc. is a California-based art publisher. GYP represents several artists, including Kerne Erickson and Scott Westmoreland.

8. Kerne Erickson, a California resident, is one of the many successful artists that GYP represents.  The vintage-inspired travel and beach themed paintings created by Mr. Erickson have proven to be some of the most popular works licensed by GYP.  Mr. Erickson's works are unique within those offered by GYP in that GYP personally commissions works from Mr. Erickson and purchases the copyrights in those works by way of an assignment.

9. Since the late 1990's, GYP has collaborated with Mr. Erickson on a series of original designs that have become internationally known in the area of retro-vintage poster art.  Since that time, GYP began publishing the designs as posters and selling them to the public.

10. Mr. Erickson's works have been a top seller on Art.com, the largest retailer of poster and wall decor art.  In about 2002, GYP started to license Mr.

1
2
3
4
5
6
7
8

Erickson's designs to manufacturers of various products such as puzzles, greeting cards, postcards, shower curtains, shoes, apparel and much more.  In 2006, GYP published a coffee table book entitled Kerne Erickson, which showcases Mr. Erickson's work.  This book was sold through the Tommy Bahama retail outlets and is currently sold on various online stores including Amazon.com.  In 2009 Pacifica Island Art published a book entitled, Banana Baby in Waikiki, a children's book fully illustrated by Kerne Erickson and distributed by Pacifica Island Art.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

11.   Mr. Erickson has been and continues to be one of Hawaii's most recognizable artists for postcard, greeting card and calendar printed materials.  Mr. Erickson's designs have been used on a number of T.V. and motion picture background set dressings.  The Bequia Beach Hotel, a five star hotel in the Eastern Caribbean, promotes in its marketing materials the fact that Mr. Erickson's work is a feature of their hotel rooms. Mr. Erickson has also worked for Disney, the last project was the 130 foot mural in Disney's Grand California Adventure Hotel.  In 2007, Norwegian Cruise lines, through GYP, created an exclusive line of merchandise that featured Mr. Erickson's designs.  This merchandise was sold on their cruise ships operating in the Hawaiian Islands.  The November 2014 issue of Harrods Travel Magazine featured an article with three of Mr. Erickson's works.  Erickson's art was also featured on the cover of Bloomberg Business Week, December 23, 2014 and the book cover of *Cuba Style: Graphics from the Golden Age of Design* by Steven Heller.

24
25
26
27

12.   When licensing to manufacturers, GYP has always required a visible attribution that notices Kerne Erickson as the artist and GYP as the copyright owner.  Despite this fact, and because of Mr. Erickson's popularity, GYP is constantly required to protect its rights in and out of

28

4

1
2

court against willful infringers who believe that they can do as they please without any consequences and in violation of the law.

3
4
5
6
7
8

13.   GYP has and continues to protect the copyrights it holds in Mr. Erickson's works.  GYP registers all of its artwork with the U.S. Copyright Office and places a watermark on all of the artwork it displays on its website, along with a notice of copyright.  In addition, all licensees of GYP's artworks are required to place a copyright notice and a Kerne Erickson attribution on the artwork they offer for sale.

9
10
11
12
13
14
15
16
17

14.   Scott Westmoreland is a nationally known artist who graduated with a degree in art from Cal State, Fullerton in 1991.  Mr. Westmoreland spent the first decade of his career as a designer and illustrator in the entertainment industry creating original posters, programs, brochures and multi-use images for major theatrical productions nation-wide, including tours and the Broadway stage.  Mr. Westmoreland served as a comprehensive artist for the motion picture industry and its advertisers, as well as a regular contractor for the Walt Disney Company and MCA Universal.

18
19
20
21

15.   In 1996, Mr. Westmoreland was asked to become a full-time Staff artist at Disney, where he created numerous marketing, merchandising and collector edition pieces, as well as countless conceptual and developmental campaigns for Michael Eisner.

22
23
24
25
26
27

16.   Mr. Westmoreland rejoined the freelance world in 2001 where he has concentrated his efforts in the fine art arena.  Mr. Westmoreland subsequently licensed his fine art images onto many various products including calendars, puzzles, wall murals, clocks, 3-D sculptures, coasters, wallpaper borders, clothing and much more.  His surf, woodie car, tropical and pinup girl series have made him a recognizable name on the national

28

art scene.

