Timothy J. Halloran - 104498
  THalloran@mpbf.com
Keith G. Adams - 240497
  KAdams@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
Los Angeles, CA  90071
Telephone:  (213) 327-3500
Facsimile:  (213) 627-2445

Attorneys for Defendant
ZAZZLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation,<br><br>              Plaintiff,<br><br>        v.<br><br>ZAZZLE, INC., a corporation, and DOES 1 to 10,<br><br>              Defendants. | Case No.: 2:16-cv-04587<br><br>**DEFENDANT ZAZZLE INC.'S ANSWER TO AMENDED AND SUPPLEMENTAL COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>FPTC:        April 3, 2017<br>Trial:         April 11, 2017 |

Defendant Zazzle Inc. ("Zazzle" or "Defendant") hereby answers the allegations in the Complaint filed on June 23, 2016 by plaintiff Greg Young Publishing, Inc. ("GYP"). Except as explicitly admitted herein, each and every allegation of the Complaint is denied.

### Parties

1.      Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 1.

2.      Zazzle admits that it is a California corporation with headquarters in Redwood City, California. Zazzle admits that it has designated Melanie Sherk as its

- 1 -

1  agent under the Digital Millennium Copyright Act ("DMCA") to receive notifications

2  of claimed infringements. Zazzle admits that it owns and operates the website

3  www.zazzle.com. Zazzle denies the remaining allegations of Paragraph 2.

4        3.      Zazzle lacks knowledge and information sufficient to form a belief about

5  the truth of the allegations of Paragraph 3.

6                              **Jurisdiction & Venue**

7        4.      Zazzle admits that this Court has exclusive subject matter jurisdiction

8  over this action but denies any implied allegation of Paragraph 4 that an actual

9  copyright infringement has occurred.

10       5.      Zazzle admits that the Court has general personal jurisdiction over Zazzle,

11  but denies the remaining allegations of Paragraph 5.

12       6.      Zazzle denies the allegations of Paragraph 6.

13                            **FACTUAL BACKGROUND**

14                          **Greg Young Publishing, Inc.**

15       7.      Zazzle lacks knowledge and information sufficient to form a belief about

16  the truth of the allegations of Paragraph 7.

17       8.      Zazzle lacks knowledge and information sufficient to form a belief about

18  the truth of the allegations of Paragraph 8.

19       9.      Zazzle lacks knowledge and information sufficient to form a belief about

20  the truth of the allegations of Paragraph 9.

21       10.     Zazzle lacks knowledge and information sufficient to form a belief about

22  the truth of the allegations of Paragraph 10.

23       11.     Zazzle lacks knowledge and information sufficient to form a belief about

24  the truth of the allegations of Paragraph 11.

25       12.     Zazzle lacks knowledge and information sufficient to form a belief about

26  the truth of the allegations of Paragraph 12.

27       13.     Zazzle lacks knowledge and information sufficient to form a belief about

28  the truth of the allegations of Paragraph 13.

1    14.    Zazzle lacks knowledge and information sufficient to form a belief about

2   the truth of the allegations of Paragraph 14.

3    15.    Zazzle lacks knowledge and information sufficient to form a belief about

4   the truth of the allegations of Paragraph 15.

5    16.    Zazzle lacks knowledge and information sufficient to form a belief about

6   the truth of the allegations of Paragraph 16.

7    17.    Zazzle lacks knowledge and information sufficient to form a belief about

8   the truth of the allegations of Paragraph 17.

9    **Zazzle Inc.**

10    18.    Zazzle admits that, launched in 2005, Zazzle is the world's leading

11   platform for quality custom products. Zazzle's proprietary technology enables

12   individuals, professional artists and major brands, such as Disney and Warner Bros, to

13   create and offer millions of unique products for customers worldwide. Creations from

14   600,000+ designers and hundreds of major brands are available on hundreds of product

15   lines, with near infinite variations. Zazzle admits that as such, it is a "service provider"

16   under the DMCA that merely operates the Zazzle platform to which users can upload

17   designs at their direction for printing at the direction of these users on products

18   supplied by Zazzle. Zazzle denies the remaining allegations of Paragraph 18.

19    19.    Zazzle admits the allegations of Paragraph 19.

20    20.    Zazzle admits that it has created strategic partnerships with many major

21   brands such as Disney, and that a large number of  designers (over 600,000) who have

22   set up accounts to upload their designs to Zazzle.com and receive royalties for

23   products that are sold containing reproductions of their designs. Zazzle denies the

24   remaining allegations of Paragraph 20.

