**JEFFREY S. YOUNG, SBN172016**
**LAW OFFICES OF JEFFREY S. YOUNG**
1307 State Street, First Floor
Santa Barbara, CA  93101
jeff@jeffreyyounglaw.com
Tel: (805) 884-0338
Fax: (805) 884-0799

Attorney for Plaintiff GREG YOUNG PUBLISHING, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZAZZLE, INC., a corporation, and DOES 1 to 10;<br><br>Defendants | Case No. 2:16-cv-04587 SVW (KSx)<br><br>**PLAINTIFF GREG YOUNG PUBLISHING, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT ZAZZLE'S FIRST AFFIRMATIVE DEFENSE.**<br><br>Date:          April 28, 2017<br>Time:          1:30 p.m.<br>Judge:        Hon. Stephen V. Wilson<br>Dept.:         10A |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that on April 28, 2017, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable Stephen V. Wilson in Courtroom 10A at the U.S. District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California, Plaintiff Greg Young Publishing, Inc. ("GYP") will, and hereby does, move for an order granting partial summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure, on grounds that Zazzle is not entitled to its First Affirmative Defense

under the Digital Millennium Copyright Act ("DMCA") for safe harbors because it does not qualify as a service provider as contemplated under the DMCA, or alternatively that Zazzle does not satisfy certain other requirements of the DMCA in order to be eligible for the safe harbor protection

    This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts, the Declaration of Jeffrey S. Young, the Declaration of Greg Young, and any exhibits submitted in support thereof, the pleadings and paper on file herein, and upon such other matters as may be presented to the court at the time of the hearing.

Respectfully submitted,

Date: March 27, 2016        LAW OFFICES OF JEFFREY YOUNG

                                            /s/ *Jeffrey S. Young*

By: _____
     Jeffrey S. Young, Attorney for Plaintiff
     Greg Young Publishing, Inc.