| Product Title | Total Qty Sold | Total Sales | Total Royalties | Design |
|---|---|---|---|---|
| AL5 Aloha Hawaii | 223 | $ ▮ | $ ▮ | |
| CS115 Blue Hawaii | 15 | $ ▮ | $ ▮ | |
| CS27 Los Angeles by Clipper | 284 | $ ▮ | $ ▮ | |

| | | | | |
|---|---|---|---|---|
| CS30 Hawaii | 575 | $ ▉ | $ ▉ | |
| CS32 Havana | 49 | $ ▉ | $ ▉ | |
| CS35 Los Angeles to San Diego | 13 | $ ▉ | $ ▉ | |



| | | | | |
|---|---|---|---|---|
| CS36 Catalina | 1 | $ ■ | $ ■ | (Catalina By Air poster) |
| CS37 Visit Cuba | 282 | $ ■ | $ ■ | (Visit Cuba poster) |
| CS41 Inter Island Airways | 60 | $ ■ | $ ■ | (Inter-Island Airways Ltd poster) |

| | | | | | |
|---|---|---|---|---|---|
| CS43 Chicago | 210 | $ | | $ | |
| CS46 San Francisco | 384 | $ | | $ | |
| CS47 Super Skyliners | 22 | $ | | $ | |





| | | | | |
|---|---|---|---|---|
| CS52 Braniff Airways, Manhattan | 9 | $ | $ | |
| CS53 Standard Airlines El Paso | 17 | $ | $ | |
| CS55 Cuba | 33 | $ | $ | |

| | | | | |
|---|---|---|---|---|
| CS56 Surfriders Waikiki | 88 | $ ▮ | $ ▮ | |
| CS60 Hawaii Land of Surf | 43 | $ ▮ | $ ▮ | |
| CS62 Tahiti | 27 | $ ▮ | $ ▮ | |



| | | | | | |
|---|---|---|---|---|---|
| CS63 Miami Beach Eastern | 58 | $ | ■ | $ ■ | |
| CS64 Varadero Cuba | 12 | $ | ■ | $ ■ | |
| CS67 Hope Ranch | 78 | $ | ■ | $ ■ | |



| | | | | | |
|---|---|---|---|---|---|
| CS69 Huntington Beach | 14 | $ | ■ | $ ■ | |
| CS70 Cuba & American Jockey | 38 | $ | ■ | $ ■ | |
| CS75 Cuba, Land of Romance | 25 | $ | ■ | $ ■ | |



| | | | | | |
|---|---|---|---|---|---|
| CS78 San Francisco | 509 | $ | ■ | $ | ■ |
| CS79 Escape to Cuba | 29 | $ | ■ | $ | ■ |
| CS80 Key West | 141 | $ | ■ | $ | ■ |





| CS81 Napa Valley | 518 | $ | | $ | | |
| CS84 Fly To Hawaii | 79 | $ | | $ | | |
| CS87 Greetings From Samoa | 66 | $ | | $ | | |

| Item | Qty | Price | Price | Image |
|---|---|---|---|---|
| CS89 Duke Surfing Legend | 101 | $ ■ | $ ■ | |
| CS99 Havana | 328 | $ ■ | $ ■ | |
| SP1 Seeds Pack Pineapple | 1 | $ ■ | $ ■ | |



| | | | | | |
|---|---|---|---|---|---|
| SW11 Surfin USA | 2 | $ ■ | $ ■ | | |
| SW28 Surf Shack | 20 | $ ■ | $ ■ | | |
| SW65 Surfer Girl | 4 | $ ■ | $ ■ | | |

| | | | | | |
|---|---|---|---|---|---|
| SW66 Waikiki Girl | 271 | $ ███ | $ ███ | | |
| | **4629** | $ ███ | $ ███ | | |

CONFIDENTIAL                                              Copy of ZAZZLE0000165 (Confidential) jsy format