JEFFREY S. YOUNG, SBN172016
LAW OFFICES OF JEFFREY S. YOUNG
1307 State Street, First Floor
Santa Barbara, CA 93101
jeff@jeffreyyounglaw.com
Tel: (805) 884-0338
Fax: (805) 884-0799

Attorney for Plaintiff GREG YOUNG PUBLISHING, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZAZZLE, INC., a corporation, and DOES 1 to 10,<br><br>Defendants | Case No. 2:16-cv-04587 SVW (KSx)<br><br>**DECLARATION OF ELLEN SEAY IN SUPPORT OF PLAINTIFF GYP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:           April 28, 2017<br>Time:           1:30 p.m.<br>Judge:         Hon. Stephen V. Wilson<br>Depart:        10A |

### DECLARATION OF ELLEN SEAY

I, Ellen Seay, declare:

1. I assist Greg Young Publishing, from time to time, with licensing of its artwork and images. The facts set forth in this Declaration are based on my personal knowledge and records maintained in the ordinary course of my business and if called upon to testify to these facts, I could and would do so competently. I submit this Declaration in support of GYP's motion for partial summary judgment.

---
1
DECLARATION OF ELLEN SEAY IN SUPPORT OF MOTION FOR PSJ

2. Attached as Exhibit "A" is a true and correct copy of my 9-15-2014 email to to Zazzle and Zazzle's 10-20-2014 email response with its attached detailed sales report of Scott Westmoreland images, that were printed onto Zazzle products.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Lynn Haven, Florida, on March 27, 2017.

*Ellen Seay*

Ellen Seay, declarant