Timothy J. Halloran – 104498
   THalloran@mpbf.com
Keith G. Adams – 240497
   KAdams@mpbf.com
Dina M. Zagari – 278627
   DZagari@mpf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
Los Angeles, CA  90071
Telephone:  (213) 327-3500
Facsimile:  (213) 627-2445

Attorneys for Defendant
ZAZZLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ZAZZLE INC., a corporation, and DOES 1 TO 10,<br><br>    Defendants. | Case No.: 2:16-cv-04587<br><br>**DEFENDANT ZAZZLE, INC.'S WITNESS DISCLOSURE PURSUANT TO F.R.C.P. 26 AND LOCAL RULE 16-5**<br><br>**Complaint Filed:** June 23, 2016<br>**L.R. 16-1 Meeting:** May 3, 2017<br>**Pre-Trial Conference:** June 12, 2017<br>**Trial:** June 20, 2017 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i)-(ii) and Local Rule 16-5, defendant Zazzle Inc. ("Zazzle") hereby discloses the following witnesses that it expects to present at trial, together with witnesses that it may present if the need arises, marked with a "*". Zazzle reserves all rights to modify and/or supplement these disclosures as necessary based on contentions, disclosures and/or proposals by plaintiff Greg Young Publishing, Inc. ("GYPI" or "Plaintiff"), and additional information uncovered through discovery and/or deposition.

    1.    <u>Tony Ly:</u> Mr. Ly may be contacted care of Zazzle's counsel. Mr. Ly formerly headed Zazzle's Content Management Team (CMT).

2.   <u>Jon Agnich</u>: Mr. Agnich may be contacted care of Zazzle's counsel. Mr. Agnich is Zazzle's Senior Director of Operations Technology and Logistics.

3.   <u>Kerne Erickson</u>: Mr. Erickson may be contacted through care of GYPI's counsel.

4.   <u>Greg Young</u>: Mr. Young may be contacted care of GYPI's counsel.

5.   <u>Ellen Seay*</u>: Ms. Seay may be contacted care of GYPI's counsel.

6.   <u>Gordon McClelland*</u>: Mr. McClelland may be contacted care of GYPI's counsel.

7.   <u>Jason Aquilino*</u>: Mr. Aquilino is GYPI's counsel.

8.   <u>Jeffrey Young*</u>: Mr. Young is GYPI's counsel.

9.   <u>Robert I. ("Bobby") Beaver III*</u>: Mr. Beaver may be contacted care of Zazzle's counsel. Mr. Beaver is a co-founder of Zazzle and the Chief Technology Officer.

10.  <u>Christophe Barbe *</u>: Mr. Barbe may be contacted care of Zazzle's counsel. Mr. Barbe is Zazzle's Controller.

11.  <u>Charles Ohiaeri*</u>: Mr. Ohiaeri may be contacted care of Zazzle's counsel. Mr. Ohiaeri is Zazzle's Chief Fulfillment Officer.

12.  <u>Timothy Bab*</u>: Mr. Bab may be contacted care of Zazzle's counsel. Mr. Bab works on the CMT.

13.  <u>Richard DeSamito*</u>: Mr. DeSamito may be contacted care of Zazzle's counsel. Mr. DeSamito works on Zazzle's CMT.

14.  <u>Jennifer McNulty*</u>: Ms. McNulty may be contacted care of Zazzle's counsel. Ms. McNulty currently heads Zazzle's CMT.

DATED: May 22, 2017        MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Keith G. Adams
Attorneys for Defendant
ZAZZLE INC.

KGA.3129595.docx