LAW OFFICES OF JEFFREY S. YOUNG
JEFFREY S. YOUNG, SBN 172016
jeff@jeffreyyounglaw.com
JACOB P. AINCIART, SBN 313588
ainciart@mac.com
1307 State Street, First Floor
Santa Barbara, CA 93101
Tel: (805) 884-0338

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN, SBN 149679
dq@dqlaw.com
12702 Via Cortina, Suite 105
Del Mar, CA  92014
Tel : (858 509-9401

Additional Counsel Listed on Signature Block
*Attorneys for Plaintiff GREG YOUNG PUBLISHING, INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation<br><br>Plaintiffs,<br><br>vs.<br><br>ZAZZLE, INC., a corporation, and DOES 1 to 10<br><br>Defendants | Case No.: 2:16 –CV-04587<br><br>PLAINTIFF GREG YOUNG PUBLISHING, INC.'S AMENDED [PROPOSED] WITNESS DISCLOSURE PURSUANT TO F.R.C.P. 26 AND LOCAL RULE 16-2.4<br><br>**Complaint filed:** June 23, 2016<br>**L.R. 16-1 Meeting:** May 3, 2017<br>**FPTC:** July 31, 2017<br>**Trial:** Aug. 8, 2017 |

PLAINTIFF GREG YOUNG PUBLISHING, INC.'S AMENDED [PROPOSED] WITNESS DISCLOSURE PURSUANT TO F.R.C.P. 26 AND LOCAL RULE 16-2.4
CASE NO. 2:16-CV-04587

1

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i)-(ii) and Local Rule 16-2.4, plaintiff Greg Young Publishing, Inc. ("GYPI") hereby amends and discloses the following witnesses that it expects to present at trial. GYPI reserves all rights to modify and/or proposals by defendant Zazzle, Inc. ("Zazzle"), additional information uncovered through discovery and/or deposition, or rulings by the Court, including but not limited to rulings on the parties' respective motions for summary judgment.

1. <u>Greg Young:</u> Mr. Young may be contacted care of GYPI's counsel.
2. <u>Kerne Erickson:</u> Mr. Erickson may be contacted care of GYPI's counsel.
3. <u>Tony Ly:</u> Mr. Ly may be contacted care of Zazzle's counsel.
4. <u>Jon Agnich:</u> Mr. Agnich may be contacted care of Zazzle's counsel.
5. <u>Susan Clark:</u> Ms. Clark may be contacted care of Zazzle's counsel.
6. <u>Robert "Bobby" Beaver III:</u> Mr. Beaver may be contacted care of Zazzle's counsel.
7. <u>Bernard Lassalle:</u> Mr. Lassalle may be contacted care of GYPI's counsel.

Dated: July 7, 2017

LAW OFFICES OF JEFFREY YOUNG
Jeffrey S. Young
Jacob P. Ainciart

LAW OFFICES OF DARREN J. QUINN
Darren J. Quinn

AQUILINO LAW
Jason A. Aquilino

By: _____/s/ Jeffrey S. Young_____
 Jeffrey S. Young
 *Attorneys for Plaintiff GREG YOUNG PUBLISHING, INC.*

PLAINTIFF GREG YOUNG PUBLISHING, INC.'S AMENDED [PROPOSED] WITNESS DISCLOSURE PURSUANT TO F.R.C.P. 26 AND LOCAL RULE 16-2.4
CASE NO. 2:16-CV-04587

3

## PROOF OF SERVICE

### C.C.P. § 1013a (2)

I, Jeffrey S. Young, do hereby certify that I am a citizen of the United States and an active member of the State Bar of California and the United States District Court, Central District of California. I am not a party to this action; my business address is:

1307 State Street, 1st Floor
Santa Barbara, California 93101

On July 7, 2017 I placed a copy of the following document:

PLAINTIFF GREG YOUNG PUBLISHING, INC.'S AMENDED [PROPOSED] WITNESS DISCLOSURE PURSUANT TO F.R.C.P. 26 AND LOCAL RULE 16-2.4

in a sealed envelope, addressed to the individual(s) indicated below, with First Class postage affixed thereto,

Murphy, Pearson, Bradley & Feeney
Keith G. Adams, Esq.
Timothy J. Halloran, Esq.
550 South Hope Street, #650
Los Angeles, CA 90071

and deposited the same with the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America. Executed on July 7, 2017, at Santa Barbara, California.

_____
Jeffrey S. Young

PROOF OF SERVICE