**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Greg Young Publishing, Inc., | CASE NUMBER |
| | 2:16-cv-04587-SVW-KS |
| PLAINTIFF(S) | |
| v. | **JS-6** |
| Zazzle, Inc., | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANT(S). | |

This action came on for jury trial, the Honorable  STEPHEN V. WILSON, United States  District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Greg Young Publishing, Inc.

recover of the defendant(s):

Zazzle, Inc.

the sum of  - See Verdict - , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of  to be determined by motion .

Clerk, U. S. District Court

Dated: August 10, 2017

By *Paul M. Cruz*
Paul M. Cruz, Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*