## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:16-cv-04587-SVW-KS | Title | Greg Young Publishing, Inc. v. Zazzle, Inc. |
|---|---|---|---|
| **Judge** | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| **Dates of Trial or Hearing** | 8/8-8/9 | | |
| **Court Reporters or Tape No.** | Deborah Gackle / Terri A. Hourigan | | |
| **Deputy Clerks** | Paul M. Cruz | | |

FILED
CLERK, U.S. DISTRICT COURT
AUG - 9 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Jeffrey S. Young | Keith G. Adams |
| Jason A. Aquilino | Timothy J. Halloran |
| Darren Quinn | |
| Jacob Ainciarte | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See Attached | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1  LAW OFFICES OF JEFFREY S. YOUNG
2  JEFFREY S. YOUNG, SBN 172016
   jeff@jeffreyyounglaw.com
3  JACOB P. AINCIART, SBN 313588
4  ainciart@mac.com
   1307 State Street, First Floor
5  Santa Barbara, CA 93101
6  Tel: (805) 884-0338

7  LAW OFFICES OF DARREN J. QUINN
8  DARREN J. QUINN, SBN 149679
   dq@dqlaw.com
9  12702 Via Cortina, Suite 105
   Del Mar, CA 92014
10 Tel : (858 509-9401

11
12 Additional Counsel Listed on Signature Block
   *Attorneys for Plaintiff GREG YOUNG PUBLISHING, INC.*
13
                UNITED STATES DISTRICT COURT
14
15     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

16
17 | GREG YOUNG PUBLISHING, INC., a corporation | Case No.: 2:16 –CV-04587 |
18 | | |
19 |         Plaintiffs, | PLAINTIFF GREG YOUNG PUBLISHING, INC.'S AMENDED [PROPOSED] WITNESS DISCLOSURE PURSUANT TO F.R.C.P. 26 AND LOCAL RULE 16-2.4 |
20 | vs. | |
21 | | |
22 | ZAZZLE, INC., a corporation, and DOES 1 to 10 | |
23 |         Defendants | **Complaint filed:** June 23, 2016 |
24 | | **L.R. 16-1 Meeting:** May 3, 2017 |
   | | **FPTC:** July 31, 2017 |
25 | | **Trial:** Aug. 8, 2017 |

26
27
28

   Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i)-(ii) and Local Rule 16-2.4, plaintiff Greg Young Publishing, Inc. ("GYPI") hereby amends and discloses the following witnesses that it expects to present at trial. GYPI reserves all rights to modify and/or proposals by defendant Zazzle, Inc. ("Zazzle"), additional information uncovered through discovery and/or deposition, or rulings by the Court, including but not limited to rulings on the parties' respective motions for summary judgment.

1. Greg Young: Mr. Young may be contacted care of GYPI's counsel.

2. Kerne Erickson: Mr. Erickson may be contacted care of GYPI's counsel.

3. Tony Ly: Mr. Ly may be contacted care of Zazzle's counsel.

4. Jon Agnich: Mr. Agnich may be contacted care of Zazzle's counsel.

5. Susan Clark: Ms. Clark may be contacted care of Zazzle's counsel.

6. Robert "Bobby" Beaver III: Mr. Beaver may be contacted care of Zazzle's counsel.

7. Bernard Lassalle: Mr. Lassalle may be contacted care of GYPI's counsel.

PLAINTIFF GREG YOUNG PUBLISHING, INC.'S AMENDED [PROPOSED] WITNESS DISCLOSURE PURSUANT TO F.R.C.P. 26 AND LOCAL RULE 16-2.4
CASE NO. 2:16-CV-04587

2

LAW OFFICE OF JEFFREY S. YOUNG
JEFFREY S. YOUNG, SB# 172016
1307 State Street, 1st Floor
Santa Barbara, CA 93101
jeff@jeffyounglaw.com
Tel:   (805) 884-0338

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN, SB# 149679
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: 619-992-9401

*Attorneys for Plaintiff*
*GREG YOUNG PUBLISHING, INC.*
Additional Counsel Listed on Signature Block

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation <br><br> Plaintiffs, <br><br> vs. <br><br> ZAZZLE, INC., a corporation, and DOES 1 to 10 <br><br> Defendants | Case No.: <br><br> 2:16 –cv-04587- SVW - KS <br><br> PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1 |

| | |
|---|---|
| **Complaint Filed:** | June 23, 2016 |
| **L.R. 16-1 Meeting:** | May 3, 2017 |
| **FPTC:** | July 31, 2017 |
| **Trial:** | August 8, 2017 |

Pursuant to Local Rule 16-6.1, plaintiff Greg Young Publishing, Inc.

("GYPI")  and defendant Zazzle, Inc. ("Zazzle") hereby submit the following

Amended Joint List of Exhibits.

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE. INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                                    CASE NO. 2:16-CV-04587

1

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Seven screen shots from Zazzle's website, www.zazzle.com from the following webpages; Zazzle Art - https://www.zazzle.com/zazzle_art/about Zazzle Apparel - https://www.zazzle.com/zazzle_apparel/about Zazzle Flair - https://www.zazzle.com/zazzle_flair/about Zazzle Home - https://www.zazzle.com/zazzle_home/about Zazzle Paper - https://www.zazzle.com/zazzle_paper/about Zazzle Custom Stamps - https://www.zazzle.com/zazzle_stamps/about Zazzle Invitations - https://www.zazzle.com/zazzle_invitations/about [Zazzle "Jonathan Agnich" Depo. Ex. 1] | | |
| 2 | Intentionally Left Blank | | |
| 3 | * Zazzle's Objection to GYP's Notice of Taking Deposition [Zazzle "Tony Ly" Depo. Ex. 3] | | |
| 4 | Intentionally Left Blank | | |
| 5 | Intentionally Left Blank | | |
| 6 | Intentionally Left Blank | | |

Case 2:16-cv-04587-SVW-KS    Document 125    Filed 08/09/17    Page 6 of 42    Page ID
#3307
Case 2:16-cv-04587-SVW-KS    Document 114    Filed 08/07/17    Page 3 of 40    Page ID #:3065

| Exhibit | | Description | Date Identified | Date Admitted |
|---------|---|-------------|-----------------|----------------|
| 7 | | Intentionally Left Blank | | |
| 8 | | Intentionally Left Blank | | |
| 9 | | Intentionally Left Blank | | |
| 10 | * | Notice of Deposition of Plaintiff GYP [GYP Depo. Ex. 10] | | |
| 11 | * | December 21, 1999 "Work for Hire Agreement" between Erickson and Greg Young Publishing and 2004 Amendment (GYP 00185-87) [GYP Depo. Ex. 11] | 8/8 | 8/8 |
| 12 | * | May 17, 2007 Commissioned Artist Agreement between Erickson and Greg Young International (GYP 00192-97) [GYP Depo. Ex. 12] | 8/8 | 8/8 |
| 13 | | July 13, 2016 Artwork License Agreement between Greg Young Publishing, Inc. and Hi-Look (GYP 00212-14) [GYP Depo. Ex. 13] | | |
| 14 | | July 1, 2016 Artwork License Agreement between Greg Young Publishing, Inc. and Pacifica Island Art, Inc. (GYP 00218-220) [GYP Depo. Ex. 14] | | |
| 15 | * | May 14, 2013 Assignment of Intellectual Property Rights from Greg Young to Greg Young Publishing, Inc. (GYP 00182-184) [GYP Depo. Ex. 15] | 8/8 | 8/8 |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                                                    CASE NO. 2:16-CV-04587

