```
FILED
CLERK, U.S. DISTRICT COURT

AUG - 9 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ZAZZLE INC., a corporation, and DOES 1 TO 10,<br><br>        Defendants. | Case No.: 2:16-cv-04587 SVW (KSx)<br><br>**JURY VERDICT FORM** |

# REDACTED

# VERDICT FORM

1. With respect to the copyright "Aloha Hawaii, AL5," Registration Number VA1-159-677, Supplemental Registration Number VA1-433-550, Trial Exhibits 35-1, 54-1:

    a. Did plaintiff GREG YOUNG PUBLISHING, INC ("GYPI") prove that defendant ZAZZLE INC. infringed that copyright?

       ✓ Yes (Go to subpart 1.b)  _____ No (Go to 2)

    b. State the amount of statutory damages for all infringements with respect to this work. __30,000__.

       (Go to 2)

2. With respect to the copyright "Los Angeles By Clipper, CS27," Registration Number VA1-002-261, Supplemental Registration Number VA1-237-000, Trial Exhibits 25, 35-2:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

       ✓ Yes (Go to subpart 2.b)  _____ No (Go to 3)

    b. State the amount of statutory damages for all infringements with respect to this work. __10,000__.

       (Go to 3)

3. With respect to the copyright "Hawaii, CS30," Registration Number VA1-002-259, Supplemental Registration Number VA1-237-001, Trial Exhibits 35-3, 54-3:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

       ✓ Yes (Go to subpart 3.b)  _____ No (Go to 4)

    b. State the amount of statutory damages for all infringements with respect to this work. __200__.

       (Go to 4)

4. With respect to the copyright "Havana, CS32," Registration Number VA1-002-260, Supplemental Registration Number VA1-236-997, Trial Exhibits 35-4, 54-4:

a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

Yes (Go to subpart 4.b) ✓    ___ No (Go to 5)

b. State the amount of statutory damages for all infringements with respect to this work. __6,300__.

(Go to 5)

5. With respect to the "Los Angeles – San Diego, CS35," Registration Number VA1-048-131, Supplemental Registration Number VA1-433-520, Trial Exhibits 35-5, 54-5:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   ✓ Yes (Go to subpart 5.b)    ___ No (Go to 6)

   b. State the amount of statutory damages for all infringements with respect to this work. __1,600__.

   (Go to 6)

6. With respect to the copyright "Catalina by Air, CS36," Registration Number VA1-052-091, Supplemental Registration Number VA1-433-518, Trial Exhibits 35-6, 54-6:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   ✓ Yes (Go to subpart 6.b)    ___ No (Go to 7)

   b. State the amount of statutory damages for all infringements with respect to this work. __200__.

   (Go to 7)

7. With respect to the "Visit Cuba, CS37," Registration Number VA1-048-130, Supplemental Registration Number VA1-433-528, Trial Exhibits 35-7, 54-7:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   ✓ Yes (Go to subpart 7.b)    ___ No (Go to 8)

    b. State the amount of statutory damages for all infringements with respect to this work. __36,000__.

    (Go to 8)

8. With respect to the copyright "Inter-Island Airways, CS41," Registration Number VA1-072-870, Supplemental Registration Number VA1-236-996, Trial Exhibits 35-8, 54-8:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

    __✓__ Yes (Go to subpart 8.b) _____ No (Go to 9)

    b. State the amount of statutory damages for all infringements with respect to this work. __7,700__.

    (Go to 9)

9. With respect to the copyright "Chicago, CS43," Registration Number VA1-072-869, Supplemental Registration Number VA1-433-534, Trial Exhibits 35-9, 54-9:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

    __✓__ Yes (Go to subpart 9.b) _____ No (Go to 10)

    b. State the amount of statutory damages for all infringements with respect to this work. __27,000__.

    (Go to 10)

10. With respect to the copyright "The Lindbergh Line, CS46," Registration Number VA1-094-498, Supplemental Registration Number VA1-237-002, Trial Exhibits 35-11, 54-11:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

    __✓__ Yes (Go to subpart 10.b) _____ No (Go to 11)

    b. State the amount of statutory damages for all infringements with respect to this work. __49,500__.

    (Go to 11)

11. With respect to the copyright "Super Skyliners, CS47," Registration Number VA1-094-512, Supplemental Registration Number VA1-236-999, Trial Exhibits 35-12, 54-12:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

    __✓__ Yes (Go to subpart 11.b)  _____ No (Go to 12)

    b. State the amount of statutory damages for all infringements with respect to this work. __2,800__.

