UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-04587-SVW-KS | Date | October 16, 2017 |
|---|---|---|---|
| Title | Greg Young Publishing, Inc. v. Zazzle, Inc. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Lisa Gonzalez | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Darren J Quinn<br>Jeffrey S Young | Keith G Adams | |

**Proceedings:** [141] MOTION for Judgment as a Matter of Law on the basis of: Renewed Motion for Judgment as a Matter of Law as to "Willfulness" filed by Defendant;
[142] MOTION for Permanent Injunction filed by plaintiff

Hearing held. The motions are submitted. Order to issue.

: 29

Initials of Preparer PMC