LAW OFFICE OF JEFFREY S. YOUNG
Jeffrey S. Young (172016)
Jacob P. Ainciart (313588)
1307 State Street, 1st Floor
Santa Barbara, CA 93101
jeff@jeffreyyounglaw.com
Tel.:  805-884-0338

LAW OFFICES OF DARREN J. QUINN
Darren J. Quinn (149679)
12702 Via Cortina, Suite 105
San Diego, CA  92014
Tel.:  858-509-9401
dq@dqlaw.com

*Additional Counsel Listed on Signature Block*

*Attorneys for Plaintiff Greg Young Publishing, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation, | CASE NO.: 2:16-CV-04587 SVW (KSx) |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ATTORNEY FEES AND FULL COSTS** |
| v. | Judge:      Hon Stephen V. Wilson |
| ZAZZLE, INC., a California Corporation, and DOES 1-50, | Date:       January 8, 2018 |
| Defendants. | Time:       1:30 p.m. |
| | Courtroom:  10A |

TO DEFENDANT ZAZZLE, INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTE that on January 8, 2018 at 1:30 p.m., or as soon thereafter as counsel may be heard before Judge Stephen V. Wilson, in courtroom 10A, United States District Court, Central District of California, located at 1st Street Courthouse, 350 W. 1st Street, Los Angeles, California, plaintiff will move for attorney fees and full costs pursuant to 17 U.S.C. §505.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place in various discussions on and prior to November 3, 2017.

This motion for plaintiff's attorney fees and full costs is based upon this Motion, the Memorandum of Points and Authorities filed concurrently herewith, the trial exhibits and trial testimony, and declarations and exhibits filed in support of this motion, and the documents and records of this court.

Dated:        November 13, 2017              Respectfully Submitted,

LAW OFFICES OF JEFFREY YOUNG
JEFFREY S. YOUNG
JACOB P. AINCIART

AQUILINO LAW
JASON A. AQUILINO

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

By:    s/s   Darren  J. Quinn
          Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014

*Attorneys for Plaintiff Greg Young Publishing, Inc.*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on November 13, 2017 with a copy of the following documents via the Court's CM/ECF system.

– PLAINTIFF'S MOTION FOR ATTORNEY FEES AND FULL COSTS

– MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND FULL COSTS

– DECLARATION OF DARREN J. QUINN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND FULL COSTS

– DECLARATION OF JEFFREY S. YOUNG IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND FULL COSTS

– DECLARATION OF JACOB AINCIART IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND FULL COSTS

– DECLARATION OF JASON AQUILINO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND FULL COSTS

– REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND FULL COSTS

/s/ Darren J. Quinn
DARREN J. QUINN