# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Greg Young Publishing, Inc.

V.                                    Case Number:  2:16-cv-04587-SVW-KS

Zazzle, Inc.

Judgment was entered in this action on __8/10/2017__ / __123__ against  Zazzle, Inc. _____ .
Date            Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 ................................................................ | $XX.XX |
| Fees for service of process: see L.R. 54-3.2 ........................................ | $XX.XX |
| United States Marshal's fees: see L.R. 54-3.3 ..................................... | $0.00 |
| Reporter's transcripts: see L.R. 54-3.4 ............................................... | $0.00 |
| Depositions: see L.R. 54-3.5 ............................................................... | $XX.XX |
| Witness fees (itemize on page 2): see L.R. 54-3.6 ............................... | $0.00 |
| Interpreter's and translator's fees: see L.R. 54-3.7 ........................... | $0.00 |
| Docket fees: see L.R. 54-3.8 ............................................................... | $0.00 |
| Masters, commissioners and receivers: see L.R. 54-3.9 ...................... | $0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 ............ | $XX.XX |
| Premiums on bonds and undertakings: see L.R. 54-3.11 ...................... | $0.00 |
| Other Costs: see L.R. 54-3.12 (attach court order) ............................. | $0.00 |
| State Court costs: see L.R. 54-3.13 .................................................... | $0.00 |
| Costs on appeal: see L.R. 54-4 ........................................................... | $0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 ........ | $0.00 |
| **TOTAL** $00.00 | $XX.XX |

**NOTE**: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System

☐ Conventional service by first class mail

☐ Other _____

/s/ Darren J. Quinn _____          Darren J. Quinn _____
Signature                                                      Print Name

Attorney for: Greg Young Publishing, Inc. _____

Costs are taxed in the amount of    $00.00   refer to the Court's order  [183] dated March 21, 2018.

Kiry K. Gray                          Kelly Davis                          April 6, 2018
_____          By: _____          _____
Clerk of Court                       Deputy Clerk                          Date

*Greg Young Publishing, Inc. v. Zazzle Inc.*,
USDC CDCA No 2:16-CV-04587 SVW (Ksx)

# Filing fees: see L.R. 54-3.1

| ***Date*** | ***Description*** | ***Amount*** |
|---|---|---|
| June 24, 2016 | Filing Fee for Complaint (Docket No. 1) | $400.00 |

Activity in Case 2:16-cv-04587 Greg Young Publishing, Inc. v. Zazz...

Case 2:16-cv-04587-SVW-KS   Document 188   Filed 04/06/18   Page 3 of 38   Page ID #:6258

**Subject:** Activity in Case 2:16-cv-04587 Greg Young Publishing, Inc. v. Zazzle, Inc. Complaint (Attorney Civil Case Opening)
**From:** cacd_ecfmail@cacd.uscourts.gov
**Date:** 6/23/2016 10:36 PM
**To:** ecfnef@cacd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Young, Jeffrey on 6/23/2016 at 10:36 PM PDT and filed on 6/23/2016

**Case Name:**      Greg Young Publishing, Inc. v. Zazzle, Inc.

**Case Number:**      2:16-cv-04587

**Filer:**      Greg Young Publishing, Inc.

**Document Number:** 1

**Docket Text:**
**COMPLAINT Receipt No: 0973-18070451 - Fee: $400, filed by plaintiff Greg Young Publishing, Inc.. (Attachments: # (1) Exhibit A - "Aloha Hawaii", # (2) Exhibit B - "Los Angeles by Clipper", # (3) Exhibit C - "Hawaii", # (4) Exhibit D - "Havana", # (5) Exhibit E - "Los Angeles - San Diego", # (6) Exhibit F - "Catalina by Air", # (7) Exhibit G - "Visit Cuba", # (8) Exhibit H - "Inter-Island Airways", # (9) Exhibit I - "Chicago", # (10) Exhibit J - "Waikiki Beach", # (11) Exhibit K - "The Lindberg Line", # (12) Exhibit L - "Super Skyliners") (Attorney Jeffrey S Young added to party Greg Young Publishing, Inc.(pty:pla))(Young, Jeffrey)**

**2:16-cv-04587 Notice has been electronically mailed to:**

Jeffrey S Young      jeff@jeffreyyounglaw.com

**2:16-cv-04587 Notice has been delivered by First Class U. S. Mail or by other means BY THE**



**Page 1 of 2**
Customer Service 1-800-867-0904
www.capitalone.com/sparkbusiness

Jun. 17 - Jul. 16, 2016   30 Days in Billing Cycle

Spark ℠ Visa Business Card                     Account ending in 3295

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| | | Aug 13, 2016 |

PLEASE PAY AT LEAST THIS AMOUNT

Credit Limit:                     Cash Advance Credit Limit:

Available Credit:                 Available Credit for Cash Advances:

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 21 Years | $9,493 |
| $142 | 3 Years | $5,107 |

Your estimated savings if you pay this balance in 3 years:   $4,386

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 29.65%.

| Previous Balance | − | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## BUSINESS TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR JEFFREY S YOUNG #3295**

**TRANSACTIONS FOR JEFFREY S YOUNG #3295**

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | 24 JUN   COURTS/USDC-CA-C213-894-3648CA | $400.00 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |

Transactions continue on page 2

## BUSINESS REWARDS INFORMATION

| | |
|---|---|
| PREVIOUS AVAILABLE REWARDS BALANCE | 36,434 |
| REWARDS EARNED THIS PERIOD | 7,833 |
| (reflects transactions posted during this billing cycle) | |
| AVAILABLE BALANCE AS OF 07/16/2016 | 44,267 |

For up-to-date rewards tracking, visit
www.capitalone.com

**SPARK BUSINESS**

## INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 18.15% D | $0.00 | $0.00 |
| Cash Advances | 25.15% D | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM/SPARKBUSINESS TO MAKE YOUR PAYMENT ONLINE.

