| | |
|---|---|
| 1 | LAW OFFICE OF JEFFREY S. YOUNG |
| 2 | Jeffrey S. Young (172016)<br>1307 State Street, 1st Floor<br>Santa Barbara, CA 93101 |
| 3 | jeff@jeffreyyounglaw.com<br>Tel.: 805-884-0338 |
| 4 | |
| 5 | LAW OFFICES OF DARREN J. QUINN<br>Darren J. Quinn (149679) |
| 6 | 12702 Via Cortina, Suite 105<br>San Diego, CA 92014<br>Tel.: 858-509-9401 |
| 7 | dq@dqlaw.com |
| 8 | *Additional Counsel Listed on Signature Block* |
| 9 | *Attorneys for Plaintiff Greg Young Publishing, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation, | CASE NO.: 2:16-CV-04587 SVW (KSx) |
| Plaintiff, | **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| v. | Judge: Hon. Stephen V. Wilson |
| ZAZZLE INC., a California Corporation, and DOES 1-50, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that plaintiff GREG YOUNG PUBLISHING, INC. ("GYPI") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:

(1) Order Regarding Renewed Motion For Judgment As A Matter Of Law [141], filed October 27, 2017 [Dkt. 159];

(2) Order Regarding Motion to Correct/Clarify Permanent Injunction [171] and Stay Permanent Injunction Pending Appeal [170], filed February 8, 2018 [Dkt. 182]; and

(3) Order Denying Plaintiff's Motion For Attorney's Fees And Full Costs [164], filed March 21, 2018 [Dkt. 183].

The district court entered an order under Fed. R. Civ. Proc. 59(e) that plaintiff GYPI's motion for attorney fees "shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4)(A)(iii) as a timely motion under Rule 59, and the time to file a notice of appeal will run from the date of the order disposing of GYPI's motion for attorney's fees." [Dkt. 162 (Order Granting Joint Stipulation Re: Stay of Permanent Injunction and Deadlines to File Notice of Appeal)].

Pursuant to Ninth Circuit Rule 3-2(b), plaintiff attaches a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel.

Dated: April 19, 2018        Respectfully Submitted,

LAW OFFICES OF JEFFREY YOUNG
JEFFREY S. YOUNG
JACOB P. AINCIART

AQUILINO LAW
JASON A. AQUILINO

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

By:  _s/s Darren J. Quinn_
     Darren J. Quinn

| | |
|---|---|
| 1 | 12702 Via Cortina, Suite 105 |
| 2 | Del Mar, CA 92014<br>Tel: (858) 509-9401 |
| 3 | Email: dq@dqlaw.com |
| 4 | *Attorneys for Plaintiff Greg Young Publishing, Inc.* |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**
-1-

# REPRESENTATION STATEMENT
### (Ninth Circuit Rule 3-2(b))

Parties to the Action

| | |
|---|---|
| Greg Young Publishing, Inc. | Plaintiff/Appellant |
| Zazzle Inc. | Defendant/Appellee |

Counsel for Plaintiff/Appellant Greg Young Publishing, Inc.

Darren J. Quinn (149679)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel.: 858-509-9401
Email: dq@dqlaw.com

Jeffrey S. Young (172016) (Ninth Circuit admission pending)
LAW OFFICE OF JEFFREY S. YOUNG
1307 State Street, 1st Floor
Santa Barbara, CA 93101
Tel.: 805-884-0338
Email: jeff@jeffreyyounglaw.com

Counsel for Defendant/Appellee Zazzle Inc.

Timothy J. Halloran (104498)
Keith G. Adams (240497)
MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
Los Angeles, CA 90071
Tel.: 213-327-3500
Email: thalloran@mpbf.com
Email: kadams@mpbf.com

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on April19, 2018 with a copy of the following documents via the Court's CM/ECF system.

– **NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

/s/ Darren J. Quinn<br>DARREN J. QUINN