# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation, | CASE NO.: 2:16-CV-04587 SVW (KSx) |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | Judge: Hon Stephen V. Wilson |
| ZAZZLE, INC., a California Corporation, and DOES 1-50, | |
| Defendants. | |

On August 10, 2018, this court entered judgment for plaintiff [Dkt. 123 ] based upon the jury's verdict for $460,800 in copyright infringement statutory damages [Dkt. 129]. The jury implicitly found willful infringement as shown by the jury's award of $109,700 over maximum non-willful statutory damages of $30,000 for five (5) of the works. [Dkt. 129 {Verdict} ¶¶7, 10, 24, 27 and 31}].

On October 27, 2018, this court granted defendant's motion for judgment with respect to the jury's finding of willfulness to "reduce the five statutory damages awards that exceed the statutory maximum for non-willful infringement to $30,000 each pursuant to 17 U.S.C. § 504(c)(2)." [Dkt. 159 {Order}]. Accordingly, the judgment amount was reduced by $109,700 from $460,800 to $351,100.

On appeal the Ninth Circuit ruled that a "reasonable jury could find willfulness" and remanded "for entry of judgment consistent with the jury verdict." [Dkt. 212 {Opinion}, at 2].

This court previously awarded plaintiff $7,073.79 in regular taxable costs incurred prior to defendant's July 25, 2017 Rule 68 Offer and awarded defendant $6,361.12 in Rule 68 Offer costs for a net award of costs to plaintiff of $712.67. [Dkt. 206 {Costs Order}, at 7].

IT IS ORDERED AND ADJUDGED that plaintiff GREG YOUNG PUBLISHING, INC. recover from defendant ZAZZLE, INC. the sum of **$461,512.67** ($460,800 statutory damages + $712.67 net costs) with interest thereon at the legal rate as provided by the law, on this judgment.

Based on the Ninth Circuits opinion, "Plaintiff may additionally seek (1) to reinstate the permanent injunction, (2) make a renewed motion for attorneys fees." [Dkt. 214 {Post-Mandate Order}]. If plaintiff is successful, the court can "revisit the Rule 68 issue." [Dkt. 213 {Opinion}, at 4, n. 3].

Dated: January 9, 2020

_____
Hon Stephen V. Wilson

**AMENDED JUDGMENT**
-1-