# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-04587-SVW-KS | Date | February 24, 2020 |
|---|---|---|---|
| Title | Greg Young Publishing, Inc. v. Zazzle, Inc. | | |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Katherine Stride | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Darren J. Quinn
Jeffrey S. Young

Attorneys Present for Defendants:
Keith G. Adams

**Proceedings:** [217] MOTION for Permanent Injunction (Per Ninth Circuit Mandate), Second MOTION for Attorney Fees (Per Ninth Circuit Mandate) filed by plaintiff Greg Young Publishing, Inc

Hearing held. The motion is submitted. Order to issue.

: 23

Initials of Preparer    PMC