17. Mr. Westmoreland was a "top 100" seller on Art.com.  He has been featured on television shows like Fox's "Trading Spouses," ABC Family's "Knock First," and in publications like "Decor" and "Total Art Licensing." In addition, he has published a limited edition fine art (giclée on canvas) series.

## Zazzle, Inc.

18. Founded in 1999, but publicly launched in 2005, Zazzle is an e-commerce vendor that allows users to upload images of artwork, slogans, and designs for printing by Zazzle on products such as shower curtains, magnets, postcards, water bottles, travel bags, coffee mugs, travel posters, t-shirts, buttons, iPad sleeves, decals, note cards, hoodies, greeting cards, sweatshirts, wall art posters, baseball jerseys, beer labels, mouse pads, jigsaw puzzles, ornaments, tank tops, key-holders, cufflinks, aprons, flip-flops, journals, swerving platters, cutting-boards, and a myriad of other such products.  These products are then offered for sale to the public as alleged herein.

19. According to a recent press release, "Zazzle is the world's leading platform for quality custom products.  Zazzle's proprietary technology enables individuals, professional artists and major brands, including Disney and Warner Bros, to create and offer billions of unique products for customers worldwide.  Creations from 600,000+ designers and hundreds of major brands are available on hundreds of product lines, with near infinite variations.  Zazzle's patented technology precisely visualizes exactly what the customer will receive even before the product is made, on-demand. Launched in 2005 and based in Redwood City, California, Zazzle's vision is to redefine commerce, powered by the world's imagination."

AMENDED AND SUPPLEMENTAL COMPLAINT

20. While Zazzle has created strategic partnerships with many major brands such as Disney, it also has a large number of "designers" (over 600,000). These designers are individuals who set up accounts with Zazzle, upload images to Zazze.com, and receive royalties for products that are sold containing reproductions of those images.

21. The designers are also able to choose a royalty rate to receive in connection with any product that is sold by Zazzle in combination with that individual's uploaded image(s).  Zazzle starts with a base product price and the designer chooses the royalty rate to receive on top of that base price, which increases the product price to account for the royalty rate. Consequently, Zazzle makes a set amount for each product that it sells, regardless of the designer, the royalty rate, or the image printed.

22. It is in Zazzle's best interest to have a high variety of quality images on its website in order to attract customers looking for everything and anything to print on Zazzle's catalog of blank products.  It financially benefits Zazzle to have its designers upload popular images such as those created by Mr. Erickson and Mr. Westmoreland because they will naturally lead to greater product sales compared to images of lower artistic quality.

23. Zazzle holds a large inventory of blank items (e.g., shirts, mugs, key rings, etc.) at its warehouse(s) and prints images on those items only after a product is ordered by an end user buyer through the Zazzle.com website. Generally, Zazzle will need to digitally modify an image from its original form in order to fit the aspect ratio of the end item.

24. When a buyer purchases an item, a Zazzle employee or contractor will take a blank version of that item from the Zazzle warehouse and print the selected image on the item.  Zazzle then packages and ships the purchased product(s) in a box bearing its Zazzle trademark.

Consequently, Zazzle has both the right and the ability to supervise and control the infringing conduct because it is Zazzle's own employees and/or agents who are actually manufacturing the infringing products.

25. Zazzle manages all material aspects of the transactions conducted on its website, including internet hosting, marketing, search engine optimization, production of merchandise, shipping, invoicing, billing, product return, and refunds. The third-party designers' role is limited to only uploading images, choosing the items to offer in connection with those images, setting the royalty rate and waiting for the royalty checks to come in.

26. Zazzle knows that a certain number of images that are uploaded by its third-party designers are infringing the copyrights of others. Despite this knowledge, Zazzle does very little to protect the rights of copyright owners. Instead, Zazzle places the responsibility on the copyright owner to discover the infringements on Zazzle's website and to then send "take down" notices to Zazzle, as would normally be required in connection with the electronic display of images by a party claiming safe harbor under the Digital Millennium Copyright Act (the "DMCA").

27. The fact that Plaintiff has constantly found infringing activity being conducted through the Zazzle services for over three years now proves that Zazzle has failed to exercise its right and ability to supervise and/or control the infringing activity being conducted through its services.