25    21.    Zazzle admits that it sets a base price for each product sold on the Zazzle

26   service, and that designers are able to choose a royalty rate between 5% and 99% for

27   any product that is sold on Zazzle with the designer's design to be added on top of the

28   base price. Zazzle denies the remaining allegations of Paragraph 21.

22.     Zazzle admits the express allegations of the first sentence of Paragraph 22 but denies any implied allegation that it is in Zazzle's best interest to have unauthorized artwork on the Zazzle service. Zazzle denies the allegations of the second sentence of Paragraph 22.

23.     Zazzle admits the allegations of Paragraph 23 are true for some transactions conducted through Zazzle but denies that they are true for all transactions. For example, while Zazzle may change the dimensions of images uploaded by Zazzle's partners to fit certain products, Zazzle does not do this for regular designers.

24.     Zazzle admits that the allegations of Paragraph 24 are true for some transactions conducted through Zazzle but denies that they are true for all transactions.

25.     Zazzle admits that Zazzle manages all material aspects of the transactions conducted on its website, including internet hosting, marketing, search engine optimization, production of merchandise, shipping, invoicing, billing, product return, and refunds. Zazzle denies that the only responsibilities of a third-party designer are those alleged. Zazzle users have many more obligations, which are enumerated in the various agreements that a user must agree to before uploading any designs to Zazzle, including the obligation to not "upload, download, post, email or otherwise transmit any Content that may violate or infringe any patent, trademark, trade secret, copyright or other intellectual or proprietary right of any party" and to "contribute only original work that you have created yourself from original elements." Zazzle denies the remaining allegations of Paragraph 25.

26.     Zazzle admits that it is covered by and complies with all aspects of the DMCA. Zazzle denies the remaining allegations of Paragraph 26.

27.     Zazzle denies the allegations in Paragraph 27.

## THE INFRINGED ARTWORK

### Kerne Erickson's Artwork

28.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 28.

- 4 -

29.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 29.

30.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 30.

31.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 31.

32.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 32.

33.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 33.

34.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 34.

35.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 35.

36.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 36.

37.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 37.

38.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 38.

39.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 39.

40.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 40.

41.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 41.

42.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 42.

43.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 43.

44.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 44.

45.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 45.

46.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 46.

47.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 47.

48.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 48.

49.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 49.

50.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 50.

51.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 51.

52.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 52.

53.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 53.

54.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 54.

55.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 55.

56.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 56.

1      57.    Zazzle lacks knowledge and information sufficient to form a belief about

2 the truth of the allegations of Paragraph 57.

3      58.    Zazzle lacks knowledge and information sufficient to form a belief about

4 the truth of the allegations of Paragraph 58.

5      59.    Zazzle lacks knowledge and information sufficient to form a belief about

6 the truth of the allegations of Paragraph 59.

7      60.    Zazzle lacks knowledge and information sufficient to form a belief about

8 the truth of the allegations of Paragraph 60.

9      61.    Zazzle lacks knowledge and information sufficient to form a belief about

10 the truth of the allegations of Paragraph 61.

11      62.    Zazzle lacks knowledge and information sufficient to form a belief about

12 the truth of the allegations of Paragraph 62.

13      63.    Zazzle lacks knowledge and information sufficient to form a belief about

14 the truth of the allegations of Paragraph 63.

15      64.    Zazzle lacks knowledge and information sufficient to form a belief about

16 the truth of the allegations of Paragraph 64.

17      65.    Zazzle lacks knowledge and information sufficient to form a belief about

18 the truth of the allegations of Paragraph 65.

19              **Scott Westmoreland's Artwork**

20      66.    Zazzle lacks knowledge and information sufficient to form a belief about

21 the truth of the allegations of Paragraph 66.

22      67.    Zazzle lacks knowledge and information sufficient to form a belief about

23 the truth of the allegations of Paragraph 67.

24      68.    Zazzle lacks knowledge and information sufficient to form a belief about

25 the truth of the allegations of Paragraph 68.

26      69.    Zazzle lacks knowledge and information sufficient to form a belief about

27 the truth of the allegations of Paragraph 69.

28

DEFENDANT ZAZZLE INC.'S ANSWER TO AMENDED AND SUPPLEMENTAL
COMPLAINT FOR COPYRIGHT INFRINGEMENT

CASE NO. 2:16-CV-
04587

70.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 70.

71.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 71.

72.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 72.

73.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 73.

74.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 74.

75.     Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 75.

## ZAZZLE'S [ALLEGEDLY] INFRINGING ACTIVITIES

76.     Zazzle admits that between March 27, 2013 and September 15, 2014, it received communications from GYP, either through GYP's counsel or its representative, regarding alleged unauthorized uses of purportedly GYP- owned Erickson artwork on Zazzle.com. Zazzle denies the remaining allegations of Paragraph 76.