3

Case 2:16-cv-04587-SVW-KS    Document 114    Filed 08/07/17    Page 4 of 40    Page ID #:3066

| Exhibit | | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 16 | * | September 27, 2011 Certificate and recordation of copyrights and Assignment of Intellectual Property Rights (GYP 00199-203) [GYP Depo. Ex. 16] | 8/8 | 8/8 |
| 17 | * | GYP Sales and Royalty Statements [GYP Depo. Ex. 17] | | |
| 18 | | Intentionally Left Blank | | |
| 19 | | Intentionally Left Blank | | |
| 20 | | Intentionally Left Blank | 8/8 | |
| 21 | | Intentionally Left Blank | | |
| 22 | | Intentionally Left Blank | | |
| 23 | | Intentionally Left Blank | | |
| 24 | | Intentionally Left Blank | | |
| 25 | | Copyright Registration for "Los Angeles By Clipper, CS27" (GYP 00554-557) [GYP Depo. Ex. 25] | 8/8 | 8/8 |
| 26 | * | October 14, 2013 E-mail from Jason Aquilino (GYP 00286-287) and Zazzle's reply email (GYP00288) [GYP Depo. Ex. 26] | | |
| 27 | | Intentionally Left Blank | | |
| 28 | | Intentionally Left Blank | | |
| 29 | | Zazzle's Amended Notice of Deposition and FRCP 45 Subpoena to Third-Party Kerne Erickson [Erickson Depo. Ex. 29] | | |

Case 2:16-cv-04587-SVW-KS    Document 125    Filed 08/09/17    Page 8 of 42    Page ID
#:3309
Case 2:16-cv-04587-SVW-KS    Document 114    Filed 08/07/17    Page 5 of 40    Page ID #:3067

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 30 | August 19, 2004 Assignment of Past Rights to Greg Young Publishing (An Amendment to the December 21, 1999 'Work for Hire Agreement') between Erickson and Greg Young Publishing (GYP 00187-191) [Erickson Depo. Ex. 30] | 8/8 | 8/8 |
| 31 | Addendum to Assignment of Rights Agreement 8/19/2004 between Erickson and Young (GYP00248-249) [Erickson Depo. Ex. 31] | 8/8 | 8/8 |
| 32 | Addendum 2 to Assignment of Rights Agreement 5/27/2006 between Erickson and Young (GYP00250-251) [Erickson Depo. Ex. 32] | 8/8 | 8/8 |
| 33 | Addendum to Assignment of Rights Agreement 5/31/2010 between Erickson and Young (GYP00252-253) [Erickson Depo. Ex. 33] | 8/8 | 8/8 |
| 34 | Affirmation of Copyright Assignment dated 3/25/17 (GYP00269-273) [Erickson Depo. Ex. 34] | 8/8 | 8/8 |
| 35-1 | Aloha Hawaii, AL5 [Erickson Depo. Ex. 35] | 8/8 | 8/8 |
| 35-2 | Los Angeles By Clipper, CS27 [Erickson Depo. Ex. 35] | 8/8 | 8/8 |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1
CASE NO. 2:16-CV-04587

5

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 35-2A | Los Angeles By Clipper, CS27 Enlarged | 8/8 | 8/8 |
| 35-3 | Hawaii, CS30 [Erickson Depo. Ex. 35] | | |
| 35-4 | Havana, CS32 [Erickson Depo. Ex. 35] | | |
| 35-5 | Los Angeles – San Diego, CS35 [Erickson Depo. Ex. 35] | | |
| 35-6 | Catalina by Air, CS36 [Erickson Depo. Ex. 35] | | |
| 35-7 | Visit Cuba, CS37 [Erickson Depo. Ex. 35] | | |
| 35-8 | Inter-Island Airways, CS41 [Erickson Depo. Ex. 35] | | |
| 35-9 | Chicago, CS43 [Erickson Depo. Ex. 35] | | |
| 35-10 | Waikiki Beach, CS45 [Erickson Depo. Ex. 35] | | |
| 35-11 | The Lindbergh Line, CS46 [Erickson Depo. Ex. 35] | | |
| 35-11A | The Lindbergh Line, CS46 Enlarged | | |
| 35-12 | Super Skyliners, CS47 [Erickson Depo. Ex. 35] | | |
| 35-13 | Braniff Airways – Manhattan, CS52 [Erickson Depo. Ex. 35] | | |
| 35-14 | Standard Airlines – El Paso, CS53 [Erickson Depo. Ex. 35] | | |
| 35-15 | Cuba, CS55 [Erickson Depo. Ex. 35] | | |
| 35-16 | Waikiki, Los Angeles Steamship Co., CS56 [Erickson Depo. Ex. 35] | | |
| 35-17 | Hawaii, Land of Surf & Sunshine, CS60 | 8/8 | 8/8 |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                                              CASE NO. 2:16-CV-04587

6

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 3 | | [Erickson Depo. Ex. 35] | 8/8 | 8/8 |
| 4 | 35-18 | Tahiti, CS62 [Erickson Depo. Ex. 35] | | |
| 5 6 | 35-19 | Miami Beach Eastern Airlines, CS63 [Erickson Depo. Ex. 35] | | |
| 7 | 35-20 | Varadero Cuba, CS64 [Erickson Depo. Ex. 35] | | |
| 8 | 35-20A | Varadero Cuba, CS64 Enlarged | | |
| 9 | 35-21 | Hope Ranch, CS67 [Erickson Depo. Ex. 35] | | |
| 10 11 | 35-22 | Huntington Beach, CS69 [Erickson Depo. Ex. 35] | | |
| 12 13 | 35-23 | Cuba & American Jockey Club, CS70 [Erickson Depo. Ex. 35] | | |
| 14 15 | 35-23A | Cuba & American Jockey Club, CS70 Enlarged | | |
| 16 17 | 35-24 | Cuba, Land of Romance, CS75 [Erickson Depo. Ex. 35] | | |
| 18 19 | 35-25 | Visit Santa Monica, CS77 [Erickson Depo. Ex. 35] | | |
| 20 | 35-26 | San Francisco, CS78 [Erickson Depo. Ex. 35] | | |
| 21 22 | 35-27 | Escape to Cuba, CS79 [Erickson Depo. Ex. 35] | | |
| 23 | 35-27A | Escape to Cuba, CS79 Enlarged | | |
| 24 25 | 35-28 | Key West, Florida, CS80 [Erickson Depo. Ex. 35] | | |
| 26 27 | 35-29 | Napa Valley, CS81 [Erickson Depo. Ex. 35] | 8/8 | 8/8 |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

7

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 3 | 35-30 | Fly to Hawaii, CS84 [Erickson Depo. Ex. 35] | 8/8 | 8/8 |
| 4, 5 | 35-31 | Greetings From Samoa, CS87 [Erickson Depo. Ex. 35] | | |
| 6, 7 | 35-32 | Duke Kahanamoku, Surfing Legend, CS89 [Erickson Depo. Ex. 35] | | |
| 8 | 35-33 | Havana, CS99 [Erickson Depo. Ex. 35] | | |
| 9 | 35-33A | Havana, CS99 Enlarged | | |
| 10 | 35-34 | Blue Hawaii, CS115 [Erickson Depo. Ex. 35] | | |
| 11 | 35-35 | Pineapple, SP1 [Erickson Depo. Ex. 35] | 8/8 | 8/8 |
| 12, 13, 14 | 36.  * | Documents Produced by Kerne Erickson at Deposition as being from GYPI [Erickson Depo. Ex. 36] | | |
| 15, 16, 17 | 37.  * | Documents Produced by Kerne Erickson at Deposition as being from Personal Research [Erickson Depo. Ex. 37] | | |
| 18, 19 | 38.  * | Notice of Continued Deposition of GYP [GYP Depo. II Ex. 38] | | |
| 20, 21, 22 | 39.  * | Artwork License Agreement with Pacifica Island Art. (GYP254-256) [GYP Depo. II Ex. 39] | | |
| 23, 24, 25 | 40. | Takedown Notice Email from Jeffrey Young dated 5/4/17 (GYP00505-512) [GYP Depo. II Ex. 40] | | |
| 26, 27 | 41. | Zazzle Response to Takedown Email of 5/4/17 | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