    (Go to 12)

12. With respect to the copyright "Braniff Airways - Manhattan, CS52," Registration Number VA1-128-532, Supplemental Registration Number VA1-433-545, Trial Exhibits 35-13, 54-13:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

    __✓__ Yes (Go to subpart 12.b)  _____ No (Go to 13)

    b. State the amount of statutory damages for all infringements with respect to this work. __1,100__.

    (Go to 13)

13. With respect to the copyright "Standard Airlines – El Paso, CS53," Registration Number VA1-128-529, Supplemental Registration Number VA1-433-546, Trial Exhibits 35-14, 54-14:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

    __✓__ Yes (Go to subpart 13.b)  _____ No (Go to 14)

    b. State the amount of statutory damages for all infringements with respect to this work. __2,200__.

    (Go to 14)

14. With respect to the copyright "Cuba, CS55," Registration Number VA1-130-347, Supplemental Registration Number VA1-433-517, Trial Exhibits 35-15, 54-15:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

✓ Yes (Go to subpart 14.b)   ___ No (Go to 15)

   b. State the amount of statutory damages for all infringements with respect to this work. __4,200__.

   (Go to 15)

15. With respect to the copyright "Waikiki, Los Angeles Steamship Co., CS56," Registration Number VA1-136-536, Supplemental Registration Number VA1-433-554, Trial Exhibits 35-16, 54-16:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   ✓ Yes (Go to subpart 15.b)   ___ No (Go to 16)

   b. State the amount of statutory damages for all infringements with respect to this work. __11,300__.

   (Go to 16)

16. With respect to the copyright "Hawaii, Land of Surf & Sunshine, CS60," Registration Number VA1-181-637, Supplemental Registration Number VA1-433-525, Trial Exhibits 35-17, 54-17:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   ✓ Yes (Go to subpart 16.b)   ___ No (Go to 17)

   b. State the amount of statutory damages for all infringements with respect to this work. __5,400__.

   (Go to 17)

17. With respect to the "Tahiti, CS62," Registration Number VA1-190-230, Supplemental Registration Number VA1-433-551, Trial Exhibits 35-18, 54-18:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   ✓ Yes (Go to subpart 17.b)   ___ No (Go to 18)

   b. State the amount of statutory damages for all infringements with respect to this work. __3,500__.

   (Go to 18)

18. With respect to the copyright "Miami Beach Eastern Airlines, CS63," Registration Number VA1-185-674, Supplemental Registration Number VA1-433-552, Trial Exhibits 35-19, 54-19:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 18.b)   _____ No (Go to 19)

   b. State the amount of statutory damages for all infringements with respect to this work. __7,500__.

   (Go to 19)

19. With respect to the copyright "Varadero Cuba, CS64," Registration Number VA1-219-145, Supplemental Registration Number VA1-433-544, Trial Exhibits 35-20, 54-20:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 19.b)   _____ No (Go to 20)

   b. State the amount of statutory damages for all infringements with respect to this work. __1,500__.

   (Go to 20)

20. With respect to the "Hope Ranch, CS67," Registration Number VA1-259-660, Supplemental Registration Number VA1-433-560, Trial Exhibits 35-21, 54-21:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 20.b)   _____ No (Go to 21)

   b. State the amount of statutory damages for all infringements with respect to this work. __10,000__.

   (Go to 21)

21. With respect to the copyright "Huntington Beach, CS69," Registration Number VA1-215-855, Supplemental Registration Number VA1-433-557, Trial Exhibits 35-22, 54-22:

JOINT [PROPOSED] DISPUTED JURY INSTRUCTIONS AND OBJECTIONS THERETO

CASE NO. 2:16-CV-04587

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

        ✓ Yes (Go to subpart 21.b) _____ No (Go to 22)

    b. State the amount of statutory damages for all infringements with respect to this work. **1,800** .

    (Go to 22)

22. With respect to the copyright "Cuba & American Jockey Club, CS70," Registration Number VA1-238-650, Supplemental Registration Number VA1-433-553, Trial Exhibits 35-23, 54-23:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

        ✓ Yes (Go to subpart 22.b) _____ No (Go to 23)

    b. State the amount of statutory damages for all infringements with respect to this work. **4,900** .

    (Go to 23)

23. With respect to the copyright "Cuba, Land of Romance, CS75," Registration Number VA1-280-059, Trial Exhibits 35-24, 54-24:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

        ✓ Yes (Go to subpart 23.b) _____ No (Go to 24)

    b. State the amount of statutory damages for all infringements with respect to this work. **3,200** .