**Account ending in 3295**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Aug 13, 2016 | | | . |

PLEASE PAY AT LEAST
THIS AMOUNT

**ENJOY 24/7 ACCESS TO YOUR ACCOUNT**
Log in and manage your account online at www.capitalone.com

- Pay bills
- Check your balance
- Review transactions

400018

JEFFREY S YOUNG
LAW OFFICES OF JEFFREY S YOUNG
1307 STATE ST FL 1
SANTA BARBARA, CA 93101-2671

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

*Greg Young Publishing, Inc. v. Zazzle Inc.*,
USDC CDCA No 2:16-CV-04587 SVW (Ksx)

# Fees for service of process: see L.R. 54-3.2

| *Date* | *Description* | *Amount* |
|---|---|---|
| August 8, 2016 | United Process Servers Invoice for substituted service on Zazzle Inc. | $170.00 |
| | | |
| **TOTAL** | | $170.00 |



**UNITED PROCESS SERVERS**
A T T O R N E Y   S E R V I C E S

142 East Figueroa Street | Santa Barbara, CA 93101
800 South Broadway, Ste. 204 | Santa Maria, CA 93454
890 Osos Street, Suite D | San Luis Obispo, CA 93401



JEFFREY S. YOUNG, SBN 172016
Law Offices Of: JEFFREY S. YOUNG
1307 STATE STREET
1ST FLOOR
Santa Barbara CA 93101

| Monday August 08, 2016 | *INVOICE* | YOUNG.192325 |
|---|---|---|

Client Matter #: Zazzle
Case #: 2:16-CV-04587 SVW (KSx)
Court: UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
Title: GREG YOUNG PUBLISHING, INC. vs. ZAZZLE, INC.
Documents: -; SUMMONS IN A CIVIL ACTION; NOTICE OF ASSIGNMENT TO UNITED STATES
JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF
ERRATA; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; COMPLAINT

| Date | Description | Amount |
|---|---|---|
| 07/28/16 01:10PM | Substituted Service: ZAZZLE, INC., A CORPORATION, AT Business 1800 SEAPORT BLVD REDWOOD CITY, CA 94063, by serving: MELANIE A. SHERK, AGENT FOR SERVICE OF PROCESS, by leaving a copy of the Documents with: Leo Sapienzo-Adams, Executive Administrator, Served By: SCOTT FEELY. | |
| | Mailed Copy Of Documents To: ZAZZLE, INC., A CORPORATION. | |
| 07/21/16 | FAX OR E-MAIL - 173, Includes Mailing Copy and Postage | 75.00 |
| 07/28/16 | SERVICE FEE | 95.00 |
| | **Thank you for selecting United Process Servers, Inc.** | **170.00** |

142 East Figueroa Street, Santa Barbara, CA 93101,
Telephone: 805 966-2102, FAX: 805 966-4031, Tax ID: 77-0582261

*Greg Young Publishing, Inc. v. Zazzle Inc.*,
USDC CDCA No 2:16-CV-04587 SVW (Ksx)

# Depositions: see L.R. 54-3.5

| *Date* | *Description* | *Amount* |
|---|---|---|
| March 13, 2017 | Charges from Atkinson-Baker, Inc. for depositions of Jonathan Agnich, Susan Clark, and Tony Hong Ly (Vol. 1) | $1,806.76 |
| March 20, 2017 | Charges from Veritext Corp Western Region for deposition of Gregory Young (Vol. 1) | $905.90 |
| May 16, 2017 | Charges from Veritext Corp Western Region for deposition of Gordon McClelland | $302.30 |
| May 17, 2017 | Charges from Veritext Corp Western Region for deposition of Kerne Erickson | $716.70 |
| May 31, 2017 | Charges from Veritext Corp Western Region for deposition of Gregory Young (Vol. 2) | $570.45 |
| July 12, 2017 | Charges from Atkinson-Baker, Inc. for depositions of Tony Hong Ly (Vol. 2) and Robert L. Beaver III | $1,524.59 |
| | | |
| **TOTAL** | | **$5,826.70** |

Page 1 of 2

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| Jeffrey S. Young |
| Law Offices of Jeffrey S. Young |
| 1307 State Street |
| 1st Floor |
| Santa Barbara, CA 93101-2609 |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Anne Quiroz, aquiroz@depo.com

| ABI'S Federal ID No.: | 95-4189037 |

| Setting Firm: | Law Offices of Jeffrey S. Young |
| Taking Attorney: | Jeffrey S. Young |
| Case Name: | Greg Young Publishing vs. Zazzle |
| Case No.: | 2:16-cv-04587 |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description:    Reporter's transcript of the deposition of Jonathan Agnich, Susan Clark, and Tony Hong Ly, taken 3/13/2017. Expedited.

| INVOICE NO. | AB0292A AA |
| FIRM NO. | 1181210 |
| INVOICE DATE | 03/21/2017 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|------|-----|-------|------------|
| Pages - O&1 - Business Rate | 163.00 | $ 4.45 | $ 725.35 |
| Expedite:  5 working days -  60% | 163.00 | $ 2.67 | $ 435.21 |
| Rough Transcript, Per Page | 163.00 | $ 1.85 | $ 301.55 |
| Exhibit Copies (pages) | 37.00 | $ .45 | $ 16.65 |
| Exhibit Copies (pages) - Color | 20.00 | $ 1.75 | $ 35.00 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee | 1.00 | $ 40.00 | $ 40.00 |
| Overnight Delivery | 1.00 | $ 40.00 | $ 40.00 |
| Hourly Rate | 5.00 | $ 28.00 | $ 140.00 |
| Parking | 1.00 | $ 33.00 | $ 33.00 |

| PAYMENT | | | - $ 1,806.76 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ .00 |
| INVOICE NO. | AB0292A AA |
| FIRM NO. | 1181210 |

For:    Reporter's transcript of the deposition of Jonathan Agnich, Susan Clark, and Tony Hong Ly, taken 3/13/2017. Expedited.

From:   Jeffrey S. Young
Law Offices of Jeffrey S. Young
1307 State Street
1st Floor
Santa Barbara, CA 93101-2609

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Veritext Corp**
**Western Region**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Jeffrey S. Young | | |
|---|---|---|---|
| | Law Offices of Jeffrey S. Young | **Invoice #:** | CA2927491 |
| | 1307 State Street | **Invoice Date:** | 3/31/2017 |
| | First Floor | **Balance Due:** | $905.90 |
| | Santa Barbara, CA, 93101 | | |

| | |
|---|---|
| **Case:** | Greg Young Publishing v. Zazzle |
| **Job #:** | 2559535 \| Job Date: 3/20/2017 \| Delivery: Normal |
| **Billing Atty:** | Jeffrey S. Young |
| **Location:** | Murphy Pearson |
| | 550 South Hope \| Suite 650 \| Los Angeles, CA 90025 |
| **Sched Atty:** | Keith G. Adams \| Murphy Pearson Bradley & Feeney |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Gregory Young | Certified Transcript | Page | 192.00 | $672.00 |
| | Exhibits - Color | Per Page | 6.00 | $9.00 |
| | Exhibits | Per Page | 146.00 | $94.90 |
| | Litigation Package | 1 | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $905.90 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $905.90 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

# 7717

| | |
|---|---|
| **Please remit payment to:** | |
| **Veritext** | |
| **P.O. Box 71303** | |
| **Chicago IL 60694-1303** | |

| | |
|---|---|
| **Invoice #:** | CA2927491 |
| **Job #:** | 2559535 |
| **Invoice Date:** | 3/31/2017 |
| **Balance:** | $905.90 |