## THE INFRINGED ARTWORK
### Kerne Erickson's Artwork

28. Relevant to this action, Mr. Erickson painted 35 separate original pieces of artwork ("Erickson Artwork") entitled:

1. Aloha Hawaii, no. AL5

1

2.    Los Angeles By Clipper, no. CS27

2

3.    Hawaii, no. CS30

3

4.    Havana, no. CS32

4

5.    Los Angeles - San Diego, no. CS35

5

6.    Catalina by Air, no. CS36

6

7.    Visit Cuba, no. CS37

7

8.    Inter-Island Airways, no. CS41

8

9.    Chicago, no. CS43

9

10.   Waikiki Beach, no. CS45

10

11.   The Lindbergh Line, no. CS46

11

12.   Super Skyliners, no. CS47

12

13.   Braniff Airways - Manhattan, no. CS52

13

14.   Standard Airlines - El Paso, no. CS53

14

15.   Cuba, no. CS55

15

16.   Waikiki, Los Angeles Steamship Co., no. CS56

16

17.   Hawaii, Land of Surf & Sunshine, no. CS60

17

18.   Tahiti, no. CS62

18

19.   Miami Beach Eastern Airlines, no. CS63

19

20.   Varadero Cuba, no. CS64

20

21.   Hope Ranch, no. CS67

21

22.   Huntington Beach, no. CS69

22

23.   Cuba & American Jockey Club, no. CS70

23

24.   Cuba, Land of Romance, no. CS75

24

25.   Visit Santa Monica, no. CS77

25

26.   San Francisco, no. CS78

26

27.   Escape to Cuba, no. CS79

27

28.   Key West, Florida, no. CS80

28

9

AMENDED AND SUPPLEMENTAL COMPLAINT

1
2
3
4
5
6
7

    29.    Napa Valley, no. CS81

    30.    Fly to Hawaii, no. CS84

    31.    Greetings From Samoa, no. CS87

    32.    Duke Kahanamoku, Surfing Legend, no. CS89

    33.    Havana, no. CS99

    34.    Blue Hawaii, no. CS115

    35.    Pineapple, no. SP1

8
9
10
11

29.    At all times relevant herein, Mr. Erickson and Greg Young Publishing, Inc. have complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to the copyrights of the Erickson Artwork.

12
13
14
15
16
17

30.    A registration for "Aloha Hawaii, no. AL5" was issued by the U.S. Copyright Office effective in 2002 and bears Registration Number VA1-159-677.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 25, 2013 and bears Registration Number VA1-433-550.  Attached as part of Exhibit "A" is a true and correct copy of the certificate of registration for "Aloha Hawaii, no. AL5."

18
19
20
21
22
23
24

31.    A registration for "Los Angeles By Clipper, no. CS27" was issued by the U.S. Copyright Office effective in 2000 and bears Registration Number VA1-002-261.  A supplemental registration for this work was issued by the U.S. Copyright Office effective October 21, 2003, bearing Registration Number VA1-237-000.  Attached as part of Exhibit "B" is a true and correct copy of the certificate of registration for "Los Angeles By Clipper, no. CS27."

25
26
27

32.    A registration for "Hawaii, no. CS30" was issued by the U.S. Copyright Office effective in 2000 and bears Registration Number VA1-002-259.  A supplemental registration for this work was issued by the U.S. Copyright

28

10

1
2
3

Office effective October 21, 2003, bearing Registration Number
VA1-237-001.  Attached as part of Exhibit "C" is a true and correct copy of
the certificate of registration for " Hawaii, no. CS30."

4
5
6
7
8
9

33.  A registration for "Havana no. CS32" was issued by the U.S. Copyright
Office effective in 2000 and bears Registration Number VA1-002-260.  A
supplemental registration for this work was issued by the U.S. Copyright
Office effective October 21, 2003, bearing Registration Number
VA1-236-997.  Attached as part of Exhibit "D" is a true and correct copy of
the certificate of registration for "Havana no. CS32."

10
11
12
13
14
15

34.  A registration for "Los Angeles - San Diego, no. CS35" was issued by the
U.S. Copyright Office effective in 2000 and bears Registration Number
VA1-048-131.  A supplemental registration for this work was issued by the
U.S. Copyright Office effective July 23, 2013, bearing Registration Number
VA1-433-520.  Attached as part of Exhibit "E" is a true and correct copy of
the certificate of registration for "Los Angeles - San Diego, no. CS35."