77.     Zazzle admits that on or around October 1, 2013, counsel for GYP communicated with Zazzle regarding alleged infringement of Erickson artwork copyrights on Zazzle.com. Zazzle admits that it received a digital file purportedly containing PDFs of GYP's then-current catalog of Kerne Erickson images with the purpose that the file would assist Zazzle in identifying potentially unauthorized content on its website. Zazzle admits that after receiving this file, it reviewed the site and removed all of the designs it could find that allegedly infringed based on the information provided by GYP. Zazzle denies the remaining allegations of Paragraph 77.

- 8 -

78.   Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 78.

79.   Zazzle admits that on July 28, 2015, GYP wrote to Zazzle regarding alleged infringement of purported Erickson artwork copyrights on Zazzle.com. Zazzle lacks knowledge and information sufficient to form a belief about the truth of the remaining allegations of Paragraph 79.

80.   Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 80.

81.   Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 81.

82.   Zazzle denies the allegations of Paragraph 82.

**Count I**

**Copyright Infringement, 17 U.S.C. § 501 *et seq.***

**(For Direct Copyright Infringement)**

83.   There are no allegations to admit or deny in Paragraph 83.

84.   Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 984.

85.   Zazzle denies the allegations of Paragraph 85.

86.   Zazzle lacks knowledge and information sufficient to form a belief about the truth of the allegations of Paragraph 86.

87.   Zazzle denies the allegations of Paragraph 87.

88.   Zazzle denies the allegations of Paragraph 88.

89.   Zazzle denies the allegations of Paragraph 89.

**Count II**

**Copyright Infringement, U.S.C. § 501 *et seq.***

**(For Vicarious and/or Contributory Copyright Infringement)**

90.   There are no allegations to admit or deny in Paragraph 90.

91.   Zazzle denies the allegations of Paragraph 91.

92.    Zazzle denies the allegations of Paragraph 92.

93.    Zazzle denies the allegations of Paragraph 93.

94.    Zazzle denies the allegations of Paragraph 94.

**Prayer for Relief**

95.    Zazzle denies that GYP should recover any of the relief requested in its Prayer for Relief.

**<u>AFFIRMATIVE DEFENSES</u>**

96.    Pursuant to Rule 8(c) of the Federal Rules of Civil procedure, Zazzle sets forth the following affirmative and other defenses, and does so on information and belief as to the actions of others.  Zazzle does not concede that it bears the burden of proof or persuasion on any of these defenses.  Zazzle reserves the right to assert additional defenses in the event that discovery or further investigation demonstrates that any such defense is appropriate or applicable.

**FIRST DEFENSE**

**(DMCA Safe Harbors)**

97.    GYP's claims are barred in whole or in part by the DMCA safe harbors in 17 U.S.C. § 512. Zazzle operates an online service that allows users to upload and print their designs on clothing and other articles. Zazzle did not direct that any of the images at issue in this action be uploaded or printed using the Zazzle service; all of those actions were done at the direction of a Zazzle user. Zazzle does not tolerate infringement of intellectual property rights on the Zazzle platform. To the contrary, Zazzle requires all users to covenant that they will not "upload, download, post, email or otherwise transmit any Content that may violate or infringe any patent, trademark, trade secret, copyright or other intellectual or proprietary right of any party" and to follow the guideline that they will "contribute only original work that [they] have created [themselves] from original elements." Zazzle has also adopted and reasonably implemented, and informs users of, its policy that provides for the termination in appropriate circumstances of users who are repeat violators of this agreement. And

- 10 -

Zazzle accommodates and does not interfere with standard technical measures. In fact, Zazzle goes out of its way to assist copyright owners in their efforts to identify and request removal of potential infringing material, such as by posting a DMCA takedown notice link on every product page. Zazzle also responds expeditiously to valid DMCA notices of claimed infringement, including every valid DMCA notice received from plaintiff GYP, by removing and/or disabling access into allegedly infringing content and disabling users' ability to print allegedly infringing images on products. Upon information and belief, with respect to the allegations as to the artworks entitled (1) CS45 – Waikiki Beach (Amended Complaint ¶39, Ex. J), CS77 – Visit Santa Monica (Amended Complaint ¶ 54, Ex. Y), Starting Lineup (Amended Complaint, ¶ 70,, Ex. KK), and G'Day Mate (Amended Complaint, ¶71, Ex. MM), no sales of products were associated with any alleged display of the purportedly infringing images by Zazzle.