8

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| | (GYP00513) [GYP Depo. II Ex. 41] | | |
| 42. | Email order correspondence between Zazzle and Greg Young dated 3/23/16 (GYP00720-722) [GYP Depo. II Ex. 42] | | |
| 43-1 | Source Artwork For CS27 (GYP00800) [GYP Depo. II Ex. 43] | 8/8 | 8/8 |
| 43-2 | Source Artwork For CS30 (GYP00801) [GYP Depo. II Ex. 43] | ✓ | ✓ |
| 43-3 | Source Artwork For CS35 (GYP00802) [GYP Depo. II Ex. 43] | ✓ | ✓ |
| 43-4 | Source Artwork For CS46 (GYP00803) [GYP Depo. II Ex. 43] | ✓ | ✓ |
| 43-4A | Source Artwork For CS46 (GYP00803) [GYP Depo. II Ex. 43] | 8/8 | 8/8 |
| 43-5 | Source Artwork For CS47 (GYP00804) [GYP Depo. II Ex. 43] | / | / |
| 43-6 | Source Artwork For CS86 (GYP00805) [GYP Depo. II Ex. 43] | 8/8 | 8/8 |
| 43-6A | Source Artwork For CS86 Enlarged (GYP00800-805) [GYP Depo. II Ex. 43] | | |
| 44. | * Letter from Young to Adams RE Venable dated 4/21/17. [GYP Depo. II Ex. 44] | | |
| 45. | * Letter from Venable to Adams Dated 4/26/2017 [GYP Depo. II Ex. 45] | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                                    CASE NO. 2:16-CV-04587

9

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 46. | * Log of Written Communications Between GYPI Counsel and Venable [GYP Depo. II Ex. 46] | | |
| | 47. | * Letter from Kaufman to Halloran dated 3/27/17 [GYP Depo. II Ex. 47] | | |
| | 48. | GYP Answers to Zazzle's Interrogatories, Set One [GYP Depo. II Ex. 48] | | |
| | 49. | GYP's Answers to Zazzle's Request for Admissions, Set Two [GYP Depo. II Ex. 49] | 8/8 | |
| | 50. | Assignment of Rights Agreement between Greg Young DBA GYP and Greg Young Inc. (GYP00257-263) [GYP Depo. II Ex. 50] | 8/8 | 8/8 |
| | 51. | "Tahiti, Isle of Paradise" CS86 [GYP Depo. II Ex. 51] | ✓ | ✓ |
| | 51A. | "Tahiti, Isle of Paradise" CS86 Enlarged | | |
| | 52. | Copyright Registration for "Tahiti, Isle of Paradise CS86" [GYP Depo. II Ex. 51] | 8/8 | 8/8 |
| | 53. | Screenshots from Zazzle Website of "Tahiti, Isle of Paradise, CS86" | 8/8 | 8/8 |
| | 54-1 | Copyright Registration for "Aloha Hawaii, AL5" (GYP00550-553) | | |
| | 54-3 | Copyright Registration for "Hawaii, CS30" (GYP00558-561) | | |
| | 54-4 | Copyright Registration for "Havana, CS32" | 8/8 | 8/8 |

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | (GYP00562-565) | | |
| | 54-5 | Copyright Registration for "Los Angeles – San Diego, CS35" (GYP00566-569) | 8/8 | 8/8 |
| | 54-6 | Copyright Registration for "Catalina by Air, CS36" (GYP00570-573) | | |
| | 54-7 | Copyright Registration for "Visit Cuba, CS37" (GYP00574-577) | | |
| | 54-8 | Copyright Registration for "Inter-Island Airways, CS41" (GYP00578-581) | | |
| | 54-9 | Copyright Registration for "Chicago, CS43" (GYP00582-585) | | |
| | 54-10 | Copyright Registration for "Waikiki Beach, CS45" (GYP00586-589) | | |
| | 54-11 | Copyright Registration for "The Lindbergh Line, CS46" (GYP00590-593) | | |
| | 54-12 | Copyright Registration for "Super Skyliners, CS47" (GYP00594-597) | | |
| | 54-13 | Copyright Registration for "Braniff Airways – Manhattan, CS52" (GYP00598-601) | | |
| | 54-14 | Copyright Registration for "Standard Airlines – El Paso, CS53" (GYP00602-605) | | |
| | 54-15 | Copyright Registration for "Cuba, CS55" (GYP00606-609) | | |
| | 54-16 | Copyright Registration for "Waikiki, Los | 8/8 | 8/8 |

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | Angeles Steamship Co., CS56" (GYP00610-613) | 8/8 | 8/8 |
| | 54-17 | Copyright Registration for "Hawaii, Land of Surf & Sunshine, CS60" (GYP00614-617) | | |
| | 54-18 | Copyright Registration for "Tahiti, CS62" (GYP00618-621) | | |
| | 54-19 | Copyright Registration for "Miami Beach Eastern Airlines, CS63" (GYP00622-625) | | |
| | 54-20 | Copyright Registration for "Varadero Cuba, CS64" (GYP00626-629) | | |
| | 54-21 | Copyright Registration for "Hope Ranch, CS67" (GYP00630-633) | | |
| | 54-22 | Copyright Registration for "Huntington Beach, CS69" (GYP00634-637) | | |
| | 54-23 | Copyright Registration for "Cuba & American Jockey Club, CS70" (GYP00638-641) | | |
| | 54-24 | Copyright Registration for "Cuba, Land of Romance, CS75" (GYP00642-643) | | |
| | 54-25 | Copyright Registration for "Visit Santa Monica, CS77" (GYP00644-645) | | |
| | 54-26 | Copyright Registration for "San Francisco, CS78" (GYP00646-647) | | |
| | 54-27 | Copyright Registration for "Escape to Cuba, CS79" (GYP00648-649) | 8/4 | 8/8 |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

12

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 54-28 | Copyright Registration for "Key West, Florida, CS80" (GYP00650-651) | 8/8 | 8/8 |
| 54-29 | Copyright Registration for "Napa Valley, CS81" (GYP00652-653) | | |
| 54-30 | Copyright Registration for "Fly to Hawaii, CS84" (GYP00654-655) | | |
| 54-31 | Copyright Registration for "Greetings From Samoa, CS87" (GYP00656-657) | | |
| 54-32 | Copyright Registration for "Duke Kahanamoku, Surfing Legend, CS89" (GYP00658-659) | | |
| 54-33 | Copyright Registration for "Havana, CS99" (GYP00660-661) | | |
| 54-34 | Copyright Registration for "Blue Hawaii, CS115" (GYP00662-663) | | |
| 54-35 | Copyright Registration for "Pineapple, SP1" (GYP00664-665) | 8/8 | 8/8 |
| 55-1 | Screenshots from Zazzle Website of "Aloha Hawaii, AL5" (GYP00003-5) | 8/8 | 8/8 |
| 55-2 | Screenshots from Zazzle Website of "Los Angeles By Clipper, CS27" (GYP00008) | | |
| 55-3 | Screenshots from Zazzle Website of "Hawaii, CS30" (GYP00011-13) | | |
| 55-4 | Screenshots from Zazzle Website of "Havana, CS32" (GYP00016) | 8/8 | 8/8 |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                                CASE NO. 2:16-CV-04587

13

Case 2:16-cv-04587-SVW-KS   Document 125   Filed 08/09/17   Page 17 of 42   Page ID
Case 2:16-cv-04587-SVW-KS   Document 123-18   Filed 08/07/17   Page 14 of 40   Page ID #:3076
#:3318