    (Go to 24)

24. With respect to the copyright "San Francisco, CS78," Registration Number VAu-674-528, Trial Exhibits 35-26, 54-26:

    a. Did GYPI establish by a preponderance of the evidence that GYPI owns the copyright it claims was infringed by ZAZZLE, INC?

        ✓ Yes (Go to subpart 24.b) _____ No (Go to 25)

   b. State the amount of statutory damages for all infringements with respect to this work. __65,000__.

   (Go to 25)

25. With respect to the copyright "Escape to Cuba, CS79," Registration Number VAu-685-249, Trial Exhibits 35-27, 54-27:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 25.b)   _____ No (Go to 26)

   b. State the amount of statutory damages for all infringements with respect to this work. __3,700__.

   (Go to 26)

26. With respect to the copyright "Key West, Florida, CS80," Registration Number VAu-685-250, Trial Exhibits 35-28, 54-28:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 26.b)   _____ No (Go to 27)

   b. State the amount of statutory damages for all infringements with respect to this work. __18,200__.

   (Go to 27)

27. With respect to the "Napa Valley, CS81," Registration Number VAu-685-248, Trial Exhibits 35-29, 54-29:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 27.b)   _____ No (Go to 28)

   b. State the amount of statutory damages for all infringements with respect to this work. __66,800__.

   (Go to 28)

JOINT [PROPOSED] DISPUTED JURY INSTRUCTIONS AND OBJECTIONS THERETO

CASE NO. 2:16-CV-04587

28. With respect to the copyright "Fly to Hawaii, CS84," Registration Number VA1-353-081, Trial Exhibits 35-30, 54-30:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

       __✓__ Yes (Go to subpart 28.b)   _____ No (Go to 29)

    b. State the amount of statutory damages for all infringements with respect to this work. __10,200__.

    (Go to 29)

29. With respect to the copyright "Greetings From Samoa, CS87," Registration Number VA1-363-565, Trial Exhibits 35-31, 54-31:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

       __✓__ Yes (Go to subpart 29.b)   _____ No (Go to 30)

    b. State the amount of statutory damages for all infringements with respect to this work. __8,500__.

    (Go to 30)

30. With respect to the copyright "Duke Kahanamoku, Surfing Legend, CS89," Registration Number VA1-363-564, Trial Exhibits 35-32, 54-32:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

       __✓__ Yes (Go to subpart 30.b)   _____ No (Go to 31)

    b. State the amount of statutory damages for all infringements with respect to this work. __13,000__.

    (Go to 31)

31. With respect to the copyright "Havana, CS99," Registration Number VAu-745-801, Trial Exhibits 35-33, 54-33:

    a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

       __✓__ Yes (Go to subpart 31.b)   _____ No (Go to 32)

- 9 -

JOINT [PROPOSED] DISPUTED JURY INSTRUCTIONS AND OBJECTIONS THERETO

CASE NO. 2:16-CV-04587

   b. State the amount of statutory damages for all infringements with respect to this work. __42,400__.

   (Go to 32)

32. With respect to the "Blue Hawaii, CS115," Registration Number VAu-001028704, Trial Exhibits 35-34, 54-34:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 32.b)    _____ No (Go to 33)

   b. State the amount of statutory damages for all infringements with respect to this work. __1,900__.

   (Go to 33)

33. With respect to the copyright "Pineapple, SP1," Registration Number VA1-211-672, Supplemental Registration Number VA1-433-537, Trial Exhibits 35-35, 54-35:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 33.b)    _____ No (Go to 34)

   b. State the amount of statutory damages for all infringements with respect to this work. __200__.

   (Go to 34)

34. With respect to the copyright "Tahiti, Isle of Paradise, CS86," Registration Number VA1-353-079, Trial Exhibits 51, 52:

   a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

   __✓__ Yes (Go to subpart 34.b)    _____ No (Go to 35)

   b. State the amount of statutory damages for all infringements with respect to this work. __2,800__.

   (Go to 35)

35. With respect to the "Palm Beach, Florida, CS85," Registration Number VA1-353-080, Trial Exhibits 296, 297:

a. Did plaintiff GYPI prove that defendant ZAZZLE INC. infringed that copyright?

  ✓ Yes (Go to subpart 35.b)  ___ No (Sign the form)

b. State the amount of statutory damages for all infringements with respect to this work. __200__.

(Sign the form)

Stop here, answer no further questions and have the presiding juror sign and date this verdict form.

Signed:

**REDACTED as to Foreperson's Name**

Presiding

Dated: 8/9/17

After this verdict form has been signed, please deliver the verdict form to the clerk.