**Veritext Corp**
**Western Region**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Jeffrey S. Young, Esq.<br>Law Office of Jeffrey S. Young<br>1307 State Street<br>1st Floor<br>Santa Barbara, CA, 93101 | | |
|---|---|---|---|

| | | |
|---|---|---|
| **Invoice #:** | CA2994042 |
| **Invoice Date:** | 6/6/2017 |
| **Balance Due:** | $302.30 |

| | |
|---|---|
| **Case:** | Greg Young Publishing v. Zazzle |
| **Job #:** | 2599727 \| Job Date: 5/16/2017 \| Delivery: Normal |
| **Billing Atty:** | Jeffrey S. Young, Esq. |
| **Location:** | Veritext Los Angeles |
| | 707 Wilshire Blvd. \| Suite 3500 \| Los Angeles, CA 90017 |
| **Sched Atty:** | Keith G. Adams \| Murphy Pearson Bradley & Feeney |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Gordon McClelland | Certified Transcript | Page | 55.00 | $200.75 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 53.00 | $18.55 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |

| Notes: | | Invoice Total: | $302.30 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $302.30 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2994042 |
| **Job #:** | 2599727 |
| **Invoice Date:** | 6/6/2017 |
| **Balance:** | $302.30 |

112541

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Jeffrey S. Young, Esq. | **Invoice #:** | CA3012130 |
| | Law Office of Jeffrey S. Young | **Invoice Date:** | 6/23/2017 |
| | 1307 State Street | **Balance Due:** | $716.70 |
| | 1st Floor | | |
| | Santa Barbara, CA, 93101 | | |

| | |
|---|---|
| **Case:** | Greg Young Publishing v. Zazzle |
| **Job #:** | 2615498 \| Job Date: 5/17/2017 \| Delivery: Normal |
| **Billing Atty:** | Jeffrey S. Young, Esq. |
| **Location:** | Murphy Pearson Bradley & Feeney |
| | 550 South Hope Street \| Suite 650 \| Los Angeles, CA 90071 |
| **Sched Atty:** | Keith G. Adams \| Murphy Pearson Bradley & Feeney |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 158.00 | $576.70 |
| Kerne Erickson | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $716.70 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $716.70 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

112541

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA3012130 |
| **Job #:** | 2615498 |
| **Invoice Date:** | 6/23/2017 |
| **Balance:** | $716.70 |

#7775

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Jeffrey S. Young, Esq. | **Invoice #:** | CA3003558 |
| Law Office of Jeffrey S. Young | **Invoice Date:** | 6/15/2017 |
| 1307 State Street | **Balance Due:** | $570.45 |
| 1st Floor | | |
| Santa Barbara, CA, 93101 | | |

| | |
|---|---|
| **Case:** | Greg Young Publishing v. Zazzle |
| **Job #:** | 2615500 | Job Date: 5/31/2017 | Delivery: Normal |
| **Billing Atty:** | Jeffrey S. Young, Esq. |
| **Location:** | Murphy Pearson |
| | 550 South Hope | Suite 650 | Los Angeles, CA 90071 |
| **Sched Atty:** | Keith G. Adams | Murphy Pearson Bradley & Feeney |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 93.00 | $339.45 |
| | Exhibits | Per Page | 140.00 | $91.00 |
| Gregory Young, Vol. 2 | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $570.45 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $570.45 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

# 7768

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **CA3003558** |
| **Job #:** | **2615500** |
| **Invoice Date:** | **6/15/2017** |
| **Balance:** | **$570.45** |

112541

Page 1 of 1

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Jeffrey S. Young
Law Offices of Jeffrey S. Young
1307 State Street
1st Floor
Santa Barbara, CA 93101-2609

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Anne Quiroz, aquiroz@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Law Offices of Jeffrey S. Young |
|---|---|
| Taking Attorney: | Jeffrey S. Young |
| Case Name: | Greg Young Publishing vs. Zazzle |
| Case No.: | 2:16-cv-04587 |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |
| Description: | Reporter's transcript of the deposition of Tony Ly - Volume II, and Robert I. Beaver, III, taken 7/12/2017. Expedited. |

| INVOICE NO. | AB07644 AA |
|---|---|
| FIRM NO. | 1181210 |
| INVOICE DATE | 07/19/2017 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Business Rate | 157 | $ 4.45 | $ 698.65 |
| Expedite: 5 working days - 60% | 157 | $ 2.67 | $ 419.19 |
| Exhibits (pages) | 85 | $ .45 | $ 38.25 |
| Exhibits (pages) - Color | 6 | $ 1.75 | $ 10.50 |
| Litigation Support Package | 1 | $ 40.00 | $ 40.00 |
| Processing & Handling Fee | 1 | $ 60.00 | $ 60.00 |
| Shipment of Original Transcript | 1 | $ 15.00 | $ 15.00 |
| Overnight Delivery | 1 | $ 40.00 | $ 40.00 |
| Hourly Rate | 7.25 | $ 28.00 | $ 203.00 |

| PAYMENT | | | - $ 1,524.59 |
|---|---|---|---|
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ .00 |
|---|---|

| INVOICE NO. | AB07644 AA |
|---|---|
| FIRM NO. | 1181210 |

From: Jeffrey S. Young
Law Offices of Jeffrey S. Young
1307 State Street
1st Floor
Santa Barbara, CA 93101-2609

For: Reporter's transcript of the deposition of Tony Ly - Volume II, and Robert I. Beaver, III, taken 7/12/2017. Expedited.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

*Greg Young Publishing, Inc. v. Zazzle Inc.,*
USDC CDCA No 2:16-CV-04587 SVW (Ksx)

# Certification, exemplification and reproduction of documents: see L.R. 54-3.10

**Chamber Copies**

| *Date* | *Description* | *Amount* |
|---|---|---|
| January 22, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $30.91 |
| February 16, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $47.78 |
| March 28, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $22.89 |
| March 28, 2017 | USPS Mailing Charges for Delivery from attorney Young's office to Judge Wilson. | $6.65 |
| March 30, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $33.40 |
| April 17, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $22.89 |
| June 2, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $22.89 |
| June 25, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $22.25 |
| June 29, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $30.76 |
| July 21, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $27.61 |
| July 28, 2017 | DDS delivery from attorney Quinn's office to Judge Wilson. | $288.40 |
| August 2, 2017 | FedEx Overnight Delivery from attorney Young's office to Judge Wilson. | $22.89 |
| August 17, 2017 | DDS delivery from attorney Quinn's office to Judge Wilson. | $57.70 |