16
17
18
19
20
21

35.  A registration for "Catalina by Air, no. CS36" was issued by the U.S.
Copyright Office effective in 2000 and bears Registration Number
VA1-052-091.  A supplemental registration for this work was issued by the
U.S. Copyright Office effective July 23, 2013 bearing Registration Number
VA1-433-518. Attached as part of Exhibit "F" is a true and correct copy of
the certificate of registration for "Catalina by Air, no. CS36."

22
23
24
25
26
27

36.  A registration for "Visit Cuba, no. CS37" was issued by the U.S. Copyright
Office effective in 2000 and bears Registration Number VA1-048-130.  A
supplemental registration for this work was issued by the U.S. Copyright
Office effective July 23, 2013 bearing Registration Number VA1-433-528.
Attached as part of Exhibit "G" is a true and correct copy of the certificate
of registration for "Visit Cuba, no. CS37."

28

11

37.   A registration for "Inter-Island Airways, no. CS41" was issued by the U.S.
      Copyright Office effective in 2001 and bears Registration Number
      VA1-072-870.  A supplemental registration for this work was issued by the
      U.S. Copyright Office effective October 21, 2003, bearing Registration
      Number VA1-236-996.  Attached as part of Exhibit "H" is a true and correct
      copy of the certificate of registration for "CS41 Inter-Island Airways, no.
      CS41."

38.   A registration for "Chicago, no. CS43" was issued by the U.S. Copyright
      Office effective in 2001 and bears Registration Number VA1-072-869.  A
      supplemental registration for this work was issued by the U.S. Copyright
      Office effective July 25, 2013 bearing Registration Number VA1-433-534.
      Attached as part of Exhibit "I" is a true and correct copy of the certificate of
      registration for "Chicago, no. CS43."

39.   A registration for "Waikiki Beach, no. CS45" was issued by the U.S.
      Copyright Office effective in 2001 and bears Registration Number
      VA1-094-499.  A supplemental registration for this work was issued by the
      U.S. Copyright Office effective October 21, 2003 bearing Registration
      Number VA1-237-003.  Attached as part of Exhibit "J" is a true and correct
      copy of the certificate of registration for "Waikiki Beach, no. CS45."

40.   A registration for "The Lindbergh Line, no. CS46" was issued by the U.S.
      Copyright Office effective in 2001 and bears Registration Number
      VA1-094-498.  A supplemental registration for this work was issued by the
      U.S. Copyright Office effective October 21, 2003 bearing Registration
      Number VA1-237-002.  Attached as part of Exhibit "K" is a true and correct
      copy of the certificate of registration for "The Lindbergh Line S.F., no.
      CS46."

41.   A registration for "Super Skyliners, no. CS47" was issued by the U.S.

12

AMENDED AND SUPPLEMENTAL COMPLAINT

Copyright Office effective in 2001 and bears Registration Number VA1-094-512. A supplemental registration for this work was issued by the U.S. Copyright Office effective October 21, 2003 bearing Registration Number VA1-236-999. Attached as part of Exhibit "L" is a true and correct copy of the certificate of registration for "CS47 Super Skyliners, no. CS47."

42. A registration for "Braniff Airways - Manhattan, no. CS52" was issued by the U.S. Copyright Office effective in 2002 and bears Registration Number VA1-128-532. A supplemental registration for this work was issued by the U.S. Copyright Office effective July 25, 2013 bearing Registration Number VA1-433-545. Attached as part of Exhibit "M" is a true and correct copy of the certificate of registration for "Braniff Airways - Manhattan, no. CS52."

43. A registration for "Standard Airlines - El Paso, no. CS53" was issued by the U.S. Copyright Office effective in 2002 and bears Registration Number VA1-128-529. A supplemental registration for this work was issued by the U.S. Copyright Office effective July 25, 2013 bearing Registration Number VA1-433-546. Attached as part of Exhibit "N" is a true and correct copy of the certificate of registration for " Standard Airlines - El Paso, no. CS53."

44. A registration for "Cuba, no. CS55" was issued by the U.S. Copyright Office effective on April 19, 2002 and bears Registration Number VA1-130-347. A supplemental registration for this work was issued by the U.S. Copyright Office effective July 23, 2013 bearing Registration Number VA1-433-517. Attached as part of Exhibit "O" is a true and correct copy of the certificate of registration for "Cuba, no. CS55."