## SECOND DEFENSE

### (Lack of Standing)

98.     GYP lacks standing to bring some or all of its asserted claims because GYP is not the "legal or beneficial owner of an exclusive right under a copyright" under 17 U.S.C. § 501(b) for each of the copyrights asserted in this action. For example, GYP concedes that it is not an owner of any of the Westmoreland copyrights at issue and does not allege any facts showing that it is an exclusive licensee of any of the rights allegedly infringed in these copyrights. In addition, some of the alleged Erickson copyright registration certificates list an entity that is not GYP as the copyright claimant and owner, such as the certificates for "Havana" and "Visit Santa Monica." In addition, on the facts alleged, while the copyright registrations to the underlying artworks may be valid, to the extent GYP's claims are premised on its standing as an owner of the copyright registrations set forth in the complaint (as opposed to an assignee/licensee of Erickson), they are void as accurate lithographic reproductions of paintings lack sufficient originality to qualify for copyright. In addition, some or all of the underlying copyrights may be void for infringement on the

rights of others, *e.g.*, trademark rights or rights of publicity. Based on these known facts, Zazzle alleges on information and belief that GYP lacks standing to assert some or all of the copyrights at issue in this action due to a lack of ownership of the exclusive rights allegedly infringed.

### THIRD DEFENSE

#### (Failure to State a Claim for Copyright Infringement)

99.    GYP fails to state a claim for copyright infringement because it fails to allege facts showing that ownership of a valid copyright and copying by Zazzle of the constituent elements of the work that are original.

### FOURTH DEFENSE

#### (License)

100.   GYP's claims are barred in whole or in part by licenses, express and implied, granted or authorized to be granted by the owners of the asserted copyrights, including licenses that expressly or impliedly permit the conduct alleged to be infringing by GYP. GYP has admittedly licensed individuals to make use of the asserted copyrighted images and has alleged no facts to show the alleged infringing acts were not committed by licensees of those copyrights.

### FIFTH DEFENSE

#### (Fair Use)

101.   GYP's claims are barred in whole or in part by 17 U.S.C. § 107 and the doctrine of fair use because, to the extent Zazzle has allegedly engaged in the unauthorized use of any copyrighted material, that use is a permitted fair use under the law.

### SIXTH DEFENSE

#### (Failure to Mitigate Damages)

102.   GYP's claims are barred in whole or in part because GYP has failed to mitigate its damages, if any, including by failing to make use of the links and other tools provided by Zazzle to report and stop infringement on the Zazzle service.

**SEVENTH DEFENSE**

**(Innocent Intent)**

103.   GYP's damages, if any, are limited by Zazzle's innocent intent because Zazzle at no time intended to infringe any copyright and instead relied on the promises made by its users that they had the rights to upload and print the allegedly infringing images.

**EIGHTH DEFENSE**

(**Copyright Misuse**)

104.   GYP's claims are barred in whole or in part by the doctrine of copyright misuse because GYP has sought to use its copyrights to restrict activity that is not protected by copyright law, including activity protected by the DMCA and the mere "offering" of products for sale.

**NINTH DEFENSE**

(**Unclean Hands**)

105.   GYP's claims are barred in whole or in part by the doctrine of unclean hands because GYP has knowingly attempted to enforce copyrights that it lacks standing to enforce.

**TENTH DEFENSE**

(**Substantial Non-Infringing Use**)

106.   GYP's claims are barred in whole or in part the doctrine of substantial non-infringing use.

**ELEVENTH DEFENSE**

(**Estoppel**)

107.   GYP's claims are barred in whole or in part by the doctrine of estoppel.

**TWELFTH DEFENSE**

(**Waiver**)

108.   GYP's claims are barred in whole or in part by the doctrine of waiver.

- 13 -

1  | Dated: March 1, 2017                        MURPHY, PEARSON, BRADLEY & FEENEY

2  | By /s/ Keith G. Adams
3  |      Keith G. Adams
   |      Attorneys for Defendant
4  |      ZAZZLE INC.

5  |

6  |                              **JURY DEMAND**

7  |        Pursuant to Federal Rule of Civil Procedure 38, defendant Zazzle Inc. hereby

8  | demands a jury trial of all issues triable by a jury.

9  |
   | Dated: March 1, 2017                        MURPHY, PEARSON, BRADLEY & FEENEY
10 |
   | By /s/ Keith G. Adams
11 |      Keith G. Adams
   |      Attorneys for Defendant
12 |      ZAZZLE INC.

13 |
   | KGA.3091625.docx
14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

DEFENDANT ZAZZLE INC.'S ANSWER TO AMENDED AND SUPPLEMENTAL          CASE NO. 2:16-CV-
COMPLAINT FOR COPYRIGHT INFRINGEMENT                                04587