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 2 | 55-5 | Screenshots from Zazzle Website of "Los Angeles – San Diego, CS35" (GYP00019) | 8/8 | 8/8 |
| 3 4 | 55-6 | Screenshots from Zazzle Website of "Catalina by Air, CS36" (GYP00022) | | |
| 5 6 | 55-7 | Screenshots from Zazzle Website of "Visit Cuba, CS37" (GYP00025-26) | | |
| 7 8 | 55-8 | Screenshots from Zazzle Website of "Inter-Island Airways, CS41" (GYP00029-32) | | |
| 9 10 | 55-9 | Screenshots from Zazzle Website of "Chicago, CS43" (GYP00035) | | |
| 11 12 | 55-10 | Screenshots from Zazzle Website of "Waikiki Beach, CS45" (GYP00038-39) | | |
| 13 14 | 55-11 | Screenshots from Zazzle Website of "The Lindbergh Line, CS46" (GYP00042-43) | | |
| 15 16 | 55-12 | Screenshots from Zazzle Website of "Super Skyliners, CS47" (GYP00046-47) | | |
| 17 18 | 55-13 | Screenshots from Zazzle Website of "Braniff Airways – Manhattan, CS52" (GYP00050) | | |
| 19 20 | 55-14 | Screenshots from Zazzle Website of "Standard Airlines – El Paso, CS53" (GYP00053) | | |
| 21 22 | 55-15 | Screenshots from Zazzle Website of "Cuba, CS55" (GYP00056-57) | | |
| 23 24 | 55-16 | Screenshots from Zazzle Website of "Waikiki, Los Angeles Steamship Co., CS56" | 8/8 | 8/8 |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                                    CASE NO. 2:16-CV-04587

14

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| | (GYP00060) | | |
| 55-17 | Screenshots from Zazzle Website of "Hawaii, Land of Surf & Sunshine, CS60" (GYP00063-65) | 8/8 | 8/8 |
| 55-18 | Screenshots from Zazzle Website of "Tahiti, CS62" (GYP00068) | | |
| 55-19 | Screenshots from Zazzle Website of "Miami Beach Eastern Airlines, CS63" (GYP00071-73) | | |
| 55-20 | Screenshots from Zazzle Website of "Varadero Cuba, CS64" (GYP00076-77) | | |
| 55-21 | Screenshots from Zazzle Website of "Hope Ranch, CS67" (GYP00080) | | |
| 55-22 | Screenshots from Zazzle Website of "Huntington Beach, CS69" (GYP00083) | | |
| 55-23 | Screenshots from Zazzle Website of "Cuba & American Jockey Club, CS70" (GYP00086) | | |
| 55-24 | Screenshots from Zazzle Website of "Cuba, Land of Romance, CS75" (GYP00089-90) | | |
| 55-25 | Screenshots from Zazzle Website of "Visit Santa Monica, CS77" (GYP00093-94) | | |
| 55-26 | Screenshots from Zazzle Website of "San Francisco, CS78" (GYP00097) | | |
| 55-27 | Screenshots from Zazzle Website of "Escape | 8/8 | 8/8 |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1
CASE NO. 2:16-CV-04587

15

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|  | to Cuba, CS79" (GYP00100-103) | | |
| 55-28 | Screenshots from Zazzle Website of "Key West, Florida, CS80" (GYP00106) | 8/8 | 8/8 |
| 55-29 | Screenshots from Zazzle Website of "Napa Valley, CS81" (GYP00109) | | |
| 55-30 | Screenshots from Zazzle Website of "Fly to Hawaii, CS84" (GYP00112-113) | | |
| 55-31 | Screenshots from Zazzle Website of "Greetings From Samoa, CS87" (GYP00116-117) | | |
| 55-32 | Screenshots from Zazzle Website of "Duke Kahanamoku, Surfing Legend, CS89" (GYP00120-122) | | |
| 55-33 | Screenshots from Zazzle Website of "Havana, CS99" (GYP00125-132) | | |
| 55-34 | Screenshots from Zazzle Website of "Blue Hawaii, CS115" (GYP00135 | | |
| 55-35 | Screenshots from Zazzle Website of "Pineapple, SP1" (GYP00138) | | |
| 56. | Zazzle Postcard Bearing Image of "Los Angeles By Clipper, CS27" | 8/8 | 8/8 |
| 57. | * Receipt for Postcard Bearing Image of "Los Angeles By Clipper, CS27" (GYP Doc. Prod. 00717) | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

16

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 58. | Zazzle Postcard Bearing Image of "Hawaii, CS30" | | |
| 59. * | Receipts for Postcard Bearing Image of "Hawaii, CS30" (GYP Doc. Prod. 00708, 00726) | | |
| 60. | Zazzle Photo Puzzle with Gift Box Bearing Image of "Havana, CS32" | | |
| 61. * | Receipt for Purchase of Photo Puzzle with Gift Box Bearing Image of "Havana, CS32" (GYP Doc. Prod. 00734) | | |
| 62. | Zazzle Postcard Bearing Image of "Havana, CS32" | | |
| 63. * | Receipt for Postcard Bearing Image of "Havana, CS32" (GYP Doc. Prod. 00709) | | |
| 64. | Zazzle Postcard Bearing Image of "Havana CS, 32" | | |
| 65. * | Receipts for Postcard Bearing Image of "Havana, CS32" (GYP Doc. Prod. 00711, 00729) | | |
| 66. | Zazzle Postcard Bearing Image of "Los Angeles – San Diego, CS35" | | |
| 67. * | Receipt for Stickers Bearing Image of "Los Angeles – San Diego, CS35" (GYP Doc. Prod. 00713) | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1                                                                CASE NO. 2:16-CV-04587

17

| Exhibit | | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 68. | | Zazzle Photo Puzzle with Gift Box Bearing Image of "Visit Cuba, CS37" | | |
| 69. | * | Receipt for Photo Puzzle with Gift Box Bearing Image of "Visit Cuba, CS37" (GYP Doc. Prod. 00703, 00730-31) | | |
| 70. | | Zazzle Playing Cards Bearing Image of "Visit Cuba, CS37" | | |
| 71. | * | Receipt for Playing Cards Bearing Image of "Visit Cuba, CS37" (GYP Doc. Prod. 00723-00724) | | |
| 72. | | Zazzle Stamp Bearing Image of "Inter-Island Airways, CS41" | 8/8 | 8/8 |
| 73. | * | Receipt for Stamp Bearing Image of "Inter-Islands Airways" (GYP Doc. Prod. 00713) | | |
| 74. | | Zazzle Postcard Bearing Image of "Chicago, CS43" | | |
| 75. | * | Receipt for Stickers Bearing Image of "Chicago, CS43" (GYP Doc. Prod. 00713) | | |
| 76. | | Zazzle Postcard Bearing Image of "Super Skyliners, CS47" | | |
| 77. | * | Receipt for Stickers Bearing Image of "Super Skyliners, CS47" (GYP Doc. Prod. 00713) | | |
| 78. | | Zazzle Postcard Bearing Image of "Braniff Airways – Manhattan, CS52" | | |

| Exhibit | | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 79. | * | Receipt for Postcard Bearing Image of "Braniff Airways – Manhattan, CS52" (GYP Doc. Prod. 00707, 00727-28) | | |
| 80. | | Zazzle Postcard Bearing Image of "Standard Airlines – El Paso, CS53" | | |
| 81. | * | Receipt for Postcard Bearing Image of "Standard Airlines – El Paso, CS53" (GYP Doc. Prod. 00716) | | |
| 82. | | Zazzle Photo Puzzle with Gift Box Bearing Image of "Cuba, CS55" | | |
| 83. | * | Receipt for Photo Puzzle with Gift Box Bearing Image of "Cuba, CS55" (GYP Doc. Prod. 00703, 00730-31) | | |
| 84. | | Zazzle Magnet Bearing Image of "Waikiki, Los Angeles Steamship Co., CS56" | | |
| 85. | * | Receipt for Magnet Bearing Image of "Waikiki, Los Angeles Steamship Co., CS56" (GYP Doc. Prod. 00712) | | |
| 86. | | Zazzle Postcard Bearing Image of "Hawaii, Land of Surf & Sunshine, CS60" | | |
| 87. | * | Receipt for Postcard Bearing Image of "Hawaii, Land of Surf & Sunshine, CS60" (GYP Doc. Prod. 00706, 00725) | | |
| 88. | | Zazzle Print Bearing Image of "Varadero, | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