*Greg Young Publishing, Inc. v. Zazzle Inc.*,
USDC CDCA No 2:16-CV-04587 SVW (Ksx)

| September 8, 2017 | DDS delivery from attorney Quinn's office to Judge Wilson. | $157.70 |
|---|---|---|
| October 3, 2017 | DDS delivery from attorney Quinn's office to Judge Wilson. | $57.70 |
| October 4, 2017 | DDS delivery from attorney Quinn's office to Judge Wilson. | $29.95 |
| October 9, 2017 | DDS delivery from attorney Quinn's office to Judge Wilson. | $57.70 |
| | | |
| **TOTAL** | | **$940.07** |

# FedEx Office

Address:          1030 STATE ST
                  SANTA BARBARA
                  CA 93101
Location:         SBAKS
Device ID:        -BTC02
Transaction:      890156776588

---

FedEx Priority Overnight
 785373156512    3.0 lbs. (S)        30.91
    No signature required
    Declared Value    0

         Shipment subtotal:      $30.91

             Total Due:          $30.91


         FedEx SENDER Account
                *****3944

    M = Weight entered manually
    S = Weight read from scale
    T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.


         Visit us at: fedex.com
         Or call 1.800.GoFedEx
            1.800.463.3339

      January 22, 2017 2:29:17 PM


    *********** WE LISTEN **********
        Tell us how we're doing
   & receive a discount on your next order!
      fedex.com/welisten or 800-398-0242
         Redemption Code: _____

          *** Thank you ***



# FedEx Office℠

Address:          1030 STATE ST
                  SANTA BARBARA
                  CA 93101
Location:         SBAKS
Device ID:        -BTC02
Transaction:      890158995865

---

FedEx Priority Overnight
785637292855    2.7 lbs. (S)       47.78
  No signature required
  SDR Delivery
  Declared Value   0

          Shipment subtotal:      $47.78

              Total Due:      $47.78


          FedEx SENDER Account
              *****3944


  M = Weight entered manually
  S = Weight read from scale
  T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.


          Visit us at: **fedex.com**
          Or call 1.800.GoFedEx
              1.800.463.3339

    February 16, 2017 5:12:45 PM

---

********* WE LISTEN *********
      Tell us how we're doing
& receive a discount on your next order!
  **fedex.com/welisten** or 800-398-0242
      Redemption Code: _____

        *** Thank you ***

---

```
                    VICTORIA COURT
                    1030 STATE ST 18
                    SANTA BARBARA
                    CA
                    93101-2699
                    0569420018
    03/28/2017      (800)275-8777    4:35 PM
    ===================================
    ===================================
    Product                Sale    Final
    Description            Qty     Price

    PM 2-Day               1       $6.65
    Flat Rate Env
        (Domestic)
        (LOS ANGELES, CA  90071)
        (Flat Rate)
        (Expected Delivery Day)
        (Thursday 03/30/2017)
        (USPS Tracking #)
        (9505 5130 1031 7087 0996 87)
    Insurance              1       $0.00
        (Up to $50.00 included)

    Total                          $6.65

    Credit Card Remitd             $6.65
        (Card Name:VISA)
        (Account #:XXXXXXXXXXXX3295)
        (Approval #:055047)
        (Transaction #:851)

    Includes up to $50 insurance

    Text your tracking number to 28777
    (2USPS) to get the latest status.
    Standard Message and Data rates may
    apply. You may also visit USPS.com
    USPS Tracking or call 1-800-222-1811.


    Save this receipt as evidence of
    insurance. For information on filing
    an insurance claim go to
    https://www.usps.com/help/claims.htm.

    Order stamps at usps.com/shop or call
    1-800-Stamp24. Go to
    usps.com/clicknship to print shipping
    labels with postage. For other
    information call 1-800-ASK-USPS.


    ****************************************
    Get your mail when and where you want
    it with a secure Post Office Box. Sign
    up for a box online at
    usps.com/poboxes.
    ****************************************

    All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business

        HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
    https://postalexperience.com/Pos

    840-5913-0106-001-00015-53184-02

        or scan this code with
        your mobile device:
```





Address:          1030 STATE ST
                  SANTA BARBARA
                  CA 93101
Location:         SBAKS
Device ID:        ~BTC02
Transaction:      890162367103

**FedEx Priority Overnight**
  786061347426   0.1 lbs. (S)        22.89
  No signature required
  Declared Value    100

        Shipment subtotal:       $22.89

            Total Due:           $22.89


        FedEx SENDER Account
             *****3944

    M = Weight entered manually
    S = Weight read from scale
    T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.


        Visit us at: **fedex.com**
      Or call 1.800.GoFedEx
          1.800.463.3339

      Mar 28, 2017 4:55:17 PM

    _____

    ********* WE LISTEN *********
      Tell us how we're doing
    & receive a discount on your next order!
    **fedex.com/welisten** or 800-398-0242
      Redemption Code: _____

        *** Thank you ***

    _____

        Mar 28, 2017 4:54:29 PM



Address:              1030 STATE ST
                      SANTA BARBARA
                      CA 93101
Location:             SBAKS
Device ID:            ~BTC02
Transaction:          890162580935

---

FedEx Priority Overnight
786087484401    3.5 lbs. (S)        33.40
    No signature required
    Declared Value    100

            Shipment subtotal:     $33.40

                  Total Due:       $33.40

---

            FedEx SENDER Account
                    *****3944                ZAZZLE

                                             Chambers
         M = Weight entered manually         Copies
         S = Weight read from scale
         T = Taxable item                     mx  PS J

     Terms and Conditions apply. See
     fedex.com/us/service-guide for details.

            Visit us at: **fedex.com**
            Or call 1.800.GoFedEx
                1.800.463.3339

            Mar 30, 2017 5:03:26 PM

---

         ********** WE LISTEN **********
            Tell us how we're doing
     & receive a discount on your next order!
         **fedex.com/welisten** or 800-398-0242
            Redemption Code: _____

               *** Thank you ***

---

```
Address:              1030 STATE ST
                      SANTA BARBARA
                      CA 93101
Location:             SBAKS
Device ID:            ~BTC01
Transaction:          890163195139
```

FedEx Priority Overnight
786164367647    0.2 lbs. (S)        22.89
      Declared Value    0

                Shipment subtotal:    $22.89

                      Total Due:      $22.89


              FedEx SENDER Account
                    *****3944


```
Address:              1030 STATE ST
                      SANTA BARBARA
                      CA 93101
Location:             SBAKS
Device ID:            ~BTC01
Transaction:          890163195139
```

FedEx Priority Overnight
786164367647    0.2 lbs. (S)        22.89
      Declared Value    0