45. A registration for "Waikiki, Los Angeles Steamship Co., no. CS56" was issued by the U.S. Copyright Office effective in 2002 and bears Registration Number VA1-136-536. A supplemental registration for this work was issued by the U.S. Copyright Office effective July 23, 2013

13

1
2
3

bearing Registration Number VA1-433-554.  Attached as part of Exhibit "P"
is a true and correct copy of the certificate of registration for " Waikiki, Los
Angeles Steamship Co., no. CS56."

4
5
6
7
8
9
10

46. A registration for "Hawaii, Land of Surf & Sunshine, no. CS60" was issued
by the U.S. Copyright Office effective in 2003 and bears Registration
Number VA1-181-637.  A supplemental registration for this work was
issued by the U.S. Copyright Office effective July 23, 2013 bearing
Registration Number VA1-433-525.  Attached as part of Exhibit "Q" is a
true and correct copy of the certificate of registration for "Hawaii, Land of
Surf & Sunshine, no. CS60."

11
12
13
14
15
16

47. A registration for "Tahiti, no. CS62" was issued by the U.S. Copyright
Office effective in 2003 and bears Registration Number VA1-190-230.  A
supplemental registration for this work was issued by the U.S. Copyright
Office effective July 23, 2013 bearing Registration Number VA1-433-551.
Attached as part of Exhibit "R" is a true and correct copy of the certificate
of registration for "Tahiti, no. CS62."

17
18
19
20
21
22

48. A registration for "Miami Beach, Eastern Airlines, no. CS63" was issued by
the U.S. Copyright Office effective in 2003 and bears Registration Number
VA1-185-674.  A supplemental registration for this work was issued by the
U.S. Copyright Office effective July 23, 2013 bearing Registration Number
VA1-433-552.  Attached as part of Exhibit "S" is a true and correct copy of
the certificate of registration for "Miami Beach Eastern Airlines, no. CS63."

23
24
25
26
27

49. A registration for "Varadero Cuba, no. CS64" was issued by the U.S.
Copyright Office effective in 2003 and bears Registration Number VA1-
219-145.  A supplemental registration for this work was issued by the U.S.
Copyright Office effective July 25, 2013 bearing Registration Number
VA1-433-544.  Attached as Exhibit "T" is a true and correct copy of the

28

14

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

certificate of registration for "Varadero Cuba, no. CS64."

50.    A registration for "Hope Ranch, no. CS67" was issued by the U.S. Copyright Office effective in 2004 and bears Registration Number VA1-259-660.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 23, 2013 bearing Registration Number VA1-433-560.  Attached as part of Exhibit "U" is a true and correct copy of the certificate of registration for "Hope Ranch, no. CS67."

51.    A registration for "Huntington Beach, no. CS69" was issued by the U.S. Copyright Office effective in 2004 and bears Registration Number VA1-215-855.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 23, 2013 bearing Registration Number VA1-433-557.  Attached as part of Exhibit "V" is a true and correct copy of the certificate of registration for "Huntington Beach, no. CS69."

52.    A registration for "Cuba & American Jockey Club, no. CS70" was issued by the U.S. Copyright Office effective in 2004 and bears Registration Number VA1-238-650.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 23, 2013 bearing Registration Number VA1-433-553.  Attached as part of Exhibit "W" is a true and correct copy of the certificate of registration for "Cuba & American Jockey, no. CS70."

53.    A registration for "Cuba, Land of Romance, no. CS75" was issued by the U.S. Copyright Office effective on August 27, 2004, and bears Registration Number VA1-280-059.  Attached as part of Exhibit "X" is a true and correct copy of the certificate of registration for "Cuba, Land of Romance, no. CS75."

54.    A registration for "Visit Santa Monica, no. CS77" was issued by the U.S. Copyright Office effective on January 11, 2005, and bears Registration Number VA1-297-304.  Attached as part of Exhibit "Y" is a true and correct

15

copy of the certificate of registration for "Visit Santa Monica, no. CS77."
On May 14, 2013, Greg Young, an individual, assigned his copyrights to
"Visit Santa Monica, no. CS77," to Greg Young Publishing, Inc.