19

Case 2:16-cv-04587-SVW-KS   Document 114   Filed 08/07/17   Page 20 of 40   Page ID #:3082

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Cuba, CS64" | | |
| 89. * | Receipt for Print Bearing Image of "Varadero, Cuba, CS64" (GYP Doc. Prod. 00719) | | |
| 90. | Zazzle T-Shirt Bearing Image of "Varadero, Cuba, CS64" | | |
| 91. | Intentionally Left Blank | | |
| 92. * | Receipt for T-Shirt and Coffee Mug Bearing Image of "Varadero, Cuba, CS64" | | |
| 93. | Zazzle Postcard Bearing Image of "Hope Ranch, CS67" | | |
| 94. * | Receipt for Postcard Bearing Image of "Hope Ranch, CS67" (GYP Doc. Prod. 00717) | | |
| 95. | Zazzle Computer Sticker Bearing Image of "Huntington Beach, CS69" | | |
| 96. * | Receipt for Purchase of Computer Sticker Bearing Image of "Huntington Beach, CS69" (GYP Doc. Prod. 00700) | | |
| 97. | Zazzle Playing Cards Bearing Image of "Huntington Beach, CS69" | | |
| 98. * | Receipt for Purchase of Playing Cards Bearing Image of "Huntington Beach, CS69" (GYP Doc. Prod. 00704) | | |
| 99. | Zazzle Postcard Bearing Image of "Huntington Beach, CS69" | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

20

Case 2:16-cv-04587-SVW-KS    Document 125    Filed 08/09/17    Page 24 of 42    Page ID
#:3325
Case 2:16-cv-04587-SVW-KS    Document 114    Filed 08/07/17    Page 21 of 40    Page ID #:3083

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 100. | Zazzle T-Shirt Bearing Image of "Huntington Beach, CS69" | 8/8 | 8/8 |
| 101. * | Receipt for Purchase of Postcard and T-Shirt Bearing Image of "Huntington Beach, CS69" (GYP Doc. Prod. 00700) | | |
| 102. | Zazzle Tie Bearing Image of "Huntington Beach, CS69" | | |
| 103. * | Receipt for Tie Bearing Image of "Huntington Beach, CS69" (GYP Doc. Prod. 00714) | | |
| 104. | Zazzle Photo Puzzle with Gift Box Bearing Image of "Cuba & American Jockey Club, CS70" | | |
| 105. * | Receipt for Photo Puzzle with Gift Box Bearing Image of "Cuba & American Jockey Club, CS70" (GYP Doc. Prod. 00702, 00705, 00730-31) | | |
| 106. | Zazzle Postcard Bearing Image of "Cuba & American Jockey Club, CS70" | | |
| 107. * | Receipt for Postcard Bearing Image of "Cuba & American Jockey Club, CS70" (GYP Doc. Prod. 00717) | | |
| 108. | Zazzle Print Bearing Image of "Cuba & American Jockey Club, CS70" | | |
| 109. * | Receipt for Postcard Bearing Image of "Cuba | | |

Case 2:16-cv-04587-SVW-KS    Document 114    Filed 08/07/17    Page 22 of 40    Page ID #:3084

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | & American Jockey Club, CS70" (GYP Doc. Prod. 00719) | | |
| 110. | Zazzle Photo Puzzle with Gift Box Bearing Image of "Cuba, Land of Romance, CS75" | | |
| 111. * | Receipt for Photo Puzzle with Gift Box Bearing Image of "Cuba, Land of Romance, CS75" (GYP Doc. Prod. 00703, 00730-31) | | |
| 112. | Zazzle Poster Bearing Image of "Escape to Cuba, CS79" | 8/8 | 8/8 |
| 113. * | Receipt for Poster Bearing Image of "Escape to Cuba, CS79" (GYP Doc. Prod. 00718, 00732) | | |
| 114. | Zazzle Postcard Bearing Image of "Key West, Florida, CS80" | | |
| 115. * | Receipt for Stickers Bearing Image of "Key West, Florida, CS80" (GYP Doc. Prod. 00713) | | |
| 116. | Zazzle Luggage Tags Bearing Image of "Duke Kahanamoku, Surfing Legend, CS89" | | |
| 117. * | Receipt for Luggage Tags Bearing Image of "Key West, Florida, CS80" (GYP Doc. Prod. 00715) | | |
| 118. | Zazzle Stickers Bearing Image of "Havana, CS99" | | |
| 119. * | Receipt for Stickers Bearing Image of | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1                    CASE NO. 2:16-CV-04587

22

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|  | "Havana, CS99" (GYP Doc. Prod. 00710) | | |
| 120. | Intentionally Left Blank | | |
| 121. | Zazzle Coffee Mug Bearing Image of "Blue Hawaii, CS115" | 8/8 | 8/8 |
| 122. | Zazzle Tote Bag Bearing Image of "Blue Hawaii, CS115" | | |
| 123. * | Receipt for Postcard, Coffee Mug, and Tote Bag Bearing Image of "Blue Hawaii, CS115" | | |
| 124. | Zazzle Invoice to Philip Krevoy regarding "Cuba, American Jockey Club, CS70", dated November 2, 2016 (GYP 00736) | | |
| 125. | Chart of Zazzle's Document Production (Re: Email Correspondence With Designers) | | |
| 126. | Timeline of Correspondence Between GYPI and Zazzle. | | |
| 127. | Intentionally left blank. | | |
| 128. | Email from Wilson Sonsini received on Nov. 9, 2016 with an Excel spreadsheet attachment of Zazzle's sales of products bearing GYP's copyright protected images | | |
| 129. | Zazzle's document production (00080 – 00083) "What Content is Acceptable for | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

23

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|  | Designs on Zazzle." |  |  |
| 130. | "Meet Zazzle Apparel," a Zazzle video |  |  |
| 131. | "Meet Zazzle Mousepads (Zazzle Flair)," a Zazzle video |  |  |
| 132. | "Zazzle Hats," a Zazzle video |  |  |
| 133. | "Zazzle Paper – Calendars pt. 2," a Zazzle video |  |  |
| 134. | "Zazzle Paper – Labels," a Zazzle video |  |  |
| 135. | "Zazzle Art – Wrapped Canvas," a Zazzle video |  |  |
| 136. | "Zazzle Art – Prints," a Zazzle video |  |  |
| 137. | "Zazzle Posters," a Zazzle video |  |  |
| 138. * | November 28, 2016 Artwork License Agreement between Greg Young Publishing, Inc. and Desperate Enterprises (GYP 00207-00210) |  |  |
| 139. * | January 20, 2016 Artwork License Agreement between Greg Young Publishing, Inc. and Sally McDonold d/b/a Monsoon Bay (GYP 00215-00217) |  |  |
| 140. * | November 1, 2015 Revised and Restated Artwork License Agreement between Greg Young Publishing, Inc. and Global Resorts d/b/a The Vintage House (GYP 00221-00227) |  |  |