                Shipment subtotal:    $22.89

                      Total Due:      $22.89


              FedEx SENDER Account
                    *****3944


```
Address:              1030 STATE ST
                      SANTA BARBARA
                      CA 93101
Location:             SBAKS
Device ID:            ~BTC01
Transaction:          890163195139
```

FedEx Priority Overnight
786164367647    0.2 lbs. (S)        22.89
      Declared Value    0

                Shipment subtotal:    $22.89

                      Total Due:      $22.89


              FedEx SENDER Account
                    *****3944



**FedEx Office.**

Address:     1030 STATE ST
               SANTA BARBARA
               CA 93101
Location:    SBAKS
Device ID:   -BTC02
Transaction:  890167197036

**FedEx Ground**
786682388659  0.9 lbs. (S)    8.34
   Declared Value  0

Std-Lg Slick 14.5x19
400000016047      1 (T)    $1.99

      Shipment subtotal:    $8.34
Merchandise taxable subtotal:    $1.99
   Tax(County2): 0.5%    $0.01
      Tax(CA): 6%    $0.12
   Tax(County): 1.25%    $0.02

       Total Due:    $10.48

     FedEx SENDER Account
         *****3944

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: **fedex.com**
Or call 1.800.GoFedEx
1.800.463.3339

May 24, 2017 5:32:10 PM

********** WE LISTEN **********
Tell us how we're doing
& receive a discount on your next order!

---

**FedEx Office.**

Address:     1030 STATE ST
               SANTA BARBARA
               CA 93101
Location:    SBAKS
Device ID:   -BTC02
Transaction:  890167874725

**FedEx Priority Overnight**
786777114861  0.4 lbs. (S)   22.89
   Declared Value  0

      Shipment subtotal:   $22.89

       Total Due:  **$22.89**

     FedEx SENDER Account
         *****3944

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: **fedex.com**
Or call 1.800.GoFedEx
1.800.463.3339

Jun 02, 2017 5:27:08 PM

********** WE LISTEN **********
Tell us how we're doing
& receive a discount on your next order!
**fedex.com/welisten** or 800-398-0242
Redemption Code: _____

*** Thank you ***





Address:            1030 STATE ST
                    SANTA BARBARA
                    CA 93101
Location:           SBAKS
Device ID:          ~BTC01
Transaction:        870139319531

_____

FedEx Standard Overnight
  783445243879    2.4 lbs. (S)      $22.25
      No signature required
      Declared Value    100

          Shipment subtotal:        $22.25

              Total Due:            $22.25


          FedEx SENDER Account
                  *****3944


      M = Weight entered manually
      S = Weight read from scale;
      T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.


          Visit us at: fedex.com
          Or call 1.800.GoFedEx
             1.800.463.3339

       June 25, 2016 5:54:42 PM


_____

      ********* WE LISTEN **********
        Tell us how we're doing
      & receive a discount on your next order!
      fedex.com/welisten or 800-398-0242
          Redemption Code: _____

          *** Thank you ***

_____

Address:            1030 STATE ST
                    SANTA BARBARA
                    CA 93101
Location:           SBAKS
Device ID:          ~BTC01

_____

Sender Address:
    Jeffrey Young
    1307 STATE ST FL 1
    SANTA BARBARA, CA 93101-2671
    8058840338

Recipient Address:
    Hon. Stephen V. Wilson
    US District Court Judge
    312 N. Spring St.
    Courtroom 6 - Chambers Copy
    Los angeles, CA 90012
    2138942881

Pricing option:
    ONE RATE                          2 A 22 LE

Package Information:                 CHAMBERS
    FEDEX_ENVELOPE
                                        COPY
Payment Type:
    SENDER

Total Declared Value:
    100

FedEx Standard Overnight
                    2.4 lbs. (S)      22.25
      No signature required


By reviewing and initialing the Shipment Summary
information, you agree to the FedEx terms of
shipping in the applicable FedEx Service Guide
available on fedex.com and that this shipment
does not contain Dangerous Goods, Hazardous
Materials or other prohibited items.


          Visit us at: fedex.com
          Or call 1.800.GoFedEx
             1.800.463.3339



Address:          1030 STATE ST
                  SANTA BARBARA
                  CA 93101
Location:         SBAKS
Device ID:        -BTCO2
Transaction:      890169930995

---

**FedEx Priority Overnight**
787028953403    2.1 lbs. (S)       30.76
    Declared Value    100

                  Shipment subtotal:    $30.76

                       **Total Due:**    **$30.76**

              FedEx SENDER Account
                      *****3944

                                          6YP - zazzle    CHAMBERS
                                          2ND supp'.       COPY

          M = Weight entered manually      complaint
          S = Weight read from scale          to
          T = Taxable item               wilson

Terms and Conditions apply.  See                          6-29-17
fedex.com/us/service-guide for details.

---

Address:          1030 STATE ST
                  SANTA BARBARA
                  CA 93101
Location:         SBAKS
Device ID:        -BTCO2
Transaction:      890169930995

---

**FedEx Priority Overnight**
787028953403    2.1 lbs. (S)       30.76
    Declared Value    100

                  Shipment subtotal:    $30.76

                       **Total Due:**    **$30.76**

              FedEx SENDER Account
                      *****3944


Address:          1030 STATE ST
                  SANTA BARBARA
                  CA 93101



**FedEx Office** ℠

```
Address:          1030 STATE ST
                  SANTA BARBARA
                  CA 93101
Location:         SBAKS
Device ID:        -BTC02
Transaction:      900171664091
```

---

**FedEx Priority Overnight**
  787256239553    1.8 lbs. (S)        27.61
     Declared Value    0

              Shipment subtotal:    $27.61

                   **Total Due:**    **$27.61**


              FedEx SENDER Account
                    *****3944

         M = Weight entered manually
         S = Weight read from scale
         T = Taxable item

      Terms and Conditions apply.  See
      fedex.com/us/service-guide for details.