55. A registration for "San Francisco, no. CS78" was issued by the U.S.
Copyright Office effective on June 14, 2005, and bears Registration
Number VAu-674-528. Attached as part of Exhibit "Z" is a true and correct
copy of the certificate of registration for "San Francisco, no. CS78."

56. A registration for "Escape to Cuba, no. CS79" was issued by the U.S.
Copyright Office effective on September 09, 2005, and bears Registration
Number VAu-685-249. Attached as part of Exhibit "AA" is a true and
correct copy of the certificate of registration for "Escape to Cuba, no.
CS79."

57. A registration for "Key West, Florida, no. CS80" was issued by the U.S.
Copyright Office effective on September 9, 2005, bearing Registration
Number VAu-685-250. Attached as part of Exhibit "BB" is a true and
correct copy of the certificate of registration for "Key West, Florida, no.
CS80."

58. A registration for "Napa Valley, no. CS81" was issued by the U.S.
Copyright Office effective on September 9, 2005, bearing Registration
Number VAu-685-248. Attached as part of Exhibit "CC" is a true and
correct copy of the certificate of registration for "Napa Valley, no. CS81."

59. A registration for "Fly to Hawaii, no. CS84" was issued by the U.S.
Copyright Office effective on February 6, 2006, bearing Registration
Number VA1-353-081. Attached as part of Exhibit "DD" is a true and
correct copy of the certificate of registration for "Fly to Hawaii, no. CS84."

60. A registration for "Greetings From Samoa, no. CS87" was issued by the
U.S. Copyright Office effective on March 13, 2006, bearing Registration

16

1
2
3

Number VA1-363-565.  Attached as part of Exhibit "EE" is a true and correct copy of the certificate of registration for "Greetings From Samoa, no. CS87."

4
5
6
7
8

61.   A registration for "Duke Kahanamoku, Surfing Legend, no. CS89" was issued by the U.S. Copyright Office effective on March 13, 2006, bearing Registration Number VA1-363-564.  Attached as part of Exhibit "FF" is a true and correct copy of the certificate of registration for "Duke Kahanamoku, Surfing Legend, no. CS89."

9
10
11
12
13
14

62.   A registration for "Havana, no. CS99" was issued by the U.S. Copyright Office effective on June 12, 2007, bearing Registration Number VAu-745-801.  Attached as part of Exhibit "GG" is a true and correct copy of the certificate of registration for "Havana, no. CS99."  On September 21, 2011, Greg Young, an individual, dba Greg Young International, assigned his copyrights to "Havana, no. CS99" to Greg Young Publishing, Inc.

15
16
17
18

63.   A registration for "Blue Hawaii, no. CS115" was issued by the U.S. Copyright Office effective on June 02, 2010, bearing Registration Number VAu-001028704. Attached as part of Exhibit "HH" is a true and correct copy of the certificate of registration for "Blue Hawaii, no. CS115."

19
20
21
22
23
24

64.   A registration for "Pineapple, no. SP1" was issued by the U.S. Copyright Office effective in 2003 and bearing Registration Number VA1-211-672.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 25, 2013, bearing Registration Number VA1-433-537. Attached as part of Exhibit "II" is a true and correct copy of the certificate of registration for "Pineapple, no. SP1."

25
26
27

65.   Attached and included within each of the exhibits ("A" to "II") containing the Erickson Artwork U.S. Copyright Office certificates of registration, are screen shots of the infringing displays from the Zazzle.com website.  The

28

17

screen shots immediately follow the certificates of registration.

## Scott Westmoreland's Artwork

66. Relevant to this action, Mr. Westmoreland painted 6 separate original pieces of artwork ("Westmoreland Artwork") entitled:

1. Surfin' USA.

2. Surf Shack.

3. Starting Lineup.

4. G'Day Mate.

5. Surfer Girl.

6. Waikiki Pinup.

67. At all times relevant herein, Mr. Westmoreland has complied in all respects with the Copyright Act, 17 U.S.C. § 101, et seq., and secured the exclusive rights and privileges in and to the copyrights of the Westmoreland Artwork.

68. A registration for "Surfin' USA" was issued by the U.S. Copyright Office effective on September 25, 2007, bearing Registration Number VA1-634-074. Attached as part of Exhibit "JJ" is a true and correct copy of the certificate of registration for "Surfin' USA."