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 141. | June 10, 2016 Art.com license agreement with Greg Young Publishing, Inc. (GYP 00204-206) | | |
| 142. | March 26, 2013 Takedown E-mail and Letter from Jason Aquilino (GYP 00248-00251) | 8\|9 | ✓ |
| 143. * | March 28, 2013 Response from Zazzle (GYP 00252-253) | 8\|9 | 8\|9 |
| 144. | July 24, 2013 Takedown E-mail and Letter from Jason Aquilino (GYP 00254-00256) | ✓ | ✓ |
| 145. * | July 25, 2013 Response from Zazzle (GYP 00257-00258) | 8\|9 | 8\|9 |
| 146. | September 17, 2013 Takedown E-mail and Letter from Jason Aquilino (GYP 00259-00261) | ✓ | ✓ |
| 147. * | September 19, 2013 Response from Zazzle (GYP 00262-00264) | 8\|9 | 8\|9 |
| 148. | September 26, 2013 Takedown E-mail from Jason Aquilino (GYP 00265) | ✓ | ✓ |
| 149. | October 3, 2013 Takedown E-mail from Jason Aquilino (GYP 00267-00282) | 8\|9 | 8\|9 |
| 150. | October 10, 2013 E-mail from Jason Aquilino (GYP 00283) | ✓ | ✓ |
| 151. * | October 10, 2013 Response from Zazzle (GYP 00284) | 8\|9 | 8\|9 |
| 152. | October 11, 2013 E-mail from Jason Aquilino | ✓ | ✓ |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1                                CASE NO. 2:16-CV-04587

25

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | (GYP 00285) | | |
| | 153. | October 14, 2013 Takedown Notice E-mail (GYP 000286-288) | 8/8 | ✓ |
| | 154. | September 15 and October 20, 2014 Takedown Email Exchange (GYP 00289-293) | 8/8 | 8/8 |
| | 155. | July 27, 2015 Takedown Letter from Jeffrey Young to Melanie Sherk (GYP 00294-00356) | 8/8 | 8/8 |
| | 156. | February 2, 2016 Takedown Letter from Jeffrey Young to Liana Larson (GYP 00357-360) | 8/8 | |
| | 157. | Intentionally Left Blank. | | |
| | 158. | Intentionally Left Blank. | | |
| | 159. | December 28, 2016 Takedown E-mail from Jeffrey Young (GYP 00379-00451) | 8/8 | 8/8 |
| | 160. * | December 29, 2016 E-mail from Zazzle (GYP 00452-00453) | ✓ | ✓ |
| | 161. | Intentionally Left Blank. | | |
| | 162. | Intentionally Left Blank. | | |
| | 163. | February 19, 2017 E-mail from Jeffrey Young (GYP 00465-00475) | 8/8 | |
| | 164. * | February 24, 2017 E-mail from Zazzle (GYP 00476-00477) | ✓ | ✓ |
| | 165. | Intentionally Left Blank. | | |
| | 166. | Intentionally Left Blank. | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

Case 2:16-cv-04587-SVW-KS   Document 114   Filed 08/07/17   Page 27 of 40   Page ID #:3089

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 167. | May 4, 2017 Takedown Notice Email from Jeffrey Young (GYP000505-513) | ✓ | ✓ |
| 168. | February 3, 2012 Agreement re: Taken 2 (GYP 00690-691) | | |
| 169. | March 3, 2013 Agreement re Haverford School Parents' Association of the Haverford School (GYP 00692) | | |
| 170. | July 21, 2016 Addendum to Revised and Restated License Agreement (GYP 00693) | | |
| 171. | November 21, 2016 Artwork License Agreement Addendum (GYP 00694) | | |
| 172. * | GYP00651 - Art.com POD Royalty Report - Q1 2012 | | |
| 173. * | GYP00652 - Art.com POD Royalty Report - Q2 2012 | | |
| 174. * | GYP00653 - Art.com POD Royalty Report - Q3 2012 | | |
| 175. * | GYP00654 - Art.com POD Royalty Report - Q4 2012 | | |
| 176. * | GYP00655 - Art.com POD Royalty Report - Q1 2013 | | |
| 177. * | GYP00656 - Art.com POD Royalty Report - Q2 2013 | 8/8 | |
| 178. * | GYP00657 - Art.com POD Royalty Report - | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1                                    CASE NO. 2:16-CV-04587

27

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Q3 2013 | | |
| 179. * | GYP00658 - Art.com POD Royalty Report - Q4 2013 | | |
| 180. * | GYP00661 - Pacifica 2013-2016 | | |
| 181. * | GYP00662 - POD Sales CSVI GYP Order Oct 2011-Aug 2016 | | |
| 182. * | GYP00672 - Hi-Look - Q1 2015 | | |
| 183. * | GYP00673 - Hi-Look - Q2 2015 | | |
| 184. * | GYP00674 - Hi-Look - Q3 2015 | | |
| 185. * | GYP00675 - Hi-Look - Q4 2015 | | |
| 186. * | GYP00676 - Hi-Look - Q1 2016 | | |
| 187. * | GYP00677 - Hi Look - Q2 2016 | | |
| 188. * | GYP00678 - Hi-Look - Q4 2016 | | |
| 189. * | GYP00679 - Vintage House - Q2 2016 | | |
| 190. * | GYP00681 - Erickson GYP to DEC 2011 | | |
| 191. * | GYP00682 - Invoice Haverford | | |
| 192. * | GYP00683 - Bacardi Bash | | |
| 193. * | GYP00684 - Bacardi Bash2 | | |
| 194. * | GYP00685 - Taken 2 | | |
| 195. * | GYP00686 - Talk of the Town | | |
| 196. * | GYP00687 - Monsoon Bay - Q4 2016 | | |
| 197. * | GYP00688 - Ontrack | | |
| 198. | Zazzle Copyright Policy (Zazzle 000001-4) | | |
| 199. * | Zazzle Basic Design Tool Functionality (Zazzle | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC 'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

28

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 000005-000011) | | |
| 200. | Zazzle Content Guidelines for Footwear Products (Zazzle 000012-000013) | | |
| 201. | Zazzle Content Guidelines for Product Brands (Zazzle 000014-000021) | | |
| 202. | Zazzle Content Guidelines for Undergarments (Zazzle 000022-000024) | | |
| 203. | Zazzle Image Guidelines (Zazzle 000025-000032) | | |
| 204. | Zazzle Customization Guidelines for Zazzle Partners (Zazzle 000033-000058) | | |
| 205. | Zazzle Posting Products for Sale (Zazzle 000059-000066) | | |
| 206. | Zazzle Products FAQ – Makers (Zazzle 000067-71) | | |
| 207. | Zazzle Review Policy for Zazzle Custom Stamps (Zazzle 000072-000076) | | |
| 208. * | Intentionally Left Blank | | |
| 209. | Zazzle Acceptable Content Guidelines (Zazzle 000080-000083) | | |
| 210. * | Intentionally Left Blank | | |
| 211. | Intentionally Left Blank | | |
| 212. * | March 25, 2016 Letter from Aaron D. Hendelman (Zazzle 0000123-0000124) | *signature* | *signature* |

Case 2:16-cv-04587-SVW-KS    Document 125    Filed 08/09/17    Page 33 of 42    Page ID
#:3334
Case 2:16-cv-04587-SVW-KS    Document 114    Filed 08/07/17    Page 30 of 40    Page ID #:3092