              Visit us at: **fedex.com**
              Or call 1.800.GoFedEx
                  1.800.463.3339

           Jul 21, 2017 12:36:39 PM

---

         ********** WE LISTEN **********
           Tell us how we're doing
       & receive a discount on your next order!
         **fedex.com/welisten** or 800-398-0242
              Redemption Code: _____

              *** Thank you ***

---

# DDS
**ATTORNEY · COPY · MESSENGER**
S E R V I C E S

# Invoice

| | |
|---|---|
| Customer Number | |
| 12405 | |
| Invoice Number | |
| 375289 | |
| Invoice Date | |
| 7/31/2017 | |
| Invoice Period | |
| 7/16/2017-7/31/2017 | |
| Invoice Amount | |
| $288.40 | |

DDS Legal Support Systems, Inc
2900 Bristol, Suite E-106
Costa Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

**PAYMENT DUE UPON RECEIPT**

---

Accounts Payable

**Darren J Quinn Law Offices**

12702 VIA CORTINA STE 105 Ste 105

DEL MAR CA 92014-3769

| Customer Number | Invoice Date |
|---|---|
| 12405 | 7/31/2017 |
| Invoice Number | Invoice Amount |
| 375289 | $288.40 |

**As requested, email recipients of this invoice:**

**staff@dqlaw.com**

---

**References    -  YOUNG-ZAZZLE**

| Order Date | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| Order Type | | | | |
| Caller | | | | |
| 07/28/2017 | 3202546 | ddsla | Ladc | YOUNG-ZAZZLE |
| PDF/Fax Filing/PDF-Delivery | | 123 S FIGUEROA ST | 350 W 1st St | |
| Darren Quinn 858-509-9401 | | LOS ANGELES CA 90012-2469 | Los Angeles CA 90012 | 16CV4587 |

Remarks:  DELIVER 4 COURTESY COPY
ATTN: JUDGE STEVEN WILSON

Documents:

| | |
|---|---|
| PDF/Fax Filing/PDF-Delivery | $57.70 |
| Email/Fax/Copies in Field | $82.00 |
| Document prep/correction | $30.00 |
| **Order Total:** | **$169.70** |

| Order Date | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 07/31/2017 | 3202977 | ddsla | ladc | young-zazzle |
| PDF/Fax Filing/PDF-Delivery | | 123 S FIGUEROA ST | 350 W 1st St | |
| Darren Quinn 858-509-9401 | | LOS ANGELES CA 90012-2469 | Los Angeles CA 90012 | |

Remarks:  I need 4 courtesy copies for Judge Wilson of the attached document to the following address:
1 doc - jury ver form -- deliver to chambers judge wilson
1.Print out and staple four copies of each document;

Documents:

| | |
|---|---|
| PDF/Fax Filing/PDF-Delivery | $57.70 |
| Email/Fax/Copies in Field | $41.00 |
| Document prep/correction | $20.00 |
| **Order Total:** | **$118.70** |

| | |
|---|---|
| **References - YOUNG-ZAZZLE Total:** | **$288.40** |
| **Customer Invoice Total:** | **$288.40** |

We appreciate your business!

Page    1    of    1



**FedEx Office**

```
Address:          1030 STATE ST
                  SANTA BARBARA
                  CA 93101
Location:         SBAKS
Device ID:        -BTCO2
Transaction:      900172599325
```

---

```
FedEx Priority Overnight
787386209383    0.3 lbs. (S)        22.89
    Declared Value    0

        Shipment subtotal:      $22.89

            Total Due:          $22.89


        FedEx SENDER Account
            *****3944



    M = Weight entered manually
    S = Weight read from scale
    T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.


        Visit us at: fedex.com
        Or call 1.800.GoFedEx
            1.800.463.3339

        Aug 02, 2017 12:54:52 PM
```

---

```
    ********* WE LISTEN *********
        Tell us how we're doing
    & receive a discount on your next order!
    fedex.com/welisten or 800-398-0242
        Redemption Code: _____

        *** Thank you ***
```

---

# DDS
ATTORNEY · COPY · MESSENGER
S E R V I C E S

# Invoice

| Customer Number |
|---|
| 12405 |
| Invoice Number |
| 377203 |
| Invoice Date |
| 8/31/2017 |
| Invoice Period |
| 8/16/2017-8/31/2017 |
| Invoice Amount |
| $57.70 |

DDS Legal Support Systems, Inc
2900 Bristol, Suite E-106
Costa Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

## PAYMENT DUE UPON RECEIPT

Accounts Payable

**Darren J Quinn Law Offices**

12702 VIA CORTINA STE 105 Ste 105

DEL MAR CA 92014-3769

| Customer Number | Invoice Date |
|---|---|
| 12405 | 8/31/2017 |
| Invoice Number | Invoice Amount |
| 377203 | $57.70 |

**As requested, email recipients of this invoice:**

**staff@dqlaw.com**

**References   -  YOUNG-ZAZZLE**

| Order Date | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| Order Type | | | | |
| Caller | | | | |
| 08/17/2017 | 3211769 | ddsla | Ladc | young-zazzle |
| PDF/Fax Filing/PDF-Delivery | | 123 S FIGUEROA ST | 350 W 1st St | |
| Darren Quinn 858-509-9401 | | LOS ANGELES CA 90012-2469 | Los Angeles CA 90012 | |

Remarks:   deliver courtesy copies to judge Wilson in court room 10A

Documents:

| | | |
|---|---|---|
| PDF/Fax Filing/PDF-Delivery | $57.70 | |
| **Order Total:** | **$57.70** | |

**References - YOUNG-ZAZZLE Total:**          **$57.70**

**Customer Invoice Total:**          **$57.70**

We appreciate your business!                                    Page    1    of   1

# **DDS**
ATTORNEY · COPY · MESSENGER
S E R V I C E S

# Invoice

| Customer Number |
|---|
| 12405 |
| Invoice Number |
| 378071 |
| Invoice Date |
| 9/15/2017 |
| Invoice Period |
| 9/1/2017-9/15/2017 |
| Invoice Amount |
| $157.70 |

DDS Legal Support Systems, Inc
2900 Bristol, Suite E-106
Costa Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

**PAYMENT DUE UPON RECEIPT**

Accounts Payable

**Darren J Quinn Law Offices**

12702 VIA CORTINA STE 105 Ste 105

DEL MAR CA 92014-3769

| Customer Number | Invoice Date |
|---|---|
| 12405 | 9/15/2017 |
| Invoice Number | Invoice Amount |
| 378071 | $157.70 |

**As requested, email recipients of this invoice:**

**staff@dqlaw.com**

**References     -  YOUNG ZAZZLE**

| Order Date | Order ID | | | |
|---|---|---|---|---|
| Order Type | | Origin | Destination | References |
| Caller | | | | |
| 09/08/2017 | 3221944 | ddsla | Ladc | YOUNG ZAZZLE |
| PDF/Fax Filing/PDF-Delivery | | 123 S FIGUEROA ST | 350 W 1st St | |
| Darren Quinn 858-509-9401 | | LOS ANGELES CA 90012-2469 | Los Angeles CA 90012 | 16CV4587 |