69. A registration for "Surf Shack" was issued by the U.S. Copyright Office effective on October 29, 2007, bearing Registration Number VA1-631-104. Attached as part of Exhibit "KK" is a true and correct copy of the certificate of registration for "Surf Shack."

70. A registration for "Starting Lineup" was issued by the U.S. Copyright Office effective on May 21, 2007, bearing Registration Number VA1-416-155. Attached as part of Exhibit "LL" is a true and correct copy of the certificate of registration for "Starting Lineup."

71. A registration for "G-Day Mate" was issued by the U.S. Copyright Office effective on October 29, 2007, bearing Registration Number VAu-955-134.

Attached as part of Exhibit "MM" is a true and correct copy of the certificate of registration for "G-Day Mate."

72. A registration for "Surfer Girl" was issued by the U.S. Copyright Office effective on July 25, 2014, bearing Registration Number VA1-922-847. Attached as part of Exhibit "NN" is a true and correct copy of the certificate of registration for "Surfer Girl."

73. A registration for "Waikiki Pinup" was issued by the U.S. Copyright Office effective on July 25, 2014, bearing Registration Number VA1-922-847. Attached as part of Exhibit "OO" is a true and correct copy of the certificate of registration for "Waikiki Pinup."

74. Attached and included within each of the exhibits ("JJ" to "OO") containing the Westmoreland Artwork U.S. Copyright Office certificates of registration, are screen shots of the infringing displays from the Zazzle.com website. The screen shots immediately follow the certificates of registration.

75. On June 30, 2010, Scott Westmoreland licensed the Westmoreland Artwork to GYP along with the right to enforce the copyrights against infringements.

## ZAZZLE'S INFRINGING ACTIVITIES

76. On six (6) separate occasions between March 27, 2013 and September 15, 2014, GYP communicated with Zazzle, either through GYP's counsel or its representative, to address the unauthorized use of GYP owned Erickson Artwork images on Zazzle.com.

77. On or around October 1, 2013, counsel for GYP communicated by phone and email with two Zazzle employees to express GYP's frustration with the recurring unauthorized use of its Erickson Artwork images on Zazzle.com. As part of those discussions, Zazzle accepted a digital file containing PDFs of GYP's then-current catalog of Kerne Erickson images, and Zazzle

19

agreed to search through its database of images to remove additional uses of the Kerne Erickson images (the additional images that were removed were never disclosed to GYP).

78.  On September 15, 2014, approximately one year after Zazzle received a copy of the Kerne Erickson catalog, a representative of GYP contacted Zazzle regarding additional Erickson Artwork images that were found on the website.

79.  Despite the six prior communications, on July 28, 2015, GYP once again wrote to Zazzle to address the fact that there were then-currently a total of twenty-four (24) unique Kerne Erickson images being reproduced without authorization on Zazzle.com.  Significantly, the twenty-four images were found in forty-four different instances on Zazzle.com with hundreds of products being offered in connection with the unauthorized reproductions of the these images.  Recent review of the July 28, 2015 correspondence reveals that there were twenty-five (25) as opposed to twenty-four (24) images being reproduced without authorization on Zazzle.com.

80.  Since July 28, 2015, another nine (9) Erickson Artwork images have been uploaded to and displayed on Zazzle's website.  Those additional nine (9) images are:

      A.     Braniff Airways - Manhattan, no. CS52 - Exhibit "M"

      B.     Standard Airlines - El Paso, no. CS53 - Exhibit "N"

      C.     Cuba, no. CS55 - Exhibit "O"

      D.     Varadero Cuba, no.CS64 - Exhibit "T"

      E.     Huntington Beach, no.CS69 - Exhibit "V"

      F.     Cuba, Land of Romance no. CS75 - Exhibit "X"

      G.     Escape to Cuba, no.CS79 - Exhibit "AA"

      H.     Napa Valley, no.CS81 - Exhibit "CC"

AMENDED AND SUPPLEMENTAL COMPLAINT

I.    Blue Hawaii, no.CS115 - Exhibit "HH"

81.  Plaintiff continues to monitor the Zazzle website for new infringements and will seek leave to amend and/or supplement the complaint in order to allege additional infringements, as they are discovered.