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 2 | | | | |
| 3 4 5 | 213. | Zazzle Content Reviewer Powerpoint "So You're Going To Be A Content Reviewer" (Zazzle 000125-000164) | 8/8 | 8/8 |
| 6 | 214. * | Intentionally Left Blank. | | |
| 7 8 | 215. | Zazzle User Agreement (Zazzle 000171-000189) | | |
| 9 10 | 216. | Zazzle User Agreement (Zazzle 000190-000208) | | |
| 11 12 | 217. | Zazzle Powerpoint Order Placement Team (Zazzle 000209-000220) | | |
| 13 14 | 218. | Zazzle Order Placement (Zazzle 000221-000222) | | |
| 15 16 17 18 19 20 21 22 23 | 219. | Zazzle E-mails to "Thomas," or one of his known Zazzle Stores "The Crucible," "Posterboys," "AllHandsOnDeck," "TheFlyBoysClub," "dt_jsc," and/or "AdamsAppleBowTie" (Zazzle 0000227, 236-239, 1006-1028, 1030-1037, 1039-1058, 1060-1076, 1078-1087, 1090, 1092-1096, 1098-1100, 1102-1103, 1105-1120, 1123-1178, 1180-1188, 1189-1234, 1236-1248) | | |
| 24 25 26 | 220. | Zazzle E-mails to "Lawrence" or one of his known Zazzle Stores "Bairdshoppe," "policeandfireshoppe," and/or "Bairdgraphics" | 8/8 | |
| 27 28 | | | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                              CASE NO. 2:16-CV-04587

30

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | (Zazzle 000305-314, 325-329, 331-332, 325-329) | | |
| | 221. | Intentionally Left Blank | | |
| | 222. | Zazzle Email "Julia" (Zazzle 001264-001267) | | |
| | 223. * | April 27, 2015 Complaint in Greg Young Publishing, Inc. v. Amazon.com | | |
| | 224. * | August 7, 2015 Complaint in Greg Young Publishing, Inc. v. CafePress, Inc. | | |
| | 225. * | April 21, 2016 Complaint in Greg Young Publishing, Inc. v. Harmony Yacht Vacations, LLC | | |
| | 226. * | December 1, 2015 Complaint in Greg Young Publishing, Inc. v. Jean-Luc Desreumaux | | |
| | 227. | Intentionally Left Blank | | |
| | 228. | Intentionally Left Blank | | |
| | 229. | Intentionally Left Blank | | |
| | 230. | Intentionally Left Blank | | |
| | 231. | Intentionally Left Blank | | |
| | 232. | Zazzle E-mail to "Diane" Addis, or to one of her known Zazzle Stores "hermiones," "dhibiscusrose," and/or "thewrittenword" (ZAZZLE0000223-224, 243-245, 717-720, 723-729) | | |
| | 233. | Zazzle E-mail to "Meliha" or to one of her | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1
CASE NO. 2:16-CV-04587

31

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|  | known Zazzle Stores "made_in_atlantis," "hizliart," and/or "Pop Art & Abstract Art" (ZAZZLE0000225-226, 734-747, 749-752) |  |  |
| 234. | Intentionally Left Blank |  |  |
| 235. | Intentionally Left Blank |  |  |
| 236. | Intentionally Left Blank |  |  |
| 237. | Intentionally Left Blank |  |  |
| 238. | Intentionally Left Blank |  |  |
| 239. | Intentionally Left Blank |  |  |
| 240. | Intentionally Left Blank |  |  |
| 241. | Intentionally Left Blank |  |  |
| 242. | Intentionally Left Blank |  |  |
| 243. | Intentionally Left Blank |  |  |
| 244. | Intentionally Left Blank |  |  |
| 245. | Intentionally Left Blank |  |  |
| 246. | Intentionally Left Blank |  |  |
| 247. * | Zazzle Invoice to Philip Krevoy, dated December 20, 2016 (GYP 00701) |  |  |
| 248. | Intentionally Left Blank |  |  |
| 249. * | Intentionally Left Blank |  |  |
| 250. * | Zazzle E-mail to Philip Krevoy dated October 25, 2016 (GYP 00732-735) |  |  |
| 251. | "Havana" image (ZAZZLE0001474) |  |  |
| 252. | "Havana Pan American Airways" image (ZAZZLE0001480) |  |  |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1                                            CASE NO. 2:16-CV-04587

32

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 253. | "Huntington Beach, Newport-Balboa Line" image (ZAZZLE0001488) | | |
| 254. * | "Aloha from Waikiki" image (ZAZZLE0001515) | | |
| 255. | "Aloha Tropical Paradise" image (ZAZZLE0001523) | | |
| 256. | "San Francisco" image (ZAZZLE0001525) | | |
| 257. | "Los Angeles by Clipper" image (ZAZZLE0001568) | | |
| 258. | "Key West Florida" image (ZAZZLE0001580) | | |
| 259. * | "Aloha, Tropical Paradise" image (ZAZZLE0001584) | | |
| 260. * | "Aloha, from Waikiki" image (ZAZZLE0001592) | | |
| 261. | "Napa Valley" image (ZAZZLE0001595) | | |
| 262. | GYP Responses to Zazzle's Request for Admissions, Set One | | |
| 263. | Zazzle Inc.'s Responses and Objections to Plaintiff's Requests for Admission Propounded on Zazzle, Inc., Set One | | |
| 264. | Zazzle Responses to GYP RFA, Set 2 | | |
| 265. | Defendant Zazzle Inc.'s Amended Responses and Objections to Plaintiff's Interrogatories, Set One | | |
| 266. | GYP Amended Answer to Zazzle's Interrogatory No. 23 | | |
| 267. | Zazzle Response to Request for Production of Documents, Set 1 | | |
| 268. | Zazzle Response to Request for Production of Documents, Set 2 | | |
| 269. | Zazzle Response to Request for Production of Documents, Set 3 | | |
| 270. | Pages from Zazzle Powerpoint "So You're Going to Be A Content Reviewer" | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1                                                                                CASE NO. 2:16-CV-04587

33

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 271. | Zazzle Nonexclusive License Agreement (Zazzle 000166-000170) | | |
| 272. | Notice of Continued Deposition of Zazzle and RFP Pursuant to FRCP 30(b)(6) | | |
| 273. | Second Notice Of Deposition of Zazzle | | |
| 274. | Zazzle's Objections to the Second Notice of Deposition | | |
| 275. | Third Notice Of Deposition of Zazzle | | |
| 276. | Zazzle's Objections to the Third Notice of Deposition | | |
| 277. | Kerne Erickson by Gordon T. McClelland & Austin D. McClelland, Greg Young Publishing 2006 | | |
| 278. * | Zazzle GYP Products Sales ("Tahiti, Isle of Paradise, CS86) 5-17-17 | 8/8 | 8/8 |
| 279. | May 23, 2017 E-mail from Jeffrey Young to Zazzle – Ginger SP6  (GYP 00514-00520) | | |
| 280. | June 29, 2017 E-mail from Jeffrey Young to Zazzle (GYP 00521-00541) | 8/8 | 8/8 |
| 281. | Kerne Erickson letter, dated March 11, 2015 (GYP 00542) | | |
| 282. | Intentionally Left Blank | | |
| 283. | Zazzle List of Store Owners & Store Names | | |
| 284. | ZAZZLE0001602 Zazzle Discovery May 5 Missing Information (6.29.2017) | 8/8 | |
| 285. | ZAZZLE0001603 – Store-User Name Chart | 8/8 | 8/8 |
| 286. | ZAZZLE0001604 | | |
| 287. | ZAZZLE0001605 Sales Report – GregYoungPublishing, 07.14.17 | 8/8 | 8/8 |
| 288. | ZAZZLE0001605 Sales Report – GregYoungPublishing, 07.14.17 Sorted by "Product Title" and "Order Date" | | |

Case 2:16-cv-04587-SVW-KS    Document 125    Filed 08/09/17    Page 38 of 42    Page ID
#:3339
Case 2:16-cv-04587-SVW-KS    Document 114    Filed 08/07/17    Page 35 of 40    Page ID #:3097