Remarks:  PRINT DOCS FROM LINK ON EMAIL ATTACHED - DEIVER COURTESY COPY TO DEPT 10A JUDGE STEVEN WILSON

Documents:

| | |
|---|---|
| PDF/Fax Filing/PDF-Delivery | $57.70 |
| Email/Fax/Copies in Field | $70.00 |
| Document prep/correction | $30.00 |
| **Order Total:** | **$157.70** |

| | |
|---|---|
| **References - YOUNG ZAZZLE Total:** | **$157.70** |

| | |
|---|---|
| **Customer Invoice Total:** | **$157.70** |

# DDS

**ATTORNEY · COPY · MESSENGER**
S E R V I C E S

# Invoice

| Customer Number |
|---|
| 12405 |
| Invoice Number |
| 379860 |
| Invoice Date |
| 10/15/2017 |
| Invoice Period |
| 10/1/2017-10/15/2017 |
| Invoice Amount |
| $145.35 |

DDS Legal Support Systems, Inc
2900 Bristol, Suite E-106
Costa Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

**PAYMENT DUE UPON RECEIPT**

Accounts Payable

**Darren J Quinn Law Offices**

12702 VIA CORTINA STE 105 Ste 105

DEL MAR CA 92014-3769

| Customer Number | Invoice Date |
|---|---|
| 12405 | 10/15/2017 |
| Invoice Number | Invoice Amount |
| 379860 | $145.35 |

**As requested, email recipients of this invoice:**

**staff@dqlaw.com**

---

**References    -  YOUNG ZAZZLE**

| Order Date | Order ID | | | |
|---|---|---|---|---|
| Order Type | | Origin | Destination | References |
| Caller | | | | |
| 10/04/2017 | 3234266 | ddsla | Ladc | YOUNG ZAZZLE |
| PDF/Fax Filing/PDF-Delivery | | 123 S FIGUEROA ST | 350 W 1st St | |
| Darren Quinn 858-509-9401 | | LOS ANGELES CA 90012-2469 | Los Angeles CA 90012 | 2:16CV4587 |

Remarks:  DELIVERY COURTESY COPY (REQUEST,DEC, PROPOSED ORDER) TO DEPT 10A JUDGE WILSON

Documents:

| | | |
|---|---|---|
| PDF/Fax Filing/PDF-Delivery | | $29.95 |
| **Order Total:** | | **$29.95** |

**References - YOUNG ZAZZLE Total:**          **$29.95**

---

**References    -  YOUNG-ZAZZL**

| Order Date | Order ID | | | |
|---|---|---|---|---|
| Order Type | | Origin | Destination | References |
| Caller | | | | |
| 10/03/2017 | 3233172 | ddsla | Ladc | young-zazzl |
| PDF/Fax Filing/PDF-Delivery | | 123 S FIGUEROA ST | 350 W 1st St | |
| Darren Quinn | | LOS ANGELES CA 90012-2469 | Los Angeles CA 90012 | |

Remarks:  deliver chamber copies to the 10th floor
I need 1 courtesy copie for Judge Wilson

Documents:

| | | |
|---|---|---|
| PDF/Fax Filing/PDF-Delivery | | $57.70 |
| **Order Total:** | | **$57.70** |

**References - YOUNG-ZAZZL Total:**          **$57.70**

We appreciate your business!                    Page    1    of   2

DDS Legal Support Systems, Inc
2900 Bristol, Suite E-106
Costa Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

| Customer Number |
|---|
| 12405 |
| Invoice Number |
| 379860 |

## References    - YOUNG-ZAZZLE

| Order Date | Order ID | | | |
|---|---|---|---|---|
| **Order Type** | | **Origin** | **Destination** | **References** |
| **Caller** | | | | |
| 10/09/2017 | 3236071 | ddsla | Ladc | young-zazzle |
| PDF/Fax Filing/PDF-Delivery | | 123 S FIGUEROA ST | 350 W 1st St | |
| Darren Quinn 858-509-9401 | | LOS ANGELES CA 90012-2469 | Los Angeles CA 90012 | |

Remarks:   deliver courtesy copies to judge Wilson in court room 10A

Documents:

| | |
|---|---|
| PDF/Fax Filing/PDF-Delivery | $57.70 |
| **Order Total:** | **$57.70** |

| | |
|---|---|
| **References - YOUNG-ZAZZLE Total:** | **$57.70** |

| | |
|---|---|
| **Customer Invoice Total:** | **$145.35** |

We appreciate your business!                                              Page    2    of    2

*Greg Young Publishing, Inc. v. Zazzle Inc.,*
USDC CDCA No 2:16-CV-04587 SVW (Ksx)

# Certification, exemplification and reproduction of documents: see L.R. 54-3.10

**Trial Exhibits**

| *Date* | *Description* | *Amount* |
|---|---|---|
| June 23, 2017 | Preparation of Paper Print "Varadero" by The Studio | $90.00 |
| June 29, 2017 | Foam Mounting of Exhibits CS 64 and CS 70 by FedEx Office | $60.34 |
| July 20, 2017 | Matte Paper and Foam Mounting of Exhibits CS 27 and CS 46 by FedEx Office | $166.32 |
| July 21, 2017 | Matte Paper and Foam Mounting of Exhibit CS 79 by FedEx Office | $92.40 |
| August 6, 2017 | Preparation of Trial Exhibits by CopyScan, Inc. | $3,906.67 |
| August 7, 2017 | Preparation of Color Printout, 3 hole punched by LA Best Color Imaging | $447.38 |
| | | |
| | | |
| **TOTAL** | | **$4,763.11** |



**The STUDIO**
T P
P S

148-A Aero Camino, Goleta, CA 93117
805.692.5207
accounts@theproductphotographystudio.com
www.theproductphotographystudio.com

# INVOICE

2017-254

**A division of ePrep Services, Inc.**

| | |
|---|---|
| **Invoice Date:** | 6/23/2017 |
| **Due Date:** | 6/23/2017 |

**Bill To:**

Greg Young Publishing
Po Box 30567
Santa Barbara, CA  93130

Requested by:     Greg Young

Print 06/23/17

| Description | Hr/Day/Qty | Rate | Amount |
|---|---|---|---|
| (1) Canvas Print "Glacier Point"  20.5" x 36" + stretcher 5" | 4.3 | 25.00 | 107.50 |
| (1) Paper Print "Varadero" 24" x 36"   Razzle | 6 | 15.00 | 90.00 |

| | |
|---|---|
| **Please mail payments & correspondence to:** | **Mail products to:** |
| The Product Photography Studio | The Product Photography Studio |
| PO Box 8174, Goleta, CA 93118 | 148 #A Aero Camino |
| | Goleta, CA 93117 |

| | |
|---|---|
| **Total** | $197.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $197.50 |

# FedEx Office. ✳

FedEx Office is your destination
for printing and shipping.

5749 Calle Real
Goleta, CA 93117
Tel: (805) 964-3522

6/29/2017                1:02:35 PM PST
Team Member: Josette U.
Customer: Greg Young
Account #: XXXXXX1276-0000
Account: GREG YOUNG PUBLISHING INC

SALE

| mount cust orig; do | Qty 2 | 56.00 |
|---|---|---|
| Foam Mount/SqFt | 16 @ | 3.5000 T |
| 000404 Reg. Price | 5.00 | |
| | | |
| Price per piece | 28.00 | |
| Regular Total | 80.00 | |
| Discounts | 24.00 | |

CS 70
CS 64

Sub-Total                    56.00
Tax                           4.34
Deposit                       0.00

Total                        60.34

AmEx (S)                     60.34
    Account:  9002
    Auth: 545115 (A)

Total Tender                 60.34
Change Due                    0.00

Total Discounts    24.00

*02830021401*

# FedEx Office..

FedEx Office is your destination
for printing and shipping.

5749 Calle Real
Goleta, CA 93117
Tel: (805) 964-3522

7/20/2017                10:01:21 AM PST
Team Member: Derick B.
Customer: Greg Young
Account #: XXXXXX1276-0000
Account: GREG YOUNG PUBLISHING INC

SALE

| 30x41 | Qty 1 | 77.18 |
|---|---|---|
| Matte Paper/SqFt | 9 @ | 5.0756 T |
| 001450 Reg. Price | 7.49 | |
| Foam Mount/SqFt | 9 @ | 3.5000 T |
| 000404 Reg. Price | 5.00 | |
| Price per piece | 77.18 | |
| Regular Total | 112.41 | |
| Discounts | 35.23 | |

CS 27
CS 46

| 29x42 | Qty 1 | 77.18 |
|---|---|---|
| Matte Paper/SqFt | 9 @ | 5.0756 T |
| 001450 Reg. Price | 7.49 | |
| Foam Mount/SqFt | 9 @ | 3.5000 T |
| 000404 Reg. Price | 5.00 | |
| Price per piece | 77.18 | |
| Regular Total | 112.41 | |
| Discounts | 35.23 | |

| Sub-Total | 154.36 |
|---|---|
| Tax | 11.96 |
| Deposit | 0.00 |
| **Total** | **166.32** |
| MasterCard (S) | 166.32 |
| Account: 7936 | |
| Auth: 320493 (A) | |
| Total Tender | 166.32 |
| Change Due | 0.00 |

# FedEx Office™

FedEx Office is your destination
for printing and shipping.

5749 Calle Real
Goleta, CA 93117
Tel: (805) 964-3522

7/21/2017                    2:31:35 PM PST
Team Member: Giselle W.
Customer: Greg Young
Account #: XXXXXX1276-0000
Account: GREG YOUNG PUBLISHING INC

### SALE

| | | |
|---|---|---|
| CS79 | Qty 1 | 85.75 |
| | | |
| Foam Mount/SqFt | 10 @ | 3.5000 T |
|  000404 Reg. Price | 5.00 | |
| Matte Paper/SqFt | 10 @ | 5.0750 T |
|  001450 Reg. Price | 7.49 | |
| | | |
|  Price per piece | 85.75 | |
|  Regular Total | 124.90 | |
|  Discounts | 39.15 | |

| | |
|---|---|
| Sub-Total | 85.75 |
| Tax | 6.65 |
| Deposit | 0.00 |
| | |
| **Total** | **92.40** |
| | |
| MasterCard (S) | 92.40 |
|  Account: 7936 | |
|  Auth: 321902 (A) | |
| | |
|  Total Tender | 92.40 |
|  Change Due | 0.00 |

# COPYSCAN, INC.
Litigation Document Management

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2017 | 53086 |

1166 COLUMBIA STREET
SAN DIEGO, CA 92101
TEL(619)235-8900
FAX(619)235-8980

| Bill To | Ship To |
|---------|---------|
| JEFF YOUNG, ESQ.<br>c/o LAW OFFICE OF DARREN QUINN<br>12702 VIA CORTINA #105<br>DEL MAR, CA 92014<br>ATTN:DARREN QUINN | LAW OFFICE OF DARREN QUINN<br>12702 VIA CORTINA #105<br>DEL MAR, CA 92014<br>ATTN:DARREN QUINN |

| Work Order # | Terms | Job Reference |
|--------------|-------|---------------|
| 49487 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3,576 | HEAVY LITIGATION COPYING | 0.08 | 286.08T |
| 6,911 | COLOR COPIES | 0.59 | 4,077.49T |
| 633 | ALPHA/NUMERIC TABS | 0.25 | 158.25T |
| 342 | ALPHA/NUMERIC TABS(CUSTOM) | 0.45 | 153.90T |
| 10,812 | PAGES PUNCHED/DRILLED(3 HOLE) NO CHARGE | 0.00 | 0.00T |
| 4 | LABOR FEE(HOURLY) AFFIX CLIENT PROVIDED EXHIBIT STICKERS | 45.00 | 180.00T |
| 3,496 | IMAGE ENDORSEMENT | 0.05 | 174.80T |
| 15 | BINDERS(4") | 20.00 | 300.00T |
| 9 | BINDERS(3") | 12.00 | 108.00T |
| 1 | LESS 1/3 SPLIT OF ENTIRE INVOICE (1 SET) WITH KEITH ADAMS RE:YOUNG V. ZAZZLE(8/5/17) | -1,812.84 | -1,812.84T |
| | Sales Tax | 7.75% | 280.99 |

Please remit to above address.
Federal ID 33-0888027

## Total   $3,906.67



# LA Best Color Imaging

811 Wilshire Blvd., Suite 1625
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/7/2017 | CI-23103 |

## BILL TO

Jeffrey S. Young
Attorney at Law
1307 State Street, 1st Fl.
Santa Barbara, CA 93101

## PLEASE REMIT TO

LA Best Color Imaging
811 Wilshire Blvd., Suite 1625
Los Angeles, CA 90017

| CLIENT MATTER NO. | TERMS | REQUESTED BY | | PHONE # | TAX / EIN # |
|---|---|---|---|---|---|
| GYP v. Zazzle | Due on receipt | Jeffrey S. Young | | (805) 884-0338 | 95-4796696 |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| Color Printout | Color Printout with 3 Hole Punched | 630 | 0.65 | 8/7/2017 | 409.50T |
| | Sale Tax | | 9.25% | | 37.88 |

Thank you for your business.

| **Total** | $447.38 |
|---|---|

1.5% late charge will be assess if payment is past due.
Please remit promptly to avoid this charge.

1

**CERTIFICATE OF SERVICE**

2

    I certify that all counsel of record are being served on November 13, 2017 with a copy of the following documents via the Court's CM/ECF system.

3

   –    **BILL OF COSTS**

4

5

                    /s/ Darren J. Quinn
                    DARREN J. QUINN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28