82.  Through the multiple letters and the catalog of Kerne Erickson images accepted by Zazzle in October of 2013, Zazzle is fully aware of Plaintiff's ownership of the copyrights in the Artwork.  Despite its direct knowledge of Plaintiff's rights, Zazzle continues to permit its designers to upload unauthorized copies of Kerne Erickson images onto Zazzle.com and Zazzle continues to print unauthorized copies of Kerne Erickson images onto Zazzle's blank item merchandise, which it then ships and sells to customers for a profit.

## COUNT I

## COPYRIGHT INFRINGEMENT, U.S.C. § 501 ET SEQ.

(For Direct Copyright Infringement)

83.  GYP incorporates the prior paragraphs by reference as though fully set forth herein.

84.  GYP owns all title and interest in the copyrights of the Erickson Artwork and the right to enforce the copyrights of the Westmoreland Artwork that have been publicly displayed, reproduced, copied, sold, and distributed by Zazzle.

85.  Zazzle, without authorization, has willfully, intentionally, and deliberately infringed the copyrights of the Erickson Artwork and Westmoreland Artwork by unlawfully publicly displaying, reproducing, copying, selling and distributing copies in violation of the Unites States Copyright Act, 17 U.S.C. § 501, *et seq.* and to this day continues to do so.

86.  Zazzle had and continues to have access to the Erickson Artwork and

21

AMENDED AND SUPPLEMENTAL COMPLAINT

Westmoreland Artwork by nature of the fact that they are sold nationally, displayed in many online catalogs, displayed on the Internet and uploaded to its website by its designers.

87. Even after GYP sent Zazzle multiple Notices of Infringement of the Erickson Artwork, Zazzle has continued to violate GYP's copyrights by copying, displaying, and offering for sale products containing images of "Visit Cuba, no. CS37," and "Varadero Cuba, no.CS64.

88. GYP is entitled to recover Zazzle's profits, or at GYP's election, statutory damages in accordance with 17 U.S.C. § 504.

89. GYP is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.

**COUNT II**

**COPYRIGHT INFRINGEMENT, U.S.C. § 501 ET SEQ.**

(For Vicarious and/or Contributory Copyright Infringement)

90. GYP incorporates the prior paragraphs by reference as though fully set forth herein.

91. Zazzle knowingly induced, participated in, aided and abetted in and profited directly from the unauthorized uploading of the Erickson and Westmoreland Artworks by Zazzle's third-party designers, and which provided Zazzle with the high quality art of Mr. Erickson and Mr. Westmoreland to offer to its end customers for the subsequent sales of products imprinted with such Artwork, as alleged hereinabove.

92. As such, Plaintiff alleges that Zazzle is  vicariously liable for the infringements alleged herein because; a) it had the right and ability to supervise and/or control the infringing conduct, b) it had a direct financial interest in the infringing conduct, and c) it failed to exercise its right and

22

ability to supervise and/or control the infringing conduct.

93. GYP is entitled to recover Zazzle's profits, or at GYP's election, statutory damages in accordance with 17 U.S.C. § 504.

94. GYP is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.


## **PRAYER FOR RELIEF**

Wherefore, for the reasons set forth above, GYP prays for judgment against all Defendants as follows:

1. Judgment in favor of GYP and against all Defendants;

2. Pursuant to 17 U.S.C. section 502, grant a permanent injunction prohibiting Zazzle from copying, manipulating, reproducing, distributing, selling or displaying the Erickson Artwork and the Westmoreland Artwork or derivatives thereof;

3. An Order requiring Defendants to review all uploaded images by its "designers" to insure that none of the images are protected by GYP's copyrights;

4. Pursuant to 17 U.S.C. section 504, award to GYP statutory damages of up to $150,000 per infringement, or, in the alternative, all actual damages suffered by GYP and all profit earned by Zazzle attributable to the copyright infringements;

5. Pursuant to 17 U.S.C. section 505, award GYP its full costs in litigating this matter, including reasonable attorneys' fees;

6. A full accounting by Zazzle of all profits attributable to the infringements; and

AMENDED AND SUPPLEMENTAL COMPLAINT

7.     Granting GYP such other and further relief as this Court deems equitable and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff GYP demands a trial by jury on claims so triable.

Respectfully submitted,

Dated: February 15, 2017     LAW OFFICES OF JEFFREY YOUNG


By:___/s/ *Jeffrey S. Young*_____
     Jeffrey S. Young, Attorney for
     Plaintiff Greg Young Publishing, Inc.

AMENDED AND SUPPLEMENTAL COMPLAINT