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 289. | Intentionally Left Blank | | |
| 290. | Ginger, SP6 | | |
| 291. | Copyright Registration for "Ginger, SP6" | | |
| 292. | Screenshots from Zazzle Website of "Ginger, SP6" | | |
| 293. | Greetings from Waikiki CS88 | | |
| 294. | Copyright Registration for "Greetings from Waikiki CS88" | | |
| 295. | Screenshots from Zazzle Website of "Greetings from Waikiki CS88" | | |
| 296. | Palm Beach, Florida, CS85 | ✓ | ✓ |
| 297. | Copyright Registration for "Palm Beach, Florida, CS85" | 8/8 | 8/8 |
| 298. | Screenshots from Zazzle Website of "Palm Beach, Florida, CS85" | 8/8 | 8/8 |
| 299. | Intentionally Left Blank | | |
| 300. | Zazzle's Reply to 6-29-17 Takedown Notice | | |
| 301. | Zazzle Answers to Interrogatories, Set 2 | | |
| 302. | Notice of Deposition of Zazzle | | |
| 303. | Intentionally Left Blank | | |
| 304-A. | Demonstrative Exhibit: Comparison of CS27 to Source Artwork | | |
| 304-B. | Demonstrative Exhibit: Comparison of CS30 to Source Artwork | 8/8 | 8/8 |
| 304-C. | Demonstrative Exhibit: Comparison of CS35 to Source Artwork | | |
| 304-D. | Demonstrative Exhibit: Comparison of CS46 to Source Artwork | | |
| 304-E. | Demonstrative Exhibit: Comparison of CS47 to Source Artwork | | |
| 304-F. | Demonstrative Exhibit: Comparison of CS86 to | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                                                          CASE NO. 2:16-CV-04587

35

Case 2:16-cv-04587-SVW-KS   Document 114   Filed 08/07/17   Page 36 of 40   Page ID #:3098

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|  | Source Artwork |  |  |
| 304-G | Demonstrative Exhibit: Comparison of CS55 to Source Artwork |  |  |
| 304-H | Demonstrative Exhibit: Comparison of CS78 to Source Artwork |  |  |
| 305A. | Demonstrative Exhibit: Other Products Available For Sale: California Wine Country Vintage Travel Poster |  |  |
| 305B. | Demonstrative Exhibit: Other Products Available For Sale: Walla Walla, Washington Wine Country |  |  |
| 305C. | Demonstrative Exhibit: Other Products Available For Sale: Vintage Art Travel Poster United Airlines San Francisco |  |  |
| 305D. | Demonstrative Exhibit: Other Products Available For Sale: 1950's Los Angeles TWA Vintage Style Travel Poster |  |  |
| 305E. | Demonstrative Exhibit: Other Products Available For Sale: 1950's Los Angeles TWA Vintage Style Travel Poster |  |  |
| 305F. | Demonstrative Exhibit: Other Products Available For Sale: Vintage Art Travel Poster United Airlines San Francisco |  |  |
| 305G. | Demonstrative Exhibit: Other Products Available For Sale: San Francisco Via TWA |  |  |
| 305H. | Demonstrative Exhibit: Other Products Available For Sale: Vintage Travel and Tourism Ads |  |  |
| 305I. | Demonstrative Exhibit: Other Products Available For Sale: 27 Best Images About Vintage Travel Posters |  |  |
| 305J. | Demonstrative Exhibit: Other Products Available For Sale: Vintage California Postcard Catalina Casino from Descano |  |  |
| 305K. | Demonstrative Exhibit: Other Products Available For Sale: Vintage Travel Poster, Los |  |  |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

36

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | Angeles, California Poster | | |
| | 305L. | Demonstrative Exhibit: Other Products Available For Sale: South Seas Islands French Polynesia Tahiti Vintage Travel Advertisement Poster | | |
| | 306M | Demonstrative Exhibit: Other Products Available for Sale: Vintage Poster Reproduction Travel Cuba | | |
| | 306N | Demonstrative Exhibit: Other Products Available for Sale: San Francisco California Travel Poster/Art Print | | |
| | 306A. | Demonstrative Exhibit: Plaintiff's Licensing Royalties from 2012 to 2016 | | |
| | 306B. | Demonstrative Exhibit: Plaintiff's Licensing Royalties from 2Q2013 to 2016 | 8/8 | 8/8 |
| | 307A. | Demonstrative Exhibit: Zazzle's Unit Sales Over Time (2009-Present) | | |
| | 307B. | Demonstrative Exhibit: Zazzle's Unit Sales Over Time (2013-Present) | | |
| | 308A. | Demonstrative Exhibit: Zazzle's Dollar Sales Over Time (2009-Present) | | |
| | 308B. | Demonstrative Exhibit: Zazzle's Dollar Sales Over Time (2013-Present) | | |
| | 309. | Demonstrative Exhibit: How A Zazzle Product Gets Made | 8/9 | |
| | 310. | Demonstrative Exhibit: Sales After Notice | | |
| | 311 to 529 | Intentionally Left Blank 361 pg 101 | 8/8 | |
| | 530. | Notice Of Deposition of Zazzle Employees Tony Ly and Robert "Bobby" Beaver, III | | |
| | 531. | Chart Created By GYP "List of Zazzle Store Names and Corresponding Owner Names" | 8/8 | 8/8 |
| | 532. | Email From Ainciart to Adams dated 7-11-17 | | |

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6.1
CASE NO. 2:16-CV-04587

37

Case 2:16-cv-04587-SVW-KS    Document 114    Filed 08/07/17    Page 38 of 40    Page ID #:3100

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 533. | Emails from Zazzle to Designers (ZAZZLE0000223-224, 236-239, 331-332, 751-752, 1231-1232, 1265-67, | | |
| | 534. | Emails from Zazzle to Designers (ZAZZLE0000229-230, 1217-1220, 1259-1263, 1411-1412) | 8/8 | |
| | 535. | Directory of Zazzle images produced in response to RFP #2 | | |
| | 536. | Intentionally Left Blank | | |
| | 537. | Copy of 17 USC Section 512(i) | | |
| | 538. | Intentionally Left Blank | 8/9 | |
| | 539. | Intentionally Left Blank | | |
| | 540. | Intentionally Left Blank | | |
| | 541. | Zazzle User Agreement printed to PDF | | |
| | 542. | 3/14/06 Letter from Joshua Kaufman to Don@gramicci.com | | |

Dated: August 7, 2017       LAW OFFICES OF JEFFREY YOUNG
                            Jeffrey S. Young, Esq.
                            Jacob P. Ainciart, Esq.

                            AQUINO LAW
                            Jason A. Aquilino, Esq.

                            LAW OFFICES OF DARREN QUINN
                            Darren J. Quinn, Esq.


                            By: _____ /s/ Darren J. Quinn

                            Jeffrey S. Young, Attorneys for Plaintiff
                            GREG YOUNG PUBLISHING, INC.

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                              CASE NO. 2:16-CV-04587

38

Case 2:16-cv-04587-SVW-KS   Document 125   Filed 08/09/17   Page 42 of 42   Page ID
#:3243
Case 2:16-cv-04587-SVW-KS   Document 114   Filed 08/07/17   Page 39 of 40   Page ID #:3101

Dated: August 7, 2017          MURPHY PEARSON BRADLEY & FEENEY
                               Timothy J. Halloran, Esq.
                               Keith G. Adams, Esq.


                               By:  /s/ Keith G. Adams

                               Keith G. Adams, Attorneys for Defendant
                               ZAZZLE, INC.



## LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION


The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.


Dated: August 7, 2017                        /s/  Darren J. Quinn

                                           Darren J. Quinn

PLAINTIFF GREG YOUNG PUBLISHING, INC. AND ZAZZLE, INC.'S AMENDED JOINT EXHIBIT LIST PURSUANT TO LOCAL
RULE 16-6.1                                                        CASE NO. 2:16-CV